D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
DEVAN DE LOS REYES, #355913
ddelosreyes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for Debtor,
PALO VERDE HEALTHCARE DISTRICT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>PALO VERDE HEALTHCARE DISTRICT,<br><br>    Debtor. | Case No. 6:25-bk-17084-SY<br><br>Chapter 9<br><br>DEBTOR'S MOTION FOR ORDER (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT; MEMORANDUM OF POINTS AND AUTHORITIES; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF MICHAEL ROSE IN SUPPORT<br><br>Hearing:<br>Date:    October 8, 2025<br>Time:    1:30 p.m.<br>Ctrm:  302<br>Place:   3420 Twelfth Street<br>          Riverside, CA 92501 |

# TABLE OF CONTENTS

1.   Summary of Argument ........................................................................1

2.   Factual Background ...........................................................................1

    D.   Utility Providers..................................................................2

3.   Legal Argument .................................................................................7

    A.   Debtor's need for uninterrupted utility service is critical. ............7

i.   The Utility Providers designated above should be considered utilities for this Debtor, a hospital. ..................................................................................8

    B.   The Court should approve the following procedures for adequate assurance, including the sufficiency of security deposits or prepayments, and notice procedures. .........................................................................9

    C.   The proposed adequate assurance and procedures satisfy the Bankruptcy Code's requirements set forth in Section 366. ..............................12

4.   Conclusion ......................................................................................14

Declaration of Michael Rose ........................................................................17

MOTION FOR ORDER PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE

1

# TABLE OF AUTHORITIES

2  **Cases**

3  *GFI Wisconsin, Inc. v. Reedsbug Utilities Commission*,

4     440 B.R. 791, 801-02 (W.D. Wis. 2010)........................................................... 9

5  *In re Good Time Charlie's, Ltd.*,

6     25 B.R. 226 (Bankr. E.D. Pa. 1982) ............................................................. 8

7  *In re Moorefield*,

8     218 B.R. 795, 796 (Bankr. M.D.N.C. 1997) ................................................ 8

9  *In re NE OPCO, Inc.*,

10    501 B.R. 233, 255 (Bankr. D. Del. 2013)..................................................... 9

11 *One Stop Realtour Place, Inc. v. Allegiance Telecom, Inc. (In re One Stop Realtour Place, Inc.)*,

12    268 B.R. 430, 436 (Bankr. E.D. Pa. 2001) ............................................ 8, 9

13 **Statutes**

14 11 U.S.C. § 366(a) ............................................................................................. 7

15 11 U.S.C. § 366(b) ......................................................................................... 1, 7

16 11 U.S.C. § 366(b)(2) ................................................................................ 11, 15

17 11 U.S.C. § 366(c) ........................................................................................... 14

18 11 U.S.C. § 366(c)(1)(A) ................................................................................... 9

19 11 U.S.C. § 366(c)(2) ....................................................................................... 10

20 11 U.S.C. § 366(c)(3)................................................................................. 11, 15

21 11 U.S.C. § 366, ........................................................................................ 12, 16

22 11 U.S.C. § 503(b)(9) ................................................................................ 11, 15

23 11 U.S.C. §366.................................................................................................. 13

24 Section 366....................................................................................................... 12

25 **Other Authorities**

26 COLLIER ON BANKRUPTCY ¶ 366.05 (16th ed.) ............................................... 8

27 House Report No. 95-595, 95th Cong., 1st Sess. (1977) 350 ............................ 9

28

MOTION FOR ORDER PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR
DISCONTINUING SERVICE

TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY COURT JUDGE,
THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

Debtor, Palo Verde Healthcare District ("Debtor" or "PVHD") respectfully submits this
motion for order prohibiting utility providers from altering, refusing or discontinuing service
("Motion"), and the declaration of Michael Rose ("Rose Decl."). In support of the Motion, the
Debtor respectfully represents as follows:

## 1.    Summary of Argument

As explained below in more detail, the Debtor is a special hospital district which operates a
hospital complex in Blythe, California. To continue to provide quality healthcare services to the
local community (and it is the only hospital in California within an approximate 100 mile radius, and
is 119 miles away from the Desert Regional Medical Center located in Palm Springs), the Debtor
must have continuing access to utilities such as electricity, internet, telephone, and medical waste
disposal. In this Motion, the Debtor seeks to ensure its access to critical utility services so that it can
continue providing services during this case. The Debtor requests that the Court enter an order
prohibiting the Utility Providers[1] from altering, refusing, or discontinuing service to the Debtor or
requiring additional adequate assurance of payment as condition to providing utility services,
deeming the Utility Providers to be adequately assured of future payment by the Debtor pursuant to
11 U.S.C. § 366, and establishing procedures for resolving a request by any Utility Provider for
additional assurance of payment.

The procedures detailed in this Motion provide a mechanism to deal with such demands in an
orderly and efficient manner, involving the Court only if necessary, while protecting the legitimate
interests of the Utility Providers.

## 2.    Factual Background

### A.    PVHD

PVHD, also operating as Palo Verde Hospital, is a healthcare district based in Blythe,

---

[1] A list of the Debtor's current utility services and corresponding utility providers ("Utility Providers") is outlined below.

MOTION FOR ORDER PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR
DISCONTINUING SERVICE AND DETERMINING ADEQUATE ASSURANCE OF PAYMENT

California. Formed in 1948, PVHD encompasses approximately 1,022 square miles, including the City of Blythe, and the unincorporated communities of Mesa Verde, Ripley, and Midland. PVHD was created for the purpose of purchasing, reopening, and operating the Palo Verde Hospital. PVHD provides medical services to the approximately 18,000 people residing in the district. The hospital was originally designed and staffed as a fully functioning hospital providing outpatient, emergency and surgical services and support activities. It is also accredited as a Critical Access Hospital and operates the Palo Verde Hospital Community Clinic, a clinic licensed as a Rural Health Clinic.

### B.  Financial Difficulties

Over the last twenty years, PVHD has experienced periods of financial stress. Since 2020, the COVID-19 pandemic, reduction in Medicare rates, litigation costs associated with a lawsuit to recover lost patient data as a result of software failures, difficulties in its ability to invoice and receive reimbursements from insurance, Medicare and Medi-Cal, leadership turnover, and a cyberattack on PVHD's financial system have all contributed to PVHD's financial difficulties. Recently, PVHD has been forced to suspend many services, including surgical and in-patient admittance services.

### C.  Bankruptcy Filing

In order to protect its business, continue paying its employees, and continue servicing its community, the Debtor is adjusting under Chapter 9.

On September 30, 2025 ("Petition Date"), the Debtor filed a voluntary petition under Chapter 9 of Title 11 of the United States Code, initiating case no. 6:25-bk-17084-SY.

### D.  Utility Providers

In the ordinary course of business, the Debtor obtained telephone, internet, electric, and other utility services (the "Utility Services") from several direct utility providers (each a "Utility Provider" and collectively, the "Utility Providers"). The Utility Providers include the entities set forth on the list below (the "Utility Providers List"):

MOTION FOR ORDER PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE AND DETERMINING ADEQUATE ASSURANCE OF PAYMENT

a)      Electricity with Southern California Edison ("SCE"). The last month's total bill is $33,893.57, which includes account numbers:[2]

   a.  8017780020, which provides electricity to the District's clinic, the Palo Verde Hospital Community Clinic ("Clinic"). The last month's bill for this account was $867.29;

   b.  8013058139, which provides electricity to the District's business office located at 205 N. First Street, Blythe, CA ("Business Office").[3] The last month's bill for this account was $90.90;

   c.  8000785189, which provides electricity to the District hospital, Palo Verde Hospital ("Hospital"). The last month's bill for this account was $32,186.31;[4]

   d.  8000246985, which provides electricity to Chief Executive Officer Sanda Anaya's home as part of her contractual executive compensation ("Home"). The last month's bill for this account was $665.73;

   e.  8004018256 which provides electricity to the Debtor's street lights. The last month's bill for this account was $83.34.

b)      Water with City of Blythe Water ("CBW"). The last month's total bill was $4,624.87, which includes account numbers:[5]

   a.  02-007840-01, which provides water to the Clinic. The last month's monthly bill was $163.56;

   b.  02-008020-00, which provides water to the Hospital. The last month's bill was $3,516.63;

---

[2] A true and correct copy of the last month's bills with SCE for electricity is attached to the Rose Decl. as Exhibit 1.

[3] Debtor is in the process of moving out of this business office, which is mostly vacant.

[4] This account statement shows a past-due balance. Since the bill was issued, the past-due balance was paid and the account is current.

[5] A true and correct copy of the last month's invoice for utility provider CBW for water is attached to the Rose Decl. as Exhibit 2.

MOTION FOR ORDER PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE AND DETERMINING ADEQUATE ASSURANCE OF PAYMENT

c. 02-009230-01, which provides water to the Business Office. The last month's bill was $728.48;

d. 28-932180-01, which provides water to the Home. The last month's bill was $216.20.

c) Commercial garbage and recycling with CR&R Incorporated ("CR&R"). The last month's total bill was $3,292.66, which includes account numbers:[6]

a. 37-0003484 0, which provides garbage and recycling services to the Business Office. The last month's bill was $584.84;

b. 37-0003484-0, which provides garbage and recycling services to the Hospital. The last month's bill was $2,707.82.

d) Internet and telephone with Frontier Communications. The last month's total bill was $2,525.13, which includes account numbers:[7]

a. 760-921-9316-110713-5, which provides internet and telephone services to the Hospital. The last month's bill was $157.00;

b. 760-621-2033-050311-5, which provides internet and telephone services to the Hospital. The last month's bill was $745.79;

c. 760-922-9541-042915-5, which provides internet and telephone services to the Hospital. The last month's bill was $172.49;

d. 760-198-0037-020519-5, which provides internet and telephone services to the Hospital. The last month's bill was $714.05;

e. 760-921-5158-022509-5, which provides internet and telephone services to the Hospital. The last month's bill is $185.39;

f. 760-921-9316-110713-5, which provides internet and telephone services to the Home. The last month's bill is 158.09;

---

[6] A true and correct copy of the last month's invoice for utility provider CR&R for garbage and recycling is attached to the Rose Decl. as Exhibit 3.
[7] A true and correct copy of the last month's invoice for utility provider Frontier for internet and phone is attached to the Rose Decl. as Exhibit 4.

MOTION FOR ORDER PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR
DISCONTINUING SERVICE AND DETERMINING ADEQUATE ASSURANCE OF PAYMENT

1         g.  760-921-2600-100422-5, which provides internet and telephone services to the

2            Hospital. The last month's bill was $446.67.

3       e)  Commercial water treatment and testing services for the Hospital provided by Blue

4    Tech Water, Inc. ("Blue Tech"), account number 209084. The last month's bill was $1,362.44.[8]

5       f)  Fire alarm monitoring for the Hospital provided by TRL Systems ("TRL"), account

6    number S32705. The last month's bill is $55.00.[9]

7       g)  Linen supply services with Alsco Uniforms.[10] The last month's bill is $1,457.71,

8    which includes account numbers:

9         a.  LYUM1910026, which provides supplies as set forth in the invoice to the cafeteria

10           and foodservices division of the Hospital. The last month's bill was $70.61;

11        b.  LYUM1910027, which provides supplies as set forth in the invoice for the

12           housekeeping services at the Hospital. The last month's bill was $248.90.

13        c.  LYUM1910028, which provides supplies as set forth in the invoice to the Emergency

14           Room in the Hospital. The last month's bill was $993.00;

15        d.  LYUM1910029, which provides hospital scrubs as set forth in the invoice to the

16           Hospital. The last month's bill was $145.20;

17      h)  Toll free telephone services with AT&T, account number 050-922-6661-001. The last

18   month's bill was $116.98.[11]

19      i)  Telephone services with AT&T, account number 831-001-2384-580. The last

20   month's bill was $1,023.84.[12]

21

22

---

23   [8] A true and correct copy of the last month's invoice for utility provider Blue Tech is attached to the Rose Decl. as Exhibit 5.

24   [9] A true and correct copy of the last month's invoice for utility provider TRL for fire alarm monitoring is attached to the Rose Decl. as Exhibit 6.

25   [10] A true and correct copy of the last month's invoice for utility provider Alsco for linen services is attached to the Rose Decl. as Exhibit 7.

26   [11] A true and correct copy of the last month's invoice for utility provider AT&T for toll-free telephone services is attached to the Rose Decl. as Exhibit 8.

27   [12] A true and correct copy of the last month's invoice for utility provider AT&T for telephone

28   services is attached to the Rose Decl. as Exhibit 9.

MOTION FOR ORDER PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR
DISCONTINUING SERVICE AND DETERMINING ADEQUATE ASSURANCE OF PAYMENT

1    j)    Gas with SoCalGas, account number 124-926-1947-8. The last month's bill was

2 $202.30.[13]

3    k)    Fax with eGoldFax, account number #EGOLD-12143047. The last month's bill was

4 $1,800.00.[14]

5    l)    Telephone with Granite Telecommunications ("Granite"), account number 05505937.

6 The last month's bill was $1,599.80.[15]

7    m)    Medical waste disposal with Stericycle, Inc., account number 3000972718. The last

8 month's bill was $736.57.[16]

9    n)    Water softening with Culligan Water Conditioning ("Culligan"), account number

10 0646582. The last month's bill is $176.88.[17]

11    o)    Pest control with Mr. Pest Control ("Mr. Pest"). The last month's bill is $550.00,

12 which includes account numbers:[18]

13       a.    5417. The last month's bill is $400.00;

14       b.    5416. The last month's bill is $150.00.

15    p)    Generator back up with Power Plus, account number G123866. The last month's bill

16 is $5,799.98.[19]

17    Aggregating the above, the Debtor pays an average of approximately $59,055.50 per month

18 on account of all Utility Services. The Debtor has generally made payments to the Utility Providers

19

20 ─────────────────────

21 [13] A true and correct copy of the last month's invoice for utility provider SoCalGas for gas is attached to the Rose Decl. as Exhibit 10.

22 [14] A true and correct copy of the last month's invoice for utility provider eGoldFax for fax services is attached to the Rose Decl. as Exhibit 11.

23 [15] A true and correct copy of the last month's invoice for utility provider Granite for telephone is attached to the Rose Decl. as Exhibit 12.

24 [16] A true and correct copy of the last month's invoice for utility provider Stericycle for medical waste disposal is attached to the Rose Decl. as Exhibit 13.

25 [17] A true and correct copy of the last month's invoice for utility provider Culligan for water softening is attached to the Rose Decl. as Exhibit 14.

26 [18] A true and correct copy of the last month's invoice for utility provider Mr. Pest for pest control is attached to the Rose Decl. as Exhibit 15.

27 [19] A true and correct copy of the last month's invoice for utility provider Power Plus for generator back up is attached to the Rose Decl. as Exhibit 16.

28

6

on a regular and timely basis, and to the best of the Debtor's knowledge, there are no material defaults or arrearages with respect to the Debtor's undisputed invoices for Utility Services.

## 3. Legal Argument

"Except as provided in subsections (b) and (c) of this section, a utility may not alter, refuse, or discontinue service to, or discriminate against, the trustee or the debtor solely on the basis of the commencement of a case under this title or that a debt owed by the debtor to such utility for service rendered before the order for relief was not paid when due." 11 U.S.C. § 366(a) (made applicable to Chapter 9 cases by 11 U.S.C. § 901(a)). "Such utility may alter, refuse, or discontinue service if neither the trustee nor the debtor, within 20 days after the date of the order for relief,[20] furnishes adequate assurance of payment, in the form of a deposit or other security, for service after such date. On request of a party in interest and after notice and a hearing, the court may order reasonable modification of the amount of the deposit or other security necessary to provide adequate assurance of payment." 11 U.S.C. § 366(b).

### A. Debtor's need for uninterrupted utility service is critical.

In the normal course of its business and in the operation of its facilities, the Debtor uses utility services from the Utility Providers, including electricity, internet, telephone system, and medical waste disposal. To continue its business operations, the Debtor must have the utility services at its location in Blythe, California. Should any of the Utility Providers refuse or discontinue service, even for a brief period of time, Debtor's ability to provide services would be severely interrupted and Debtor would be unable to provide emergency medical services to its community. Moreover, if the Debtor lost the services of these Utility Providers, it may not be in compliance with applicable state laws regulating the maintenance and operations of certified hospitals, and would be subject to penalties including closure of the Hospital.

---

[20] In a Chapter 9 case, the date of the order for relief is not entirely clear-cut. While under section 301(b) the filing of a voluntary case "constitutes an order for relief," section 921(d) also provides that "[i]f the petition is not dismissed under subsection (c) of this section, the court shall order relief under this chapter notwithstanding section 301(b).").

MOTION FOR ORDER PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE AND DETERMINING ADEQUATE ASSURANCE OF PAYMENT

### i.     The Utility Providers designated above should be considered utilities for this Debtor, a hospital.

There is no well-defined meaning of a "utility" subject to Section 366 in the Bankruptcy Code:

> The Bankruptcy Code does not define the term "utility." Obviously, the term governs regulated public utilities providing electric, gas, telephone and water service. In view of the section's purpose, courts have read the term broadly to include any provider of services with a monopoly, such as a provider of cable television services. However, in an era when utilities are being deregulated, the fact that a regulated monopoly does not exist does not preclude a service from being considered a "utility." The congressional purpose of ensuring vital services such as energy, water and telecommunication clearly would not be met, for example, if each of three possible providers of a particular service all refused service to a bankruptcy debtor.

COLLIER ON BANKRUPTCY ¶ 366.05 (16th ed.). "Notwithstanding the legislative history, the term 'utility' was, from the beginning, given a broad meaning. *One Stop Realtour Place, Inc. v. Allegiance Telecom, Inc. (In re One Stop Realtour Place, Inc.)*, 268 B.R. 430, 436 (Bankr. E.D. Pa. 2001). "The Bankruptcy Code does not define the term 'utility' but the legislative history indicates that this section was intended to cover those utilities that have a special position with respect to the debtor, 'such as an electric company, gas supplier, or telephone company that is a monopoly in the area so the debtor cannot easily obtain comparable services from another utility.' Such services as water, electricity, gas, and phones are typically regarded as necessary to meet minimum standards of living." *In re Moorefield*, 218 B.R. 795, 796 (Bankr. M.D.N.C. 1997). "Congress chose the term 'utility' rather than 'public utility' in § 266, thereby indicating … that an entity other than a public utility could be considered a utility for purposes of § 366." *In re Good Time Charlie's, Ltd.*, 25 B.R. 226 (Bankr. E.D. Pa. 1982). Even when an entity is not a monopoly, it may be considered a utility within the ordinary meaning of the term. *See One Stop Realtour Place*, 268 B.R. at 436 ("Allegiance is a 'utility' within the ordinary meaning of that term, since it provides telephone service to the public and is subject to regulation by the FCC and the Pennsylvania PUC."); *Good Time Charlie's*, 25 B.R. at 227 ("We feel that the defendant clearly occupies a 'special position with respect to the debtor' in its role as the debtor's electricity supplier."). An entity may also be considered a utility if a

MOTION FOR ORDER PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE AND DETERMINING ADEQUATE ASSURANCE OF PAYMENT

"debtor cannot easily obtain comparable service from another utility." House Report No. 95-595, 95th Cong., 1st Sess. (1977) 350; *see also One Stop Realtour Place*, 268 B.R. at 437; *Good Time Charlie's*, 25 B.R. at 227. Moreover, "[a] utility provider may provide both goods and services within the meaning of each section." *GFI Wisconsin, Inc. v. Reedsbug Utilities Commission*, 440 B.R. 791, 801-02 (W.D. Wis. 2010); *accord, In re NE OPCO, Inc.*, 501 B.R. 233, 255 (Bankr. D. Del. 2013).

Here, the Debtor has identified a list of service and goods providers which are essential to the operations of the Hospital. Some of the designated utility providers provide services which are commonly found in other chapter cases and are customarily designated as utility providers. Other providers are essential to this Debtor's hospital operations, but might not ordinarily be considered a utility provider, such as the company that provides emergency room supplies, scrubs, and other linens for the hospital. Under the circumstances of this case, these mission-critical vendors and suppliers should also be treated the same as electricity, water, and trash.

## B. The Court should approve the following procedures for adequate assurance, including the sufficiency of security deposits or prepayments, and notice procedures.

Under Section 366(c)(1)(A), assurance of payment means:

(i) a cash deposit;
(ii) a letter of credit;
(iii) a certificate of deposit;
(iv) a surety bond;
(v) a prepayment of utility consumption; or
(vi) another form of security that is mutually agreed on between the utility and the debtor or the trustee.

Debtor is current on most of its utility payments and is committed to paying all of the utility services that are mission-critical and necessary for the clean and orderly operation of the Hospital. To provide assurance of payment, the Debtor will bring current all outstanding utility payments and remain current so long as operations continue, except as otherwise agreed in writing between Debtor and the Utility Provider. The Debtor asserts that the history of payments made to the Utility

MOTION FOR ORDER PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR
DISCONTINUING SERVICE AND DETERMINING ADEQUATE ASSURANCE OF PAYMENT

Providers and the future receivables from ongoing services ("Proposed Adequate Assurance") constitute sufficient "adequate assurance of payment," and satisfies the requirements of 11 U.S.C. § 366. If any of the Utility Providers disagree, then it may request additional adequate assurance of payment, from the Debtor's unrestricted cash on hand pursuant to 11 U.S.C. § 366(c)(2).

Subject to the approval of the Court, the Debtor proposes the procedures below ("Procedures") by which a Utility Provider may request additional adequate assurance of future payment. Upon approval of the Court of the Procedures, Utility Providers shall be prohibited from (i) altering, refusing or discontinuing service on account of outstanding prepetition invoices, (ii) requiring additional adequate assurance of payment as a condition to providing utility services, or (iii) drawing upon any existing security deposit, surety bond, or other form of security to secure future payment for utility services. The Procedures proposed are as follows:

(a)     The Debtor shall serve a copy of the order granting the Motion ("Order") on (i) each Utility Provider by United States first-class mail within five business days after the date of entry of the Order; and (ii) as described below, each Utility Provider that is listed on any subsequently filed Supplement to this Motion by United States first-class mail within five business days after the date of filing of the supplement.

(b)     If a Utility Provider is not satisfied with the assurance of future payment provided by the Debtor, then the Utility Provider must serve a written request ("Request") upon the Debtor setting forth the location(s) for which utility services are provided, the account number(s) for such location(s), the outstanding balance for each account, a summary of the Debtor's payment history on each account, and an explanation of why the Proposed Adequate Assurance is inadequate assurance of payment;

(c)     The Request must be actually received by the Debtor and Debtor's proposed counsel at the following addresses within forty-five (45) days of the date of the Order ("Request Deadline"):

Marshack Hays Wood LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777

10

1    Attn: D. Edward Hays, Tinho Mang, Devan de los Reyes

2    (d)    Without further order of the Court, the Debtor may enter into agreements granting

3    additional adequate assurance to a Utility Provider serving a timely Request, if the

4    Debtor, in its discretion, determines that the Request is reasonable;

5    (e)    If the Debtor believes that a Request is unreasonable, then they shall, within thirty

6    (30) days after the Request Deadline date, file a motion pursuant to 11 U.S.C. §

7    366(c)(3) of the Bankruptcy Code seeking a determination from the Court that the

8    utility deposit, plus any additional consideration offered by the Debtor, constitutes

9    adequate assurance of payment ("Determination Motion").

10    (f)    Pending notice and a hearing on the Determination Motion, the Utility Provider that is

11    the subject of the unresolved Request may not alter, refuse, or discontinue services to

12    the Debtor or recover or setoff against a prepetition deposit;

13    (g)    Any Utility Provider that fails to make a timely Request shall be deemed to be

14    satisfied that the Proposed Adequate Assurance provide adequate assurance of

15    payment to such Utility Provider within the meaning of 11 U.S.C. § 366, and shall

16    further be deemed to have waived any right to seek additional adequate assurance

17    during the course of this chapter 11 case, except as provided in 11 U.S.C. §§

18    366(b)(2) or 366(c)(3), as applicable.[21]

19    (h)    If an entity that is not identified in this Motion as a Utility Provider believes that it

20    provides the Debtor with utility services within the meaning of 11 U.S.C. § 366, then

21    that entity must make a written request to be added as a Utility Provider within 20

22    days of the date of the Court's order granting the relief requested herein. Failure to

23    make a written request within the 20-day time period bars such entity from

24

25

26

27    [21] The Debtor reserves the right to challenge any 503(b)(9) claim filed by a Utility Provider on any
basis, including, without limitation, that such Utility Provider received benefits on account of

28    inclusion as a Utility Provider. Section 503(b)(9) is applicable in Chapter 9 bankruptcies.

11

terminating the services it provides to the Debtor under to 11 U.S.C. § 366, absent further order of the Court.

The Debtor further requests that it be allowed, without further order of the Court, to supplement the list if any Utility Provider has been inadvertently omitted. If the Debtor determines that the list of Utility Providers should be supplemented, then the Debtor will as soon as practicable file a notice with the Court amending its list of Utility Providers ("Supplement"). Within five days after filing the Supplement, the Debtor will then serve by First Class Mail a copy of this Motion and the signed Order on any Utility Provider that is added to the list. The added Utility Provider shall have thirty (30) days from the date of service of this Motion and the Order to make a Request as outlined above.

The Debtor maintains that the relief requested in this Motion strikes a fair balance between the rights of Utility Providers, Debtor's rights under the Bankruptcy Code, and the ongoing need for the Debtor to continue to receive the utility services. Debtor does not believe that the Utility Providers will be prejudiced by the uninterrupted continuation of the utility services and the approval of the Procedures.

## C.     The proposed adequate assurance and procedures satisfy the Bankruptcy Code's requirements set forth in Section 366.

Section 366 of the Bankruptcy Code protects a debtor against the immediate termination of utility services after it files for bankruptcy. Section 366 provides:

> (a) Except as provided in subsections (b) and (c) of this section, a utility may not alter, refuse, or discontinue service to, or discriminate against, the trustee or the debtor solely on the basis of the commencement of a case under this title or that a debt owed by the debtor to such utility for service rendered before the order for relief was not paid when due.
>
> (b) Such utility may alter, refuse, or discontinue service if neither the trustee nor the debtor, within 20 days after the date of the order for relief, furnishes adequate assurance of payment, in the form of a deposit or other security, for service after such date. On request of a party in interest and after notice and a hearing, the court may order reasonable modification of the amount of the deposit or other security necessary to provide adequate assurance of payment.
> . . .
> (c)(3)

12

(A) On request of a party in interest and after notice and a hearing, the court may order modification of the amount of an assurance of payment under paragraph (2)

(B) in making a determination under this paragraph whether an assurance of payment is adequate, the court may not consider-

(i) the absence of security before the date of the filing of the petition;
(ii) the payment by the debtor of charges for utility service in a timely manner before the date of the filing of the petition; or
(iii) the availability of an administrative expense priority.

11 U.S.C. §366.

By the Motion, the Debtor merely seeks to implement an orderly process to resolve requests for adequate assurance of payment without unduly burdening the Court. The Procedures will provide an efficient and orderly process to resolve any Assurance Request without judicial intervention, unless absolutely necessary. The Procedures propefrly balance the interests of the Utility Providers under § 366 and those of the Debtor.

First, the Procedures protect the Debtor against the termination of critical Utility Services. If any of the Utility Providers alters, refuses or discontinues service, even for a brief period, then the Debtor's ability to provide services will be interrupted and patient care may be detrimentally impacted. It is therefore critical that Utility Services continue.

Second, the Procedures are consistent with the rights of the Utility Providers to adequate assurance of future payment pursuant to § 366. To the extent a Utility Provider believes that, under the facts and circumstances of the case, providing post-petition services to the Debtor warrants greater protection, it can request adequate assurance of payment. If the Debtor and the Utility Providers are unable to reach an agreement on the amount and form of adequate assurance within the parameters set forth above, such adequate assurance will be determined by this Court. Thus, the Procedures provide a mechanism for each Utility Provider to request and obtain the adequate assurance of payment to which it is entitled pursuant to 11 U.S.C. § 366. The Utility Providers will not be prejudiced by the continuation of their services and will be paid all post-petition utility charges. The post-petition payments, in addition to the Debtor's history of timely payment to the

13

1  Utility Providers is additional adequate assurance of future performance.

2  **4.    Conclusion**

3      Under the circumstances of these cases, the Debtor believes that the Proposed Adequate

4  Assurance fully complies with the requirements of 11 U.S.C. § 366(c) while helping to reduce

5  further administrative burdens on the Debtor and its employees, and provide certainty to the Debtor

6  that its mission-critical utilities will not be terminated without sufficient opportunity to cure and the

7  jurisdiction of the Court. Therefore, the Debtor respectfully requests that the Court grant this Motion

8  and enter an order as follows:

9      1.    Granting the Motion.

10     2.    Prohibiting the Utility Providers listed herein from discontinuing or altering in any

11  detrimental way, the services and goods rendered to the Debtor, unless they comply with the

12  following procedures:

13     (a)    The Debtor shall serve a copy of the order granting the Motion ("Order") on (i) each

14          Utility Provider by United States first-class mail within five business days after the

15          date of entry of the Order; and (ii) as described below, each Utility Provider that is

16          listed on any subsequently filed Supplement to this Motion by United States first-

17          class mail within five business days after the date of filing of the supplement.

18     (b)    If a Utility Provider is not satisfied with the assurance of future payment provided by

19          the Debtor, then the Utility Provider must serve a written request ("Request") upon

20          the Debtor setting forth the location(s) for which utility services are provided, the

21          account number(s) for such location(s), the outstanding balance for each account, a

22          summary of the Debtor's payment history on each account, and an explanation of

23          why the Proposed Adequate Assurance is inadequate assurance of payment;

24     (c)    The Request must be actually received by the Debtor and Debtor's proposed counsel

25          at the following addresses within forty-five (45) days of the date of the Order

26          ("Request Deadline"):

27          Marshack Hays Wood LLP
28          870 Roosevelt

14

Irvine, California 92620
Telephone: (949) 333-7777
Attn: D. Edward Hays, Tinho Mang, Devan de los Reyes

(d)     Without further order of the Court, the Debtor may enter into agreements granting additional adequate assurance to a Utility Provider serving a timely Request, if the Debtor, in its discretion, determines that the Request is reasonable;

(e)     If the Debtor believes that a Request is unreasonable, then they shall, within thirty (30) days after the Request Deadline date, file a motion pursuant to 11 U.S.C. § 366(c)(3) of the Bankruptcy Code seeking a determination from the Court that the utility deposit, plus any additional consideration offered by the Debtor, constitutes adequate assurance of payment ("Determination Motion").

(f)     Pending notice and a hearing on the Determination Motion, the Utility Provider that is the subject of the unresolved Request may not alter, refuse, or discontinue services to the Debtor or recover or setoff against a prepetition deposit;

(g)     Any Utility Provider that fails to make a timely Request shall be deemed to be satisfied that the Proposed Adequate Assurance provide adequate assurance of payment to such Utility Provider within the meaning of 11 U.S.C. § 366, and shall further be deemed to have waived any right to seek additional adequate assurance during the course of this chapter 11 case, except as provided in 11 U.S.C. §§ 366(b)(2) or 366(c)(3), as applicable.[22]

(h)     If an entity that is not identified in this Motion as a Utility Provider believes that it provides the Debtor with utility services within the meaning of 11 U.S.C. § 366, then that entity must make a written request to be added as a Utility Provider within 20 days of the date of the Court's order granting the relief requested herein. Failure to make a written request within the 20-day time period bars such entity from

---

[22] The Debtor reserves the right to challenge any 503(b)(9) claim filed by a Utility Provider on any basis, including, without limitation, that such Utility Provider received benefits on account of inclusion as a Utility Provider. Section 503(b)(9) is applicable in Chapter 9 bankruptcies.

MOTION FOR ORDER PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE AND DETERMINING ADEQUATE ASSURANCE OF PAYMENT

1    terminating the services it provides to the Debtor under to 11 U.S.C. § 366, absent

2    further order of the Court.

3     3. Deeming the procedure herein adequate to protect the interests of the Utility

4    Providers under the circumstances of this case, and in consideration of the best interests of this

5    Debtor and the community that relies on the continued operations of the Debtor; and

6     4. For such other and further relief as the Court deems just and proper.

7

8    Dated:  October 2, 2025     MARSHACK HAYS WOOD LLP

9

10        By:  _/s/ Tinho Mang_____
       D. EDWARD HAYS

11          TINHO MANG
       DEVAN DE LOS REYES

12          Attorneys for Debtor
       PALO VERDE HOSPITAL DISTRICT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR ORDER PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR
DISCONTINUING SERVICE AND DETERMINING ADEQUATE ASSURANCE OF PAYMENT

# Declaration of Michael Rose

I, MICHAEL ROSE, declare as follows:

1.      I am an individual over 18 years of age and competent to make this Declaration.

2.      If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3.      The facts set forth below are true of my personal knowledge.

4.      I am the Interim Chief Financial Officer of Palo Verde Hospital District ("Debtor") or ("PVHD"). All documents attached to my declaration here were received from the electronic and hard copy records available to me. The documents are accurate to the best of my current knowledge and belief.

5.      I make this Declaration in support of the Debtor's Motion for order prohibiting utility providers from altering, refusing or discontinuing service ("Motion").

6.      In the normal course of its business and in the operation of its facilities, the Debtor uses utility services from the Utility Providers, including electricity, internet, telephone system, and medical waste disposal.

7.      A true and correct copy of the last month's invoice available to me for utility provider SCE for electricity is attached here as Exhibit 1.

8.      A true and correct copy of the last month's invoice available to me for utility provider CBW for water is attached here as Exhibit 2.

9.      A true and correct copy of the last month's invoice available to me for utility provider CR&R for garbage and recycling is attached here as Exhibit 3.

10.     A true and correct copy of the last month's invoice available to me for utility provider Frontier for internet and phone is attached here as Exhibit 4.

11.     A true and correct copy of the last month's invoice available to me for utility provider Blue Tech is attached here as Exhibit 5.

12.     A true and correct copy of the last month's invoice available to me for utility provider TRL for fire alarm monitoring is attached here as Exhibit 6.

13.     A true and correct copy of the last month's invoice available to me for utility provider Alsco for linen services is attached here as Exhibit 7.

14.     A true and correct copy of the last month's invoice available to me for utility provider AT&T for toll-free telephone services is attached here as Exhibit 8.

15.     A true and correct copy of the last month's invoice available to me for utility provider AT&T for telephone services is attached here as Exhibit 9.

16.     A true and correct copy of the last month's invoice available to me for utility provider SoCalGas for gas is attached here as Exhibit 10.

17.     A true and correct copy of the last month's invoice available to me for utility provider eGoldFax for fax services is attached to the Rose Decl. as Exhibit 11.

18.     A true and correct copy of the last month's invoice available to me for utility provider Granite for telephone is attached to the Rose Decl. as Exhibit 12.

19.     A true and correct copy of the last month's invoice available to me for utility provider Stericycle for medical waste disposal is attached to the Rose Decl. as Exhibit 13.

20.     A true and correct copy of the last month's invoice available to me for utility provider Culligan for water softening is attached to the Rose Decl. as Exhibit 14.

21.     A true and correct copy of the last month's invoice available to me for utility provider Mr. Pest for pest control is attached to the Rose Decl. as Exhibit 15.

22.     A true and correct copy of the last month's invoice available to me for utility provider Power Plus for generator back up is attached to the Rose Decl. as Exhibit 16.

23.     In the normal course of business and in operation of its facilities, the Debtor uses utility services from the Utility Providers including electricity, internet, telephone system, and medical waste disposal. Based on my familiarity with the Debtor's operations and in consultation with other members of the executive team, I am informed that the services and goods provided by and reflected in the invoices attached hereto are "mission-critical" and are necessary for the continuing operation of the hospital operated by the Debtor.

24.     To continue operating, the Debtor must have utility services at the place of its

18

MOTION FOR ORDER PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE

1  location in Blythe, CA. Should any of the Utility Providers refuse or discontinue service, even

2  for a brief period of time, I am informed that the Debtor's ability to provide services would be

3  interrupted. I am informed that it is critical that the Utility Services continue.

4

5      I declare under penalty of perjury that the foregoing is true and correct. Executed on October

6  2, 2025.

7

8                                      MICHAEL ROSE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR ORDER PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR
DISCONTINUING SERVICE

**EXHIBIT 1**



SOUTHERN CALIFORNIA **EDISON®**

An *EDISON INTERNATIONAL®* Company

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

For billing and service inquiries
1-800-990-7788
www.sce.com

## Your electricity bill

**PALO VERDE HOSPITAL** / Page 1 of 6

| | |
|---|---|
| **Customer account** 700884836367 | **POD-ID** 101760940008930187 |

**Service account**
8017780020
291 N 2ND ST
BLYTHE, CA 92225

**Date bill prepared**
09/15/25

## Amount due $867.29
### Due by 10/06/25

## Your account summary

| | |
|---|---:|
| Previous Balance | $0.00 |
| Balance forward | $0.00 |
| Your new charges | $838.29 |
| Service Connection Fee | $29.00 |
| **Total amount you owe by 10/06/25** | **$867.29** |

## Your cost varies by time of day

**Summer cost periods (Jun 01-Sep 30)**

| | Weekdays | Weekends & Holidays |
|---|---|---|
| On peak | 4pm - 9pm | |
| Mid peak | | 4pm - 9pm |
| Off peak | 12am - 4pm 9pm - 12am | 12am - 4pm 9pm - 12am |

---

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

(14-574)          Tear here                                                                                    Tear here



SOUTHERN CALIFORNIA **EDISON®**
An *EDISON INTERNATIONAL®* Company

Customer account 700884836367
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| **Amount due by 10/06/25** | **$867.29** |
|---|---|
| Amount enclosed | $ |

STMT 09152025 P5 C11 T0264 044190 01 0.6360 C004
PALO VERDE HOSPITAL
250 N 1ST ST
BLYTHE CA  92225-1702

P.O. BOX 300
ROSEMEAD, CA  91772-0002

700884836367  0000341  000000000000008672900008672q



**PALO VERDE HOSPITAL /** Page 2 of 6

# Ways to contact us

**Request a large print bill 1-800-655-4555**

| Customer service numbers | *Relay calls accepted* |
|---|---|
| General Services (U.S. & Canada) | 1-800-655-4555 |
| Payments, Extensions or Payment Options | 1-800-950-2356 |
| Emergency Services & Outages | 1-800-611-1911 |
| California Alternate Rates for Energy (CARE) | 1-800-447-6620 |
| Energy Theft Hotline | 1-800-227-3901 |
| Hearing & Speech Impaired (TTY) | 1-800-352-8580 |

| Multicultural services | |
|---|---|
| Cambodian / ខ្មែរ | 1-800-843-1309 |
| Chinese / 中文 | 1-800-843-8343 |
| Korean / 한국어 | 1-800-628-3061 |
| Vietnamese / Tiếng Việt | 1-800-327-3031 |
| Spanish / Español | 1-800-441-2233 |

**Correspondence:**
Southern California Edison
P.O. Box 6400
Rancho Cucamonga, CA
91729-6400

www.sce.com

---

# Important information

## What are my options for paying my bill?

| On-line | Pay one-time or recurring on www.sce.com/bill |
|---|---|
| Mail-in | Check or Money order |
| In Person | Authorized payment locations 1-800-747-8908 |
| Phone | QuickCheck 1-800-950-2356 |
| | Debit & credit card 1-833-425-1440 |
| Other | PayPal, Venmo, Apple Pay and Google Pay |

### Electronic check processing
Your check payment will be processed as a one-time Electronic Fund Transfer (EFT). With EFTs, funds may be withdrawn from your account the day we receive your payment. Your check will not be returned, but will appear on your financial statement.

### Rates and applicable rules:
Available at www.sce.com or upon request.

### Past due bills
When is my bill past due? It is past due 20 days after the preparation date, which was 09/15/25.

- Reconnecting service that has been disconnected requires a Service Connection payment (non-residential only).
- Unable to pay: If payment arrangements were not extended to you by SCE pursuant to SCE's filed tariffs, you may contact the California Public Utilities Commission.
- For safety reasons, if service is disconnected, please ensure any sensitive or potentially hazardous equipment is unplugged on the day of reconnection. For additional home safety tips, visit www.sce.com/safety or call SCE at 1-800-655-4555.

### What is the Late Payment Charge (LPC)?
0.6% will be applied to the total unpaid balance if payment is not received by the due date on this bill (except for CARE and state agency accounts).

### What is a rotating outage?
Rotating outages are controlled electrical outages used to avoid widespread or uncontrolled blackouts. Your Rotating Outage Group number is located on page 1, upper left, of your SCE bill. Your rotating outage group number may change at any time. For more information, visit www.sce.com/rotating outage.

### What is the Power Charge Indifference Adjustment (PCIA)?
The PCIA is a charge to ensure that both SCE customers and those who have left SCE service to purchase electricity from other providers pay for the above market costs for electricity generation resources that were procured by SCE on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources.

## Disputed bills
*If you believe there is an error on your bill or have a question about your service, please call Southern California Edison (SCE) customer support at 1-800-655-4555 If you are not satisfied with SCE's response, submit a complaint to the California Public Utilities Commission (CPUC) at www.cpuc.ca.gov/ complaints/. The CPUC's Consumer Affairs Branch (CAB) handles billing and service complaints and can be reached by:*

| Telephone | 1-800-649-7570 (8:30 AM - 4:30 PM, Monday - Friday) |
|---|---|
| Mail | CPUC, Consumer Affairs Branch, 505 Van Ness Ave., Room 2003, San Francisco, CA 94102 |

*If you have limitations hearing or speaking, contact the California Relay Service, which is for those needing assistance relaying telephone conversations. Dial 711 or one of the numbers below to be routed to a California Relay Service provider in your preferred mode of communication.*

| Type of Call | English | Spanish |
|---|---|---|
| TTY/VCO/HCO to Voice | 1-800-735-2929 | 1-800-855-3000 |
| Voice to TTY/VCO/HCO | 1-800-735-2922 | 1-800-855-3000 |
| Speech-to-Speech Relay | 1-800-854-7784 | 1-800-854-7784 |

*To avoid having service turned off while waiting for the outcome of a complaint to the CPUC regarding the accuracy of your bill, contact CAB for assistance. If your case meets the eligibility criteria, CAB will instruct you on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is reviewed to keep your service turned on.*

### Definitions
- **Baseline Credit:** The baseline credit provides reduced electricity rates on electricity used up to the baseline allocation for the region that you live in.
- **CA Climate Credit:** Credit from state effort to fight climate change. Applied monthly to eligible businesses and semi-annually to residents.
- **Wildfire Fund Charge:** Supports the California Wildfire Fund which covers costs associated with catastrophic wildfires, including payment of bonds issued by the California Department of Water Resources (DWR)
- **Public Purpose Programs Charge:** Funds state-mandated programs for low income discounts, energy efficiency, renewable energy and R&D.
- **SCE Generation:** For recovering energy procurement and generation costs for that portion of your energy provided by SCE.

---

To change your contact information or enroll in SCE's payment option, complete the form below and return it in the enclosed envelope.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Change of mailing address:** 700884836367

| STREET# | STREET NAME | | APARTMENT # |
|---|---|---|---|
| CITY | | STATE | ZIP CODE |
| TELEPHONE # | | E-MAIL ADDRESS | |

**Direct Payment (Automatic Debit) Enrollment:** 700884836367
I hereby authorize SCE and my financial institution to automatically deduct my monthly payment from the checking account as shown on my enclosed check, ten calendar days after my bill is mailed.

Signature _____ Date _____

To change your checking account information or to be removed from the Direct Payment program please call SCE at 1-800-655-4555.

**Energy Assistance Fund (EAF):** I want to help people pay their energy bill through EAF. For info visit www.sce.com/eaf or call (800) 205-8596.

Add this amount for EAF $ _____    Select one box only and sign below for EAF:

☐ Every Month    ☐ One Month only    _____



SOUTHERN CALIFORNIA
**EDISON**®
An *EDISON INTERNATIONAL*® Company

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

**PALO VERDE HOSPITAL** / Page 3 of 6



| Usage kWh | | | | Avg. cost | | | Total cost | |
|---|---|---|---|---|---|---|---|---|
| On peak | | 496 kWh | x | $0.59659 | = | | $295.91 | |
| Mid peak | | 216 kWh | x | $0.30176 | = | | $65.18 | |
| Off peak | | 1976 kWh | x | $0.22555 | = | | $445.68 | |
| | | 2688 kWh | | | | | $806.77 | Energy Charges |
| | | | | | | | $31.52 | Other credits/charges |
| | | | | | | | **$838.29** | **Total** |

Costs are rounded and include applicable energy charges from SCE. During
season or price changes, averages are used. To view all charges and credits
and to calculate your bill, refer to **Details of your new charges**.

| Summer season demand (kW) | | |
|---|---|---|
| Your maximum demand reached this billing period is 14 kW<br>*Your maximum threshold demand is 20 kW*<br><br>If you exceed 20 kW three months within a 12-month period, you will<br>be transferred to the TOU-GS-2 rate schedule. | *Maximum Summer demand reached by price period :*<br>On peak     14 kW 06/30/25 04:00pm-04:15pm<br>Mid Peak   10 kW 06/21/25 04:00pm-04:15pm<br>Off peak    14 kW 06/25/25 03:30pm-03:45pm | |

To view your demand charges, please refer to the **Details of your new charges**.

## Your past and current electricity usage

For meter 259000-098475 from 06/20/25 to 07/10/25
**Total electricity you used this month in kWh**

*Your next billing cycle will end on or about 08/10/25.*

2,688

**Your daily average electricity usage (kWh)**



| | | | | |
|---|---|---|---|---|
| 128 | | | | |
| 85 | | | | |
| 43 | | | | |
| 0 | | | | |
| | Jul '23** | Jul '24** | Jun '25** | Jul '25* |

\* Irregular billing period
\*\* No data available

**Usage comparison**

| | Jul '23 ** | Jul '24 ** | Aug '24 ** | Sep '24 ** | Oct '24 ** | Nov '24 ** | Dec '24 ** | Jan '25 ** | Feb '25 ** | Mar '25 ** | Apr '25 ** | May '25 ** | Jun '25 ** | Jul '25 * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total kWh used | | | | | | | | | | | | | | 2,688 |
| Number of days | | | | | | | | | | | | | | 21 |
| Appx. average kWh<br>used/day | | | | | | | | | | | | | | 128 |



**PALO VERDE HOSPITAL / Page 4 of 6**

## Details of your new charges

Your rate: TOU-GS-1-E
Billing period: 06/20/25 to 07/10/25 (21 days)

**Delivery charges** - *Cost to deliver your electricity*
Energy-Summer

| | | |
|---|---|---|
| On peak | 496 kWh x $0.19476 | $96.60 |
| Mid peak | 216 kWh x $0.19476 | $42.07 |
| Off peak | 1,976 kWh x $0.14907 | $294.56 |
| Wildfire fund charge | 2,688 kWh x $0.00595 | $15.99 |
| Customer charge | 21 days x $0.46800 | $9.83 |
| 3 phase service chg | | $0.97 |

**Generation charges** - *Cost to generate your electricity*
SCE
Energy-Summer

| | | |
|---|---|---|
| On peak | 496 kWh x $0.40183 | $199.31 |
| Mid peak | 216 kWh x $0.10698 | $23.11 |
| Off peak | 1,976 kWh x $0.07648 | $151.12 |

**Other charges or credits**

| | | |
|---|---|---|
| Fixed recovery charge | 2,688 kWh x $0.00146 | $3.92 |
| Subtotal of your new charges | | $837.48 |
| State tax | 2,688 kWh x $0.00030 | $0.81 |
| **Your new charges** | | **$838.29** |

**Your Delivery charges include:**
- $45.52 transmission charges
- $297.32 distribution charges
- -$0.02 nuclear decommissioning charges
- $78.65 public purpose programs charge
- $20.42 new system generation charge

**Your Generation charges include:**
- -$1.10 competition transition charge
- -$115.42 power charge indifference adjustment (PCIA)

**Your overall energy charges include:**
- $7.76 franchise fees

**Additional information:**
- Service voltage: 208 volts

## Rate Identification Number - RIN



**USCA-SCSC-0800-0000**
*In the future, you might use the Rate Identification Number (RIN) to program smart devices like smart thermostats, EV chargers, or energy management systems once the manufacturer has enabled its use. Once these smart device features are available, simply scan the QR code using the smart device app for setup. To learn more, visit sce.com/helpcenter/rin.*

## Things you should know

**Fixed Recovery Charge**
*SCE has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires. Your bill for electric service includes a Fixed Recovery Charge that has been approved by the CPUC to repay those bonds. The right to recover the Fixed Recovery Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to SCE. SCE is collecting the Fixed Recovery Charge on behalf of the Special Purpose Entity.*

**Micro-business Certification**
*Pursuant to CPUC D.10-10-032 and D.10-11-037, customers who meet the definition of a "micro-business" as defined by California Government Code Section 14837, may be rebilled for a maximum of three months rather than three years for an undercharge resulting from a billing or meter error. To learn more and what you can do to self-certify as a "micro-business" please call 1-800-990-7788 or visit us at sce.com.*

August 2025

Page 5 of 6

# SCE BUSINESS CONNECTION

## SOUTHERN CALIFORNIA EDISON'S (SCE) ELECTRIC RATE OPTIONS

Below are brief descriptions of the current and available rate options (or "rate schedules") that SCE offers. The size and type of your business will help determine the rates for which you may qualify. Your current rate schedule appears on your electric bill. For complete details on SCE's business customer rate options and specific pricing, please visit **www.sce.com/rateoptions**, or call us at **1-800-990-7788**.

### SMALL- AND MEDIUM-SIZED COMMERCIAL CUSTOMERS

**GENERAL SERVICE (TOU-GS-1):** This rate schedule is for small business customers whose monthly maximum demand does not regularly exceed 20 kilowatts (kW) and includes a customer charge and energy charges that vary by time-of-use (TOU) and season. Rates are lowest during off-peak hours, higher during mid-peak hours, and highest during on-peak hours of 4:00 p.m. to 9:00 p.m., summer weekdays, excluding holidays. The following TOU options are available: Option E, Option D, Option E-CPP, Option LG (Local Government), and Option ES (Energy Storage). (Please refer to the "Optional Rates" section below for details.) Customers can save money by shifting usage to off-peak hours.

**TIME-OF-USE GENERAL SERVICE DEMAND METERED (TOU-GS-2):** This rate schedule is for medium-sized customers with expected or registered monthly demands above 20 kW to below 200 kW and includes a customer charge and energy charges that vary by season and time of use, with the highest rates during the on-peak hours of 4:00 p.m. to 9:00 p.m. summer weekdays, excluding holidays. The following options are available: Option D-CPP, Option D, Option E. (Please refer to the "Optional Rates" section below for details.) Customers can save money by shifting usage to off-peak hours.

**GENERAL SERVICE SMALL/MEDIUM, REAL-TIME PRICING (TOU-GS-1-RTP & TOU-GS-2-RTP):** These optional rates are available to small- and medium-sized commercial customers based on their registered demands. Under RTP, customers are billed hourly electricity prices that vary based on the time of day, season and temperature, where the prices are known a day in advance. These rates are beneficial to bundled service customers (those whose electric power, transmission, distribution, billing, metering and related services are provided by SCE) with the flexibility to manage or reduce their energy usage in response to a time and temperature-variant price schedule.

### RATES FOR LARGE COMMERCIAL AND INDUSTRIAL CUSTOMERS

**TIME-OF-USE GENERAL SERVICE - DEMAND METERED (TOU-GS-3):** This rate schedule is for large commercial and industrial customers with registered monthly demands of 200 kW to 500 kW, and includes a customer charge and energy charges that vary by season and time of use, with the highest rates during the on-peak hours of 4:00 to 9:00 p.m. summer weekdays, excluding holidays. The following options are available: Option D-CPP, Option D, Option E and Option CPP. (please refer to the "Optional Rates" section for details.)

**TIME-OF-USE GENERAL SERVICE LARGE (TOU-8):** This rate schedule is for large commercial and industrial customers who regularly register demands greater than 500 kW, including (but not limited to) large manufacturers and processors, retail stores, colleges or universities, hospitals and office buildings. Includes a customer charge and energy charges that vary by season and time of use, with the highest rates during the on-peak hours of 4:00 to 9:00 p.m. summer weekdays, excluding holidays. The following options are available: Option D-CPP, Option D, and Option E. (Please refer to the "Optional Rates" section for details.) Note: Option E for TOU-8 is limited to customers employing cold ironing, permanent load shifting or the charging of zero emissions electric transportation intended for the transport of people or goods.

**TIME-OF-USE GENERAL SERVICE - LARGE - STANDBY (TOU-8-S):** This rate schedule is mandatory for most customers who would otherwise (absent their generating facility) be eligible for service under Schedule TOU-8, and who supply a part or all of their electrical requirements from a generating facility as defined, interconnected, and operated in accordance with SCE's Rule 21, Wholesale Distribution Access Tariff (WDAT) or Transmission Owners (TO) tariff, but who will require electric service from SCE's electrical system during periods of a partial or complete outage of the customer's generating facility. This rate schedule has six options: Option D, Option LG, Option LG-CPP, Option LG, Option LG-CPP, and Option A are available exclusively to customers receiving service under Schedule RES BCT.

**GENERAL SERVICE – LARGE, REAL-TIME PRICING (TOU-GS-3-RTP, TOU-8-RTP, AND TOU-8-RTP-S):** These optional rates are available to commercial customers based on their registered demands. Under RTP, customers are billed hourly electricity generation prices that vary based on the time of day, season and temperature. This rate is beneficial to bundled service customers with the flexibility to manage or reduce their energy usage in response to a time and temperature-variant price schedule.

### OPTIONAL RATES

The following rate options may apply to Schedules TOU-GS-1, TOU-GS-2, TOU-GS-3 and TOU-8 customers:

**OPTION E FOR SCHEDULES TOU-GS-2 AND TOU-GS-3:** With the exception of TOU-GS-1, this option includes Facilities-Related Demand (FRD) charges in addition to time-variant on-, mid- and off-peak energy charges, but no time-related demand (TRD) charges. FRD charges reflect the cost of transmission and distribution facilities built to meet customers' peak power demands and are applied all year round. Option E for TOU-GS-1 uses distribution energy charges ($/kWh) instead of FRD charges. Option E includes energy rates that vary by time-of-use and season, highest during on-peak hours of 4:00 to 9:00 p.m., summer weekdays (excluding holidays).

**OPTION E FOR SCHEDULE TOU-8:** This option is limited to customers employing cold ironing, permanent load shift technologies or the charging of zero emissions electric transportation intended for the transport of people or goods. This option includes energy rates that vary by time-of-use and season, highest during on-peak hours of 4:00 to 9:00 p.m., summer weekdays (excluding holidays). The energy rates are lowest during off-peak hours. This option also includes FRD charges, and does not include TRD charges.

**OPTION D:** This option includes TRD charges and energy rates that vary by time-of-use and season, and are highest during on-peak hours of 4:00 to 9:00 p.m., summer weekdays (excluding holidays). The energy rates are lowest during off-peak hours. This option also includes FRD charges.

**OPTION ES (ENERGY STORAGE):** This option is available to customers who install onsite behind-the-meter (BTM) energy storage systems, either paired with other technology, such as solar (may be served on a NEM rate schedule), or standalone. The energy storage system must have a minimum energy storage capacity equal to the greater of either 4.8 kWh or at least 0.05 percent of the customer's annual usage (in kWh over the previous 12 months). Customers with less than 12 months of annual usage data must have an energy storage system with a minimum energy storage capacity of at least 4.8 kWh. Service on Option ES is subject to a participation cap of 15,000 customers. Customers served on Option ES are exempt from Standby service (i.e., Schedule S).

**OPTION LG (LOCAL GOVERNMENT):** This option is available exclusively to customers served as the Generating Account under Schedule RES-BCT. Customers receiving service on Option LG are required to take service on Schedule TOU-8-S or Schedule S.

**TIME-OF-USE ELECTRIC VEHICLES (TOU-EV-7, TOU-EV-8, AND TOU-EV-9):** These rate schedules are designed for customers who own and operate electric vehicle(s) (EVs) and use EV chargers. TOU-EV-7 is applicable to customers with demands of 20 kW or less, TOU-EV-8 is applicable to customers with demands above 20 kW but not exceeding 500 kW, and TOU-EV-9 is applicable to customers with demand expected to exceed 500 kW or has exceeded 500 kW.

*(continued)*

EXHIBIT 1, PAGE 24

August 2025

Page 6 of 6

# SCE BUSINESS CONNECTION

## RATES FOR AGRICULTURAL AND PUMPING CUSTOMERS

Eligibility for all SCE agricultural and pumping rate schedules requires that 70 percent or more of the customer's electrical usage is for Agricultural Power Service, general water or sewerage pumping or for oil pumping customers with a Standard Classification Code (SIC) Code of 1311. Except for accounts that have signed Form 14-317, Form 14-927, or have 70 percent or more of electrical usage for Agricultural Power Service, accounts greater than 500 kW are ineligible for service under an agricultural and pumping rate and must take service on Schedule TOU-8. Individual water agency accounts or other water pumping accounts with demands above 500 kW where 70 percent or more of the water pumped is for agricultural purposes must sign Form 14-317, which will require the account to remain on an agricultural and pumping rate schedule. Agricultural customers that are (1) packing houses that pack only whole fruits or vegetables, and associated cold storage on the same premises as the packing houses; (2) cotton gins; (3) nut hulling and shelling operations; or (4) producers of unflavored milk fit for human consumption by way of pasteurization, homogenization, vitaminization or fat standardization must sign Form 14-927 to qualify for an agricultural and pumping rate schedule. General water and sewerage pumping service accounts 500 kW or below are required to sign Form 14-946 in order to take service under an agricultural and pumping rate.

**TIME-OF-USE AGRICULTURAL AND PUMPING SMALL TO MEDIUM (TOU-PA-2):** This rate schedule is mandatory for accounts with registered demands below 200 kW. Energy rates vary by season and time of day, with the highest rates during on-peak hours of 4:00 p.m. to 9:00 p.m., or 5:00 to 8:00 p.m. if applicable, on summer weekdays, excluding holidays. Customers can choose Option E with an FRD charge or Option D with FRD and TRD on-peak and mid-peak charges to optimize their energy savings. The following options are available to TOU-PA-2 customers: Option D, Option D-CPP, Option D 5TO8, Option D 5TO8-CPP, Option E and Option E-5TO8. Customers can save money by shifting usage to off-peak hours. A Wind Machine credit is available to eligible customers who incur winter season usage exclusively for Wind Machine operations.

**TIME-OF-USE AGRICULTURAL AND PUMPING – LARGE (TOU-PA-3)** This rate schedule is for customers with registered demands of 200 kW through 500 kW. Energy rates vary by season and time of day, with the highest rates during on-peak hours of 4:00 p.m. to 9:00 p.m., or 5:00 to 8:00 p.m. if applicable, on summer weekdays, excluding holidays. Customers can choose Option E with a FRD charge or Option D with FRD and TRD on-peak and mid-peak charges to optimize their energy savings. The following options are available: Option D-CPP, Option D, Option D 5TO8, Option D 5TO8-CPP, Option E and Option E-5TO8. The Optimal Billing Period Service provision provides for the voluntary use of an Optimal Billing Period which allows for a customer's billing cycle(s) to coincide with the customer's high seasonal production cycle.

**AGRICULTURAL AND PUMPING – LARGE REAL-TIME PRICING (TOU-PA-2-RTP AND TOU-PA-3-RTP):** These optional rates are beneficial to agricultural and water pumping bundled service customers who have the flexibility to manage or reduce energy usage based on a time and temperature-driven price schedule. Customers are billed hourly generation prices that vary based on the time of day, season and temperature.

## MISCELLANEOUS RATES

**CHARGE READY PROGRAM (CRP):** This optional schedule applies to qualified non-residential customers who elect to participate in the Charge Ready Program and who own, lease or manage the site where the qualified charging stations, in the quantity approved by SCE, are installed. Participating customers must have an Edison SmartConnect® meter or interval data recorded meter to register charging station load and must be served on an applicable General Service Time-of-Use rate to participate on this schedule.

**CHARGE READY PROGRAM PILOT (CRPP)** This optional schedule applies to qualified non-residential customers who elect to participate in the Charge Ready Program Pilot and who own, lease or manage the site where the qualified charging stations, in the quantity approved by SCE, are installed. Participating customers must have an Edison SmartConnect® meter or interval data recorded meter to registering charging station load and must be served on an applicable General Service Time-of-Use rate to participate on this schedule.

**CHARGE READY TRANSPORT PROGRAM (CRTP):** This optional schedule applies to qualified non-residential customers who elect to participate in Charge Ready Transport Program and who own, lease, manage, or is the customer on record of the charging site where the qualified charging station is installed. Participating customers must procure at least two electric vehicles, purchase and install qualified charging stations, agree to maintain and operate the charging equipment for at least ten years, and be served on an applicable General Service Time-of-Use rate for the full term of service.

**DEMAND RESPONSE CHARGE READY PROGRAM PILOT (DR-CRPP)** SCE customers with Level 2 Electric Vehicle (EV) Charging Stations installed through the Charge Ready Program are automatically enrolled in the Demand Response - Charge Ready Pilot. Customer Participants who postpone EV charging station usage during load shift events or decrease usage during load reduction events will receive incentives for their participation.

**EMERGENCY LOAD REDUCTION PROGRAM (ELRP):** The ELRP is a five-year pilot program designed to pay customers for reducing energy consumption or increasing electricity supply during periods of electrical grid emergencies from May thru October. Participating commercial customers earn $2 per kilowatt-hour (kWh) for energy reduced during events, with zero penalties if they are unable to participate. ELRP runs between May and October each year, and events may occur any day of the week from 4:00 p.m. - 9:00 p.m.

**NET BILLING TARIFF (NBT) also known as Solar Billing Plan**
This optional rate is designed for customers who install eligible renewable generating facilities on their premises to generate electricity and offset their own electrical needs. Customers can size their systems up to 150% of their electrical requirements, provided they attest that the additional capacity will support electrification (such as adding an electric vehicle) within a year of interconnection. The generation facility must use renewable sources defined in Section 25741 of the Public Resource Code.*

All customers' net usage is billed according to their Otherwise Applicable Tariff, which must be a Time-of-Use rate schedule. Net generation is credited at the Avoided Cost Calculator rate, also known as the Energy Export Credit, based on the year the application was submitted.

*The renewable sources included in Section 25741 of the Public Resources Code are: biomass, solar thermal, photovoltaic, wind, geothermal, fuel cells using renewable fuels, small hydroelectric generation digester gas, municipal solid waste conversion, landfill gas, ocean wave, ocean thermal, or tidal current, and any additions or enhancement to the facility using these technologies.

Due to space limitations, a rate you may be eligible for may not appear. Please visit **www.sce.com/inserts-onserts** (under August 2025 or contact us if you'd like a complete listing of all available rates. Please email **Tariffs.Manager@sce.com** or a copy to be sent via U.S. Mail.

Para solicitar una copia en español de esta notificación, por favor escriba a:

**Southern California Edison**
P.O. Box 800, G.O. 1, Quad 4A
Rosemead, CA 91770

á la atención de Comunicaciones Corporativas, o visita **www.sce.com/avisos**.

## CONNECT WITH US
Get energy-saving tips, safety and outage updates, and much more.

 www.facebook.com/sce  www.instagram.com/sce  www.twitter.com/sce_business

*(End of docume*

EXHIBIT 1, PAGE 25



Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

**SOUTHERN CALIFORNIA EDISON®**
An *EDISON INTERNATIONAL®* Company

For billing and service inquiries
1-800-990-7788
www.sce.com

## Your electricity bill

**PALO VERDE HOSPITAL** / Page 1 of 6

| | | |
|---|---|---|
| **Customer account** 700724802838 | **Rotating outage** Group N001 | **Amount due $90.90** **Due by 10/06/25** |
| **Service account** 8013058139 205 N 1ST ST STE A BLYTHE, CA 92225 | **POD-ID** 101760940006615807 **Date bill prepared** 09/15/25 | |

## Your account summary

| | |
|---|---|
| Previous Balance | $54.43 |
| Payment Received 08/27/25 | -$54.43 |
| Balance forward | $0.00 |
| Your new charges | $90.90 |
| **Total amount you owe by 10/06/25** | **$90.90** |

## Your cost varies by time of day

### Summer cost periods (Jun 01-Sep 30)

| | Weekdays | Weekends & Holidays |
|---|---|---|
| On peak | 4pm - 9pm | |
| Mid peak | | 4pm - 9pm |
| Off peak | 12am - 4pm 9pm - 12am | 12am - 4pm 9pm - 12am |

---

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

(14-574)    Tear here                                                                                    Tear here



**SOUTHERN CALIFORNIA EDISON®**
An *EDISON INTERNATIONAL®* Company

**Customer account 700724802838**
Please write this number on the memo line of your check. Make your check payable to Southern California Edison.

| **Amount due by 10/06/25** | **$90.90** |
|---|---|
| Amount enclosed | $ |

STMT 09152025 P5 C11 T0264 044189 01 0.6360 C004

PALO VERDE HOSPITAL
250 N 1ST ST
BLYTHE CA 92225-1702

P.O. BOX 300
ROSEMEAD, CA 91772-0002

700724802838 0000154 000000000000009090000009090



EXHIBIT 1, PAGE 26

**PALO VERDE HOSPITAL / Page 2 of 6**

# Ways to contact us

### Request a large print bill 1-800-655-4555

| Customer service numbers | *Relay calls accepted* |
|---|---|
| General Services (U.S. & Canada) | 1-800-655-4555 |
| Payments, Extensions or Payment Options | 1-800-950-2356 |
| Emergency Services & Outages | 1-800-611-1911 |
| California Alternate Rates for Energy (CARE) | 1-800-447-6620 |
| Energy Theft Hotline | 1-800-227-3901 |
| Hearing & Speech Impaired (TTY) | 1-800-352-8580 |

| Multicultural services | |
|---|---|
| Cambodian / ខ្មែរ | 1-800-843-1309 |
| Chinese / 中文 | 1-800-843-8343 |
| Korean / 한국어 | 1-800-628-3061 |
| Vietnamese / Tiếng Việt | 1-800-327-3031 |
| Spanish / Español | 1-800-441-2233 |

**Correspondence:**
Southern California Edison
P.O. Box 6400
Rancho Cucamonga, CA
91729-6400

www.sce.com

---

## Important information

### What are my options for paying my bill?

| On-line | Pay one-time or recurring on www.sce.com/bill | |
|---|---|---|
| Mail-in | Check or Money order | |
| In Person | Authorized payment locations | 1-800-747-8908 |
| Phone | QuickCheck | 1-800-950-2356 |
| | Debit & credit card | 1-833-425-1440 |
| Other | PayPal, Venmo, Apple Pay and Google Pay | |

### Electronic check processing
Your check payment will be processed as a one-time Electronic Fund Transfer (EFT). With EFTs, funds may be withdrawn from your account the day we receive your payment. Your check will not be returned, but will appear on your financial statement.

**Rates and applicable rules:** Available at www.sce.com or upon request.

### Past due bills
When is my bill past due? It is past due 20 days after the preparation date, which was 09/15/25.
- Reconnecting service that has been disconnected requires a Service Connection payment (non-residential only).
- Unable to pay: If payment arrangements were not extended to you by SCE pursuant to SCE's filed tariffs, you may contact the California Public Utilities Commission.
- For safety reasons, if service is disconnected, please ensure any sensitive or potentially hazardous equipment is unplugged on the day of reconnection. For additional home safety tips, visit www.sce.com/safety or call 1-800-655-4555.

### What is the Late Payment Charge (LPC)?
0.6% will be applied to the total unpaid balance if payment is not received by the due date on this bill (except for CARE and state agency accounts).

### What is a rotating outage?
Rotating outages are controlled electrical outages used to avoid widespread or uncontrolled blackouts. Your Rotating Outage Group number is located on page 1, upper left, of your SCE bill. Your rotating outage group number may change at any time. For more information, visit www.sce.com/rotating outage.

### What is the Power Charge Indifference Adjustment (PCIA)?
The PCIA is a charge to ensure that both SCE customers and those who have left SCE service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by SCE on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources.

### Disputed bills
*If you believe there is an error on your bill* or have a question about your service, please call *Southern California Edison (SCE)* customer support at *1-800-655-4555* If you are not satisfied with SCE's response, submit a complaint to the California Public Utilities Commission (CPUC) at *www.cpuc.ca.gov/complaints/.* The CPUC's Consumer Affairs Branch (CAB) handles billing and service complaints and can be reached by:

Telephone  1-800-649-7570 (8:30 AM - 4:30 PM, Monday - Friday)
Mail         CPUC, Consumer Affairs Branch, 505 Van Ness Ave., Room 2003, San Francisco, CA 94102

*If you have limitations hearing or speaking, contact the California Relay Service, which is for those needing assistance relaying telephone conversations. Dial 711 or one of the numbers below to be routed to a California Relay Service provider in your preferred mode of communication.*

| Type of Call | English | Spanish |
|---|---|---|
| *TTY/VCO/HCO to Voice* | 1-800-735-2929 | 1-800-855-3000 |
| *Voice to TTY/VCO/HCO* | 1-800-735-2922 | 1-800-855-3000 |
| *Speech-to-Speech Relay* | 1-800-854-7784 | 1-800-854-7784 |

*To avoid having service turned off while waiting for the outcome of a complaint to the CPUC regarding the accuracy of your bill, contact CAB for assistance. If your case meets the eligibility criteria, CAB will instruct you on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is reviewed to keep your service turned on.*

### Definitions
- **Baseline Credit:** The baseline credit provides reduced electricity rates on electricity used up to the baseline allocation for the region that you live in.
- **CA Climate Credit:** Credit from state effort to fight climate change. Applied monthly to eligible businesses and semi-annually to residents.
- **Wildfire Fund Charge:** Supports the California Wildfire Fund which covers costs associated with catastrophic wildfires, including payment of bonds issued by the California Department of Water Resources (DWR)
- **Public Purpose Programs Charge:** Funds state-mandated programs for low income discounts, energy efficiency, renewable energy and R&D.
- **SCE Generation:** For recovering energy procurement and generation costs for that portion of your energy provided by SCE.

---

*To change your contact information or enroll in SCE's payment option, complete the form below and return it in the enclosed envelope.*

### Change of mailing address: 700724802838

| STREET# | STREET NAME | | APARTMENT # |
|---|---|---|---|
| CITY | | STATE | ZIP CODE |
| TELEPHONE # | | E-MAIL ADDRESS | |

### Direct Payment (Automatic Debit) Enrollment: 700724802838
I hereby authorize SCE and my financial institution to automatically deduct my monthly payment from the checking account as shown on my enclosed check, ten calendar days after my bill is mailed.

Signature _____  Date _____

To change your checking account information or to be removed from the Direct Payment program please call SCE at 1-800-655-4555.

---

**Energy Assistance Fund (EAF):** I want to help people pay their energy bill through EAF. For info visit www.sce.com/eaf or call (800) 205-8596.

Add this amount for EAF $ _____    Select one box only and sign below for EAF:

☐ Every Month    ☐ One Month only    _____

# SCE BUSINESS CONNECTION

## RATES FOR AGRICULTURAL AND PUMPING CUSTOMERS

Eligibility for all SCE agricultural and pumping rate schedules requires that 70 percent or more of the customer's electrical usage is for Agricultural Power Service, general water or sewerage pumping or for oil pumping customers with a Standard Classification Code (SIC) Code of 1311. Except for accounts that have signed Form 14-317, Form 14-927, or have 70 percent or more of electrical usage for Agricultural Power Service, accounts greater than 500 kW are ineligible for service under an agricultural and pumping rate and must take service on Schedule TOU-8. Individual water agency accounts or other water pumping accounts with demands above 500 kW where 70 percent or more of the water pumped is for agricultural purposes must sign Form 14-317, which will require the account to remain on an agricultural and pumping rate schedule. Agricultural customers that are (1) packing houses that pack only whole fruits or vegetables, and associated cold storage on the same premises as the packing houses; (2) cotton gins; (3) nut hulling and shelling operations; or (4) producers of unflavored milk fit for human consumption by way of pasteurization, homogenization, vitaminization or fat standardization must sign Form 14-927 to qualify for an agricultural and pumping rate schedule. General water and sewerage pumping service accounts 500 kW or below are required to sign Form 14-946 in order to take service under an agricultural and pumping rate.

**TIME-OF-USE AGRICULTURAL AND PUMPING SMALL TO MEDIUM (TOU-PA-2):** This rate schedule is mandatory for accounts with registered demands below 200 kW. Energy rates vary by season and time of day, with the highest rates during on-peak hours of 4:00 p.m. to 9:00 p.m., or 5:00 to 8:00 p.m. if applicable, on summer weekdays, excluding holidays. Customers can choose Option E with an FRD charge or Option D with FRD and TRD on-peak and mid-peak charges to optimize their energy savings. The following options are available to TOU-PA-2 customers: Option D, Option D-CPP, Option D 5TO8, Option D 5TO8-CPP, Option E and Option E-5TO8. Customers can save money by shifting usage to off-peak hours. A Wind Machine credit is available to eligible customers who incur winter season usage exclusively for Wind Machine operations.

**TIME-OF-USE AGRICULTURAL AND PUMPING - LARGE (TOU-PA-3)** This rate schedule is for customers with registered demands of 200 kW through 500 kW. Energy rates vary by season and time of day, with the highest rates during on-peak hours of 4:00 p.m. to 9:00 p.m., or 5:00 to 8:00 p.m. if applicable, on summer weekdays, excluding holidays. Customers can choose Option E with a FRD charge or Option D with FRD and TRD on-peak and mid-peak charges to optimize their energy savings. The following options are available: Option D-CPP, Option D, Option D 5TO8, Option D 5TO8-CPP, Option E and Option E-5TO8. The Optimal Billing Period Service provision provides for the voluntary use of an Optimal Billing Period which allows for a customer's billing cycle(s) to coincide with the customer's high seasonal production cycle.

**AGRICULTURAL AND PUMPING – LARGE REAL-TIME PRICING (TOU-PA-2-RTP AND TOU-PA-3-RTP):** These optional rates are beneficial to agricultural and water pumping bundled service customers who have the flexibility to manage or reduce energy usage based on a time and temperature-driven price schedule. Customers are billed hourly generation prices that vary based on the time of day, season and temperature.

## MISCELLANEOUS RATES

**CHARGE READY PROGRAM (CRP):** This optional schedule applies to qualified non-residential customers who elect to participate in the Charge Ready Program and who own, lease or manage the site where the qualified charging stations, in the quantity approved by SCE, are installed. Participating customers must have an Edison SmartConnect® meter or interval data recorded meter to register charging station load and must be served on an applicable General Service Time-of-Use rate to participate on this schedule.

**CHARGE READY PROGRAM PILOT (CRPP)** This optional schedule applies to qualified non-residential customers who elect to participate in the Charge Ready Program Pilot and who own, lease or manage the site where the qualified charging stations, in the quantity approved by SCE, are installed. Participating customers must have an Edison SmartConnect® meter or interval data recorded meter to registering charging station load and must be served on an applicable General Service Time-of-Use rate to participate on this schedule.

**CHARGE READY TRANSPORT PROGRAM (CRTP):** This optional schedule applies to qualified non-residential customers who elect to participate in Charge Ready Transport Program and who own, lease, manage, or is the customer on record of the charging site where the qualified charging station is installed. Participating customers must procure at least two electric vehicles, purchase and install qualified charging stations, agree to maintain and operate the charging equipment for at least ten years, and be served on an applicable General Service Time-of-Use rate for the full term of service.

**DEMAND RESPONSE CHARGE READY PUMPING PILOT (DR-CRPP)** SCE customers with Level 2 Electric Vehicle (EV) Charging Stations installed through the Charge Ready Program are automatically enrolled in the Demand Response - Charge Ready Pilot. Customer Participants who postpone EV charging station usage during load shift events or decrease usage during load reduction events will receive incentives for their participation.

**EMERGENCY LOAD REDUCTION PROGRAM (ELRP):** The ELRP is a five-year pilot program designed to pay customers for reducing energy consumption or increasing electricity supply during periods of electrical grid emergencies from May thru October. Participating commercial customers earn $2 per kilowatt-hour (kWh) for energy reduced during events, with zero penalties if they are unable to participate. ELRP runs between May and October each year, and events may occur any day of the week from 4:00 p.m. - 9:00 p.m.

**NET BILLING TARIFF (NBT) also known as Solar Billing Plan**
This optional rate is designed for customers who install eligible renewable generating facilities on their premises to generate electricity and offset their own electrical needs. Customers can size their systems up to 150% of their electrical requirements, provided they attest that the additional capacity will support electrification (such as adding an electric vehicle) within a year of interconnection. The generation facility must use renewable sources defined in Section 25741 of the Public Resource Code.*

All customers' net usage is billed according to their Otherwise Applicable Tariff, which must be a Time-of-Use rate schedule. Net generation is credited at the Avoided Cost Calculator rate, also known as the Energy Export Credit, based on the year the application was submitted.

*The renewable sources included in Section 25741 of the Public Resources Code are: biomass, solar thermal, photovoltaic, wind, geothermal, fuel cells using renewable fuels, small hydroelectric generation digester gas, municipal solid waste conversion, landfill gas, ocean wave, ocean thermal, or tidal current, and any additions or enhancement to the facility using these technologies.

Due to space limitations, a rate you may be eligible for may not appear. Please visit **www.sce.com/inserts-onserts** (under August 2025 or contact us if you'd like a complete listing of all available rates. Please email **Tariffs.Manager@sce.com** or a copy to be sent via U.S. Mail.

---

Para solicitar una copia en español de esta notificación, por favor escriba a:

**Southern California Edison**
P.O. Box 800, G.O. 1, Quad 4A
Rosemead, CA 91770

á la atención de Comunicaciones Corporativas, o visita **www.sce.com/avisos**.

---

### CONNECT WITH US

Get energy-saving tips, safety and outage updates, and much more.

 www.facebook.com/sce  www.instagram.com/sce  www.twitter.com/sce_business

*(End of document)*

# SCE BUSINESS CONNECTION

### SOUTHERN CALIFORNIA EDISON'S (SCE) ELECTRIC RATE OPTIONS

Below are brief descriptions of the current and available rate options (or "rate schedules") that SCE offers. The size and type of your business will help determine the rates for which you may qualify. Your current rate schedule appears on your electric bill. For complete details on SCE's business customer rate options and specific pricing, please visit **www.sce.com/rateoptions**, or call us at **1-800-990-7788**.

## SMALL- AND MEDIUM-SIZED COMMERCIAL CUSTOMERS

**GENERAL SERVICE (TOU-GS-1):**This rate schedule is for small business customers whose monthly maximum demand does not regularly exceed 20 kilowatts (kW) and includes a customer charge and energy charges that vary by time-of-use (TOU) and season. Rates are lowest during off-peak hours, higher during mid-peak hours, and highest during on-peak hours of 4:00 p.m. to 9:00 p.m., summer weekdays, excluding holidays. The following TOU options are available: Option E, Option D, Option E-CPP, Option LG (Local Government), and Option ES (Energy Storage). (Please refer to the "Optional Rates" section below for details.) Customers can save money by shifting usage to off-peak hours.

**TIME-OF-USE GENERAL SERVICE DEMAND METERED (TOU-GS-2):**This rate schedule is for medium-sized customers with expected or registered monthly demands above 20 kW to below 200 kW and includes a customer charge and energy charges that vary by season and time of use, with the highest rates during the on-peak hours of 4:00 p.m. to 9:00 p.m. summer weekdays, excluding holidays. The following options are available: Option D-CPP, Option D, Option E. (Please refer to the "Optional Rates" section below for details.) Customers can save money by shifting usage to off-peak hours.

**GENERAL SERVICE SMALL/MEDIUM, REAL-TIME PRICING (TOU-GS-1-RTP & TOU-GS-2-RTP):** These optional rates are available to small- and medium-sized commercial customers based on their registered demands. Under RTP, customers are billed hourly electricity prices that vary based on the time of day, season and temperature, where the prices are known a day in advance. These rates are beneficial to bundled service customers (those whose electric power, transmission, distribution, billing, metering and related services are provided by SCE) with the flexibility to manage or reduce their energy usage in response to a time and temperature-variant price schedule.

## RATES FOR LARGE COMMERCIAL AND INDUSTRIAL CUSTOMERS

**TIME-OF-USE GENERAL SERVICE - DEMAND METERED (TOU-GS-3):**This rate schedule is for large commercial and industrial customers with registered monthly demands of 200 kW to 500 kW, and includes a customer charge and energy charges that vary by season and time of use, with the highest rates during the on-peak hours of 4:00 to 9:00 p.m. summer weekdays, excluding holidays. The following options are available: Option D-CPP, Option D, Option E and Option CPP. (please refer to the "Optional Rates" section for details.)

**TIME-OF-USE GENERAL SERVICE LARGE (TOU-8):**This rate schedule is for large commercial and industrial customers who regularly register demands greater than 500 kW, including, but not limited to) large manufacturers and processors, retail stores, colleges or universities, hospitals and office buildings. Includes a customer charge and energy charges that vary by season and time of use, with the highest rates during the on-peak hours of 4:00 to 9:00 p.m. summer weekdays, excluding holidays. The following options are available: Option D-CPP, Option D, and Option E. (Please refer to the "Optional Rates" section for details.) Note: Option E for TOU-8 is limited to customers employing cold ironing, permanent load shifting or the charging of zero emissions electric transportation intended for the transport of people or goods.

**TIME-OF-USE GENERAL SERVICE - LARGE - STANDBY (TOU-8-S):**This rate schedule is mandatory for most customers who would otherwise (absent their generating facility) be eligible for service under Schedule TOU-8 and who supply a part or all of their electrical requirements from a generating facility as defined, interconnected, and operated in accordance with SCE's Rule 21, Wholesale Distribution Access Tariff (WDAT) or Transmission Owners (TO) tariff, but who will require electric service from SCE's electrical system during periods of a partial or complete outage of the customer's generating facility. This rate schedule has six options: Option D, Option LG, Option LG-CPP, Option LG, Option LG-CPP, and Option A are available exclusively to customers receiving service under Schedule RES BCT.

**GENERAL SERVICE – LARGE, REAL-TIME PRICING (TOU-GS-3-RTP, TOU-8-RTP, and TOU-8-RTP-S):**These optional rates are available to commercial customers based on their registered demands. Under RTP, customers are billed hourly electricity generation prices that vary based on the time of day, season and temperature. This rate is beneficial to bundled service customers with the flexibility to manage or reduce their energy usage in response to a time and temperature-variant price schedule.

## OPTIONAL RATES

The following rate options may apply to Schedules TOU-GS-1, TOU-GS-2, TOU-GS-3 and TOU-8 customers:

**OPTION E FOR SCHEDULES TOU-GS-2 AND TOU-GS-3:**  With the exception of TOU-GS-1, this option includes Facilities-Related Demand (FRD) charges in addition to time-variant on-, mid- and off-peak energy charges, but no time-related demand (TRD) charges. FRD charges reflect the cost of transmission and distribution facilities built to meet customers' peak power demands and are applied all year round. Option E for TOU-GS-1 uses distribution energy charges ($/kWh) instead of FRD charges. Option E includes energy rates that vary by time-of-use and season, highest during on-peak hours of 4:00 to 9:00 p.m., summer weekdays (excluding holidays).

**OPTION E FOR SCHEDULE TOU-8:** This option is limited to customers employing cold ironing, permanent load shift technologies or the charging of zero emissions electric transportation intended for the transport of people or goods. This option includes energy rates that vary by time-of-use and season, highest during on-peak hours of 4:00 to 9:00 p.m., summer weekdays (excluding holidays). The energy rates are lowest during off-peak hours. This option also includes FRD charges, and does not include TRD charges.

**OPTION D:**  This option includes TRD charges and energy rates that vary by time-of-use and season, and are highest during on-peak hours of 4:00 to 9:00 p.m., summer weekdays (excluding holidays). The energy rates are lowest during off-peak hours. This option also includes FRD charges.

**OPTION ES (ENERGY STORAGE):** This option is available to customers who install onsite behind-the-meter (BTM) energy storage systems, either paired with other technology, such as solar (may be served on a NEM rate schedule), or standalone. The energy storage system must have a minimum energy storage capacity equal to the greater of either 4.8 kWh or at least 0.05 percent of the customer's annual usage (in kWh over the previous 12 months). Customers with less than 12 months of annual usage data must have an energy storage system with a minimum energy storage capacity of at least 4.8 kWh. Service on Option ES is subject to a participation cap of 15,000 customers. Customers served on Option ES are exempt from Standby service (i.e., Schedule S).

**OPTION LG (LOCAL GOVERNMENT):** This option is available exclusively to customers served as the Generating Account under Schedule RES-BCT. Customers receiving service on Option LG are required to take service under Schedule TOU-8-S or Schedule S.

**TIME-OF-USE ELECTRIC VEHICLES (TOU-EV-7, TOU-EV-8, AND TOU-EV-9):** These rate schedules are designed for customers who own and operate electric vehicle(s) (EVs) and use EV chargers. TOU-EV-7 is applicable to customers with demands of 20 kW or less, TOU-EV-8 is applicable to customers with demands above 20 kW but not exceeding 500 kW, and TOU-EV-9 is applicable to customers with demand expected to exceed 500 kW or has exceeded 500 kW.



Electronic version available at **www.sce.com/inserts-onserts**

*(continued)*

**PALO VERDE HOSPITAL / Page 4 of 6**

## Details of your new charges

Your rate: TOU-GS-1-E CPP
Billing period: 08/14/25 to 09/14/25 (32 days)

**Delivery charges** - *Cost to deliver your electricity*

Energy-Summer

| | | |
|---|---|---|
| On peak | 39 kWh x $0.19476 | $7.60 |
| Mid peak | 13 kWh x $0.19476 | $2.53 |
| Off peak | 198 kWh x $0.14907 | $29.52 |
| Wildfire fund charge | 250 kWh x $0.00595 | $1.49 |
| Customer charge | 32 days x $0.46800 | $14.98 |

**Generation charges** - *Cost to generate your electricity*

SCE
Energy-Summer

| | | |
|---|---|---|
| On peak | 39 kWh x $0.40183 | $15.67 |
| Mid peak | 13 kWh x $0.10698 | $1.39 |
| Off peak | 198 kWh x $0.07648 | $15.14 |

**CPP participation**

| | | |
|---|---|---|
| CPP incentive | 43 kWh x -$0.13643 | -$5.87 |
| CPP event Aug 21 '25 | 4 kWh x $0.80000 | $3.20 |
| CPP event Aug 22 '25 | 2 kWh x $0.80000 | $1.60 |
| CPP event Aug 25 '25 | 2 kWh x $0.80000 | $1.60 |
| CPP event Sep 2 '25 | 1 kWh x $0.80000 | $0.80 |
| CPP event Sep 3 '25 | 1 kWh x $0.80000 | $0.80 |

**Other charges or credits**

| | | |
|---|---|---|
| Fixed recovery charge | 250 kWh x $0.00146 | $0.37 |
| Subtotal of your new charges | | $90.82 |
| State tax | 250 kWh x $0.00030 | $0.08 |
| **Your new charges** | | **$90.90** |

**Your Delivery charges include:**
- *$4.24 transmission charges*
- *$40.97 distribution charges*
- *$7.33 public purpose programs charge*
- *$1.89 new system generation charge*

**Your Generation charges include:**
- *-$0.11 competition transition charge*
- *-$10.61 power charge indifference adjustment (PCIA)*

**Your CPP participation summary include:**
- *Bill protection start date: 10/14/24*
- *YTD incentives: -$15.15*
- *YTD event charges: $11.20*

**Your overall energy charges include:**
- *$0.84 franchise fees*

**Additional information:**
- *Service voltage: 120 volts*

## Rate Identification Number - RIN



**USCA-SCSC-0801-0000**
*In the future, you might use the Rate Identification Number (RIN) to program smart devices like smart thermostats, EV chargers, or energy management systems once the manufacturer has enabled its use. Once these smart device features are available, simply scan the QR code using the smart device app for setup. To learn more, visit sce.com/helpcenter/rin.*

## Things you should know

**Fixed Recovery Charge**
*SCE has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires. Your bill for electric service includes a Fixed Recovery Charge that has been approved by the CPUC to repay those bonds. The right to recover the Fixed Recovery Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to SCE. SCE is collecting the Fixed Recovery Charge on behalf of the Special Purpose Entity.*

**Micro-business Certification**
*Pursuant to CPUC D.10-10-032 and D.10-11-037, customers who meet the definition of a "micro-business" as defined by California Government Code Section 14837, may be rebilled for a maximum of three months rather than three years for an undercharge resulting from a billing or meter error. To learn more and what you can do to self-certify as a "micro-business" please call 1-800-990-7788 or visit us at sce.com.*

**Critical Peak Pricing Event Availability Update**
*Beginning June 1, 2022, a CPP Event may be called on any day of the week; this includes weekends and holidays.*

**SOUTHERN CALIFORNIA EDISON®**

*An EDISON INTERNATIONAL® Company*

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

**PALO VERDE HOSPITAL /** Page 3 of 6



## Usage (kWh) / Avg. cost / Total cost

| | | | | | |
|---|---|---|---|---|---|
| On peak | 39 kWh | x | $0.59667 | = | $23.27 |
| Mid peak | 13 kWh | x | $0.30154 | = | $3.92 |
| Off peak | 198 kWh | x | $0.22556 | = | $44.66 |
| | 250 kWh | | | | $71.85 Energy Charges |
| | | | | | $19.05 Other credits/charges |
| | | | | | $90.90 Total |

Costs are rounded and include applicable energy charges from SCE. During season or price changes, averages are used. To view all charges and credits and to calculate your bill, refer to **Details of your new charges**.

### Summer season demand (kW)

| | |
|---|---|
| Your maximum demand reached this billing period is 2 kW<br>*Your maximum threshold demand is 20 kW*<br><br>If you exceed 20 kW three months within a 12-month period, you will be transferred to the TOU-GS-2 rate schedule. | *Maximum Summer demand reached by price period :*<br>On peak      *1 kW 08/28/25 05:15pm-05:30pm*<br>Mid Peak    *1 kW 09/06/25 07:30pm-07:45pm*<br>Off peak     *2 kW 08/21/25 06:00am-06:15am* |

To view your demand charges, please refer to the **Details of your new charges**.

## Your past and current electricity usage

For meter 256000-100360 from 08/14/25 to 09/14/25
**Total electricity you used this month in kWh**                    **250**

*Your next billing cycle will end on or about 10/13/25.*

**Your daily average electricity usage (kWh)**



Sep '23*   Sep '24   Aug '25   Sep '25

* No data available

### Usage comparison

| | Sep '23* | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Jul '25 | Aug '25 | Sep '25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total kWh used | | 1,016 | 852 | 361 | 335 | 831 | 304 | 222 | 186 | 156 | 151 | 160 | 141 | 250 |
| Number of days | | 30 | 31 | 30 | 29 | 32 | 30 | 30 | 31 | 30 | 30 | 33 | 29 | 32 |
| Appx. average kWh used/day | | 33 | 27 | 12 | 11 | 25 | 10 | 7 | 6 | 5 | 5 | 4 | 4 | 7 |



Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

**SOUTHERN CALIFORNIA EDISON®**
An *EDISON INTERNATIONAL®* Company

For billing and service inquiries
1-800-990-7788
www.sce.com

## Your electricity bill

**PALO VERDE HOSPITAL** / Page 1 of 12

| | | |
|---|---|---|
| **Customer Account**<br>700173119277 | **Date bill prepared**<br>09/24/25 | **Amount due $68,604.79** |

250 N 1ST ST
BLYTHE, CA 92225-1702

## Your account summary

| | |
|---|---|
| Previous Balance | $36,202.42 |
| Past due amount | $36,202.42 |
| Your new charges | $32,186.31 |
| Late payment charge | $216.06 |
| **Total amount you owe** | **$68,604.79** |

## Summary of your billing detail

| Service account | Service address | Billing period | Your rate | New charges |
|---|---|---|---|---|
| PALO VERDE HOSPITAL<br>8000785189 | 200 N 1ST ST TRLR<br>BLYTHE, CA | 08/25/25 to 09/23/25 | TOU-GS-1-E | $14.04 |
| PALO VERDE HOSPITAL<br>8000785570 | 200 N 1ST ST<br>BLYTHE, CA | 08/25/25 to 09/23/25 | TOU-GS-1-D | $1,492.12 |
| PALO VERDE HOSPITAL<br>8000785976 | 250 N 1ST ST<br>BLYTHE, CA | 08/25/25 to 09/23/25 | TOU-GS-3D | $27,158.46 |
| X-RAY<br>8004376059 | 250 N 1ST ST XRAY<br>BLYTHE, CA | 08/25/25 to 09/23/25 | TOU-GS-2-D | $3,521.69 |
| | | | | **$32,186.31** |

---

(14-574)    Tear here

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

Tear here

**SOUTHERN CALIFORNIA EDISON®**
An *EDISON INTERNATIONAL®* Company

Customer account 700173119277
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| | |
|---|---|
| Past due charges - pay immediately | $36,202.42 |
| New charges - pay by 10/14/25 | $32,402.37 |
| **Total amount you owe** | **$68,604.79** |
| Amount enclosed | $ |

STMT 09242025 P2 C08  T0190 032400 01  0.6360 C004

PALO VERDE HOSPITAL
250 N 1ST ST
BLYTHE CA  92225-1702

P.O. BOX 300
ROSEMEAD, CA  91772-0002

700173119277  0000188  0036202420032402370068604790



EXHIBIT 1, PAGE 32

**PALO VERDE HOSPITAL** / Page 2 of 12

## Ways to contact us

### Request a large print bill  1-800-655-4555

| Customer service numbers | *Relay calls accepted* |
|---|---|
| General Services (U.S. & Canada) | 1-800-655-4555 |
| Payments, Extensions or Payment Options | 1-800-950-2356 |
| Emergency Services & Outages | 1-800-611-1911 |
| California Alternate Rates for Energy (CARE) | 1-800-447-6620 |
| Energy Theft Hotline | 1-800-227-3901 |
| Hearing & Speech Impaired (TTY) | 1-800-352-8580 |

| Multicultural services | |
|---|---|
| Cambodian / ខ្មែរ | 1-800-843-1309 |
| Chinese / 中文 | 1-800-843-8343 |
| Korean / 한국어 | 1-800-628-3061 |
| Vietnamese / Tiếng Việt | 1-800-327-3031 |
| Spanish / Español | 1-800-441-2233 |

**Correspondence:**
Southern California Edison
P.O. Box 6400
Rancho Cucamonga, CA
91729-6400

www.sce.com

## Important information

### What are my options for paying my bill?

| On-line | Pay one-time or recurring on www.sce.com/bill | |
|---|---|---|
| Mail-in | Check or Money order | |
| In Person | Authorized payment locations | 1-800-747-8908 |
| Phone | QuickCheck | 1-800-950-2356 |
| | Debit & credit card | 1-833-425-1440 |
| Other | PayPal, Venmo, Apple Pay and Google Pay | |

**Electronic check processing**
Your check payment will be processed as a one-time Electronic Fund Transfer (EFT). With EFTs, funds may be withdrawn from your account the day we receive your payment. Your check will not be returned, but will appear on your financial statement.

**Rates and applicable rules:** Available at www.sce.com or upon request.

**Past due bills**
When is my bill past due? It is past due 20 days after the preparation date, which was 09/24/25.
- Reconnecting service that has been disconnected requires a Service Connection payment (non-residential only).
- Unable to pay: If payment arrangements were not extended to you by SCE pursuant to SCE's filed tariffs, you may contact the California Public Utilities Commission.
- For safety reasons, if service is disconnected, please ensure any sensitive or potentially hazardous equipment is unplugged on the day of reconnection. For additional home safety tips, visit www.sce.com/safety or call SCE at 1-800-655-4555.

**What is the Late Payment Charge (LPC)?**
0.6% will be applied to the total unpaid balance if payment is not received by the due date on this bill (except for CARE and state agency accounts).

**What is a rotating outage?**
Rotating outages are controlled electrical outages used to avoid widespread or uncontrolled blackouts. Your Rotating Outage Group number is located on page 1, upper left, of your SCE bill. Your rotating outage group number may change at any time. For more information, visit www.sce.com/rotating outage.

**What is the Power Charge Indifference Adjustment (PCIA)?**
The PCIA is a charge to ensure that both SCE customers and those who have left SCE service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by SCE on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources.

### Disputed bills

*If you believe there is an error on your bill or have a question about your service, please call* **Southern California Edison (SCE)** *customer support at* **1-800-655-4555** *If you are not satisfied with SCE's response, submit a complaint to the California Public Utilities Commission (CPUC) at www.cpuc.ca.gov/ complaints/. The CPUC's Consumer Affairs Branch (CAB) handles billing and service complaints and can be reached by:*
*Telephone  1-800-649-7570 (8:30 AM - 4:30 PM, Monday - Friday)*
*Mail       CPUC, Consumer Affairs Branch, 505 Van Ness Ave., Room 2003, San Francisco, CA 94102*
*If you have limitations hearing or speaking, contact the California Relay Service, which is for those needing assistance relaying telephone conversations. Dial 711 or one of the numbers below to be routed to a California Relay Service provider in your preferred mode of communication.*

| Type of Call | English | Spanish |
|---|---|---|
| TTY/VCO/HCO to Voice | 1-800-735-2929 | 1-800-855-3000 |
| Voice to TTY/VCO/HCO | 1-800-735-2922 | 1-800-855-3000 |
| Speech-to-Speech Relay | 1-800-854-7784 | 1-800-854-7784 |

*To avoid having service turned off while waiting for the outcome of a complaint to the CPUC regarding the accuracy of your bill, contact CAB for assistance. If your case meets the eligibility criteria, CAB will instruct you on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is reviewed to keep your service turned on.*

### Definitions
- **Baseline Credit:** The baseline credit provides reduced electricity rates on electricity used up to the baseline allocation for the region that you live in.
- **CA Climate Credit:** Credit from state effort to fight climate change. Applied monthly to eligible businesses and semi-annually to residents.
- **Wildfire Fund Charge:** Supports the California Wildfire Fund which covers costs associated with catastrophic wildfires, including payment of bonds issued by the California Department of Water Resources (DWR)
- **Public Purpose Programs Charge:** Funds state-mandated programs for low income discounts, energy efficiency, renewable energy and R&D.
- **SCE Generation:** For recovering energy procurement and generation costs for that portion of your energy provided by SCE.

---

To change your contact information or enroll in SCE's payment option, complete the form below and return it in the enclosed envelope.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Change of mailing address: 700173119277**

| STREET# | STREET NAME | | APARTMENT # |
|---|---|---|---|
| CITY | | STATE | ZIP CODE |
| TELEPHONE # | | E-MAIL ADDRESS | |

**Direct Payment (Automatic Debit) Enrollment: 700173119277**
I hereby authorize SCE and my financial institution to automatically deduct my monthly payment from the checking account as shown on my enclosed check, ten calendar days after my bill is mailed.

Signature _____    Date _____

To change your checking account information or to be removed from the Direct Payment program please call SCE at 1-800-655-4555.

**Energy Assistance Fund (EAF):** I want to help people pay their energy bill through EAF. For info visit www.sce.com/eaf or call (800) 205-8596.

Add this amount for EAF $ _____     Select one box only and sign below for EAF:

☐ Every Month   ☐ One Month only   _____

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

**SOUTHERN CALIFORNIA EDISON®**

An *EDISON INTERNATIONAL®* Company

**PALO VERDE HOSPITAL** / Page 3 of 12

## Things you should know

### Fixed Recovery Charge

*SCE has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires. Your bill for electric service includes a Fixed Recovery Charge that has been approved by the CPUC to repay those bonds. The right to recover the Fixed Recovery Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to SCE. SCE is collecting the Fixed Recovery Charge on behalf of the Special Purpose Entity.*

### Micro-business Certification

*Pursuant to CPUC D.10-10-032 and D.10-11-037, customers who meet the definition of a "micro-business" as defined by California Government Code Section 14837, may be rebilled for a maximum of three months rather than three years for an undercharge resulting from a billing or meter error. To learn more and what you can do to self-certify as a "micro-business" please call 1-800-990-7788 or visit us at sce.com.*



EXHIBIT 1, PAGE 34

| | |
|---|---|
| **Service account** | 8000785189 |
| **Service address** | PALO VERDE HOSPITAL |
| | 200 N 1ST ST TRLR |
| | BLYTHE, CA 92225 |
| **Rotating outage** | Group N001 |

**POD-ID**
101760940002489359

## Your cost varies by time of day

**Summer cost periods (Jun 01-Sep 30)**

| | Weekdays | Weekends & Holidays |
|---|---|---|
| On peak | 4pm - 9pm | |
| Mid peak | | 4pm - 9pm |
| Off peak | 12am - 4pm | 12am - 4pm |
| | 9pm - 12am | 9pm - 12am |

**Usage** kWh — **Avg. cost** — **Total cost**

| | Usage | | Avg. cost | | Total cost |
|---|---|---|---|---|---|
| On peak | 0 kWh | x | $0.00000 | = | $0.00 |
| Mid peak | 0 kWh | x | $0.00000 | = | $0.00 |
| Off peak | 0 kWh | x | $0.00000 | = | $0.00 |
| | 0 kWh | | | | $0.00 Energy Charges |
| | | | | | $14.04 Other credits/charges |
| | | | | | **$14.04 Total** |

Costs are rounded and include applicable energy charges from SCE. During season or price changes, averages are used. To view all charges and credits and to calculate your bill, refer to **Details of your new charges**.

**Summer season demand (kW)**

| | |
|---|---|
| *Your maximum threshold demand is 20 kW* | **Maximum Summer demand reached by price period :** |
| | On peak       0 kW |
| | Mid Peak     0 kW |
| | Off peak      0 kW |
| If you exceed 20 kW three months within a 12-month period, you will be transferred to the TOU-GS-2 rate schedule. | |

To view your demand charges, please refer to the **Details of your new charges**.

## Your past and current electricity usage

For meter 222014-038093 from 08/25/25 to 09/23/25          *Your next billing cycle will end on or about 10/22/25.*
**Total electricity you used this month in kWh**                                                    **0**

### Usage comparison

| | Sep '23 | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Jul '25 | Aug '25 | Sep '25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total kWh used | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of days | | 32 | 29 | 30 | 31 | 31 | 32 | 29 | 30 | 29 | 32 | 31 | 31 | 30 |
| Appx. average kWh used/day | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

EXHIBIT 1, PAGE 35



Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

**PALO VERDE HOSPITAL /** Page 5 of 12

## Details of your new charges
Your rate: TOU-GS-1-E CPP
Billing period: 08/25/25 to 09/23/25 (30 days)

**Delivery charges** - *Cost to deliver your electricity*

| Customer charge | 30 days x $0.46800 | $14.04 |
|---|---|---|
| Subtotal of your new charges | | $14.04 |
| **Your new charges** | | **$14.04** |

*Your Delivery charges include:*
• *$14.04 distribution charges*

*Your overall energy charges include:*
• *$0.13 franchise fees*

*Additional information:*
• *Service voltage: 240 volts*

## Rate Identification Number - RIN



**USCA-SCSC-0801-0000**
*In the future, you might use the Rate Identification Number (RIN) to program smart devices like smart thermostats, EV chargers, or energy management systems once the manufacturer has enabled its use. Once these smart device features are available, simply scan the QR code using the smart device app for setup. To learn more, visit sce.com/helpcenter/rin.*

025406

EXHIBIT 1, PAGE 36

| Service account | 8004376059 | **POD-ID** |
|---|---|---|
| Service address | X-RAY | 101760940005533736 |
| | 250 N 1ST ST XRAY | |
| | BLYTHE, CA 92225 | |

## Your cost varies by time of day

**Summer cost periods (Jun 01-Sep 30)**

| | Weekdays | Weekends & Holidays |
|---|---|---|
| On peak | 4pm - 9pm | |
| Mid peak | | 4pm - 9pm |
| Off peak | 12am - 4pm | 12am - 4pm |
| | 9pm - 12am | 9pm - 12am |



| Usage kWh | | (\$) Avg. cost | | (\$) Total cost | |
|---|---|---|---|---|---|
| On peak | 768 kWh | x \$0.15982 | = | \$122.74 | |
| Mid peak | 667 kWh | x \$0.14912 | = | \$99.46 | |
| Off peak | 5280 kWh | x \$0.11485 | = | \$606.41 | |
| | 6715 kWh | | | \$828.61 | Energy Charges |
| | | | | \$2,266.10 | Demand Charges |
| | | | | \$426.98 | Other credits/charges |
| | | | | **\$3,521.69** | **Total** |

Costs are rounded and include applicable energy charges from SCE. During season or price changes, averages are used. To view all charges and credits and to calculate your bill, refer to **Details of your new charges**.

**Summer season demand (kW)**

| Your maximum demand reached this billing period is 43 kW | Maximum Summer demand reached by price period : | |
|---|---|---|
| *Your maximum threshold demand is 199 kW* | On peak | 43 kW 09/22/25 04:30pm-04:45pm |
| | Mid Peak | 34 kW 09/22/25 04:00pm-04:15pm |
| | Off peak | 38 kW 09/22/25 11:30am-11:45am |

To view your demand charges, please refer to the **Details of your new charges**.

## Your past and current electricity usage

For meter 259000-090176 from 08/25/25 to 09/23/25
**Total electricity you used this month in kWh**          **6,715**

*Your next billing cycle will end on or about 10/22/25.*

**Your daily average electricity usage (kWh)**



* No data available

EXHIBIT 1, PAGE 37



Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

**SOUTHERN CALIFORNIA EDISON®**
An *EDISON INTERNATIONAL®* Company

**PALO VERDE HOSPITAL** / Page 7 of 12

## Usage comparison

| | Sep '23 | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Jul '25 | Aug '25 | Sep '25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total kWh used | 8,063 | 6,119 | 4,794 | 5,094 | 4,831 | 6,526 | 5,447 | 5,491 | 6,130 | 6,739 | 7,029 | 7,942 | 6,715 |
| Number of days | 32 | 29 | 30 | 31 | 31 | 32 | 29 | 30 | 29 | 32 | 31 | 31 | 30 |
| Appx. average kWh used/day | 251 | 211 | 159 | 164 | 155 | 203 | 187 | 183 | 211 | 210 | 226 | 256 | 223 |

## Details of your new charges
Your rate: TOU-GS-2-D CPP
Billing period: 08/25/25 to 09/23/25 (30 days)

**Delivery charges** - *Cost to deliver your electricity*

| | | |
|---|---|---|
| Facilities rel demand | 43 kW x $23.96000 | $1,030.28 |
| Demand-Summer | | |
| On peak | 43 kW x $16.33000 | $702.19 |
| Energy-Summer | | |
| On peak | 768 kWh x $0.05606 | $43.05 |
| Mid peak | 667 kWh x $0.05451 | $36.36 |
| Off peak | 5,280 kWh x $0.05415 | $285.91 |
| Wildfire fund charge | 6,715 kWh x $0.00595 | $39.95 |
| Customer charge | | $227.55 |

**Generation charges** - *Cost to generate your electricity*
SCE

| | | |
|---|---|---|
| Demand-Summer | | |
| On peak | 43 kW x $19.26000 | $828.18 |
| Energy-Summer | | |
| On peak | 768 kWh x $0.10376 | $79.69 |
| Mid peak | 667 kWh x $0.09461 | $63.10 |
| Off peak | 5,280 kWh x $0.06070 | $320.50 |
| **CPP participation** | | |
| CPP incentive | 43 kW x -$6.85000 | -$294.55 |
| CPP event Aug 25 '25 | 61 kWh x $0.80000 | $48.80 |
| CPP event Sep 2 '25 | 30 kWh x $0.80000 | $24.00 |
| CPP event Sep 3 '25 | 31 kWh x $0.80000 | $24.80 |
| CPP event Sep 16 '25 | 32 kWh x $0.80000 | $25.60 |
| CPP event Sep 17 '25 | 30 kWh x $0.80000 | $24.00 |

**Other charges or credits**

| | | |
|---|---|---|
| Fixed recovery charge | 6,715 kWh x $0.00153 | $10.27 |
| Subtotal of your new charges | | $3,519.68 |
| State tax | 6,715 kWh x $0.00030 | $2.01 |
| **Your new charges** | | **$3,521.69** |

**Your Delivery charges include:**
- *$181.81 transmission charges*
- *$1,891.33 distribution charges*
- *-$0.07 nuclear decommissioning charges*
- *$197.35 public purpose programs charge*
- *$49.56 new system generation charge*

**Your Generation charges include:**
- *-$2.89 competition transition charge*
- *-$353.53 power charge indifference adjustment (PCIA)*

**Your overall energy charges include:**
- *$32.60 franchise fees*

**Additional information:**
- *Service voltage: 480 volts*

## Rate Identification Number - RIN



**USCA-SCSC-1801-0000**
*In the future, you might use the Rate Identification Number (RIN) to program smart devices like smart thermostats, EV chargers, or energy management systems once the manufacturer has enabled its use. Once these smart device features are available, simply scan the QR code using the smart device app for setup. To learn more, visit sce.com/helpcenter/rin.*



EXHIBIT 1, PAGE 38

# Things you should know

***Critical Peak Pricing Event Availability Update***
*Beginning June 1, 2022, a CPP Event may be called on any day of the week; this includes weekends and holidays.*

## SOUTHERN CALIFORNIA EDISON®
An EDISON INTERNATIONAL® Company

Go paperless at **www.sce.com/ebilling**. It's fast, easy and secure.

**PALO VERDE HOSPITAL** / Page 9 of 12

| | |
|---|---|
| Service account | 8000785570 |
| Service address | PALO VERDE HOSPITAL |
| | 200 N 1ST ST |
| | BLYTHE, CA 92225 |
| Rotating outage | Group N001 |

**POD-ID**
1017609400005103801

## Your cost varies by time of day

**Summer cost periods (Jun 01-Sep 30)**

| | Weekdays | Weekends & Holidays |
|---|---|---|
| On peak | 4pm - 9pm | |
| Mid peak | | 4pm - 9pm |
| Off peak | 12am - 4pm | 12am - 4pm |
| | 9pm - 12am | 9pm - 12am |

| Usage kWh | | Avg. cost | | Total cost | |
|---|---|---|---|---|---|
| On peak | 1130 kWh | x $0.18404 | = | $207.96 | |
| Mid peak | 506 kWh | x $0.17358 | = | $87.83 | |
| Off peak | 4690 kWh | x $0.11753 | = | $551.21 | |
| | 6326 kWh | | | $847.00 | Energy Charges |
| | | | | $582.30 | Demand Charges |
| | | | | $62.82 | Other credits/charges |
| | | | | **$1,492.12** | **Total** |

Costs are rounded and include applicable energy charges from SCE. During season or price changes, averages are used. To view all charges and credits and to calculate your bill, refer to **Details of your new charges**.

**Summer season demand (kW)**

Your maximum demand reached this billing period is 15 kW
*Your maximum threshold demand is 20 kW*

If you exceed 20 kW three months within a 12-month period, you will be transferred to the TOU-GS-2 rate schedule.

*Maximum Summer demand reached by price period :*
| | |
|---|---|
| On peak | 15 kW 09/09/25 04:00pm-04:15pm |
| Mid Peak | 15 kW 09/01/25 05:30pm-05:45pm |
| Off peak | 15 kW 09/16/25 02:15pm-02:30pm |

To view your demand charges, please refer to the **Details of your new charges**.

## Your past and current electricity usage

For meter 222014-294274 from 08/25/25 to 09/23/25
**Total electricity you used this month in kWh**          6,326

*Your next billing cycle will end on or about 10/22/25.*



EXHIBIT 1, PAGE 40

**Your daily average electricity usage (kWh)**



|     |     |     |     |
| --- | --- | --- | --- |
| Sep '23* | Sep '24 | Aug '25 | Sep '25 |

\* No data available

**Usage comparison**

|  | Sep '23* | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Jul '25 | Aug '25 | Sep '25 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Total kWh used |  | 7,551 | 5,269 | 2,210 | 3,258 | 3,244 | 2,562 | 1,476 | 3,130 | 3,701 | 7,051 | 8,414 | 8,662 | 6,326 |
| Number of days |  | 32 | 29 | 30 | 31 | 31 | 32 | 29 | 30 | 29 | 32 | 31 | 31 | 30 |
| Appx. average kWh used/day |  | 235 | 181 | 73 | 105 | 104 | 80 | 50 | 104 | 127 | 220 | 271 | 279 | 210 |

## Details of your new charges
Your rate: TOU-GS-1-D
Billing period: 08/25/25 to 09/23/25 (30 days)

**Delivery charges** - *Cost to deliver your electricity*

| | | |
| --- | --- | --- |
| Facilities rel demand | 15 kW x $19.12000 | $286.80 |
| Demand-Summer | | |
| On peak | 15 kW x $4.52000 | $67.80 |
| Energy-Summer | | |
| On peak | 1,130 kWh x $0.07629 | $86.21 |
| Mid peak | 506 kWh x $0.07629 | $38.60 |
| Off peak | 4,690 kWh x $0.05377 | $252.18 |
| Wildfire fund charge | 6,326 kWh x $0.00595 | $37.64 |
| Customer charge | 30 days x $0.46800 | $14.04 |

**Generation charges** - *Cost to generate your electricity*
*SCE*

| | | |
| --- | --- | --- |
| Demand-Summer | | |
| On peak | 15 kW x $15.18000 | $227.70 |
| Energy-Summer | | |
| On peak | 1,130 kWh x $0.10774 | $121.75 |
| Mid peak | 506 kWh x $0.09730 | $49.23 |
| Off peak | 4,690 kWh x $0.06376 | $299.03 |

**Other charges or credits**

| | | |
| --- | --- | --- |
| Fixed recovery charge | 6,326 kWh x $0.00146 | $9.24 |
| Subtotal of your new charges | | $1,490.22 |
| State tax | 6,326 kWh x $0.00030 | $1.90 |
| **Your new charges** | | **$1,492.12** |

*Your Delivery charges include:*
- *$52.42 transmission charges*
- *$455.03 distribution charges*
- *-$0.07 nuclear decommissioning charges*
- *$185.10 public purpose programs charge*
- *$48.08 new system generation charge*

*Your Generation charges include:*
- *-$2.59 competition transition charge*
- *-$215.59 power charge indifference adjustment (PCIA)*

*Your overall energy charges include:*
- *$13.80 franchise fees*

*Additional information:*
- *Service voltage: 240 volts*

## Rate Identification Number - RIN



**USCA-SCSC-1100-0000**
*In the future, you might use the Rate Identification Number (RIN) to program smart devices like smart thermostats, EV chargers, or energy management systems once the manufacturer has enabled its use. Once these smart device features are available, simply scan the QR code using the smart device app for setup. To learn more, visit sce.com/helpcenter/rin.*



Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

SOUTHERN CALIFORNIA
**EDISON®**
An *EDISON INTERNATIONAL®* Company

**PALO VERDE HOSPITAL** / Page 11 of 12

| | |
|---|---|
| Service account | 8000785976 |
| Service address | PALO VERDE HOSPITAL |
| | 250 N 1ST ST |
| | BLYTHE, CA 92225 |
| Rotating outage | Group N001 |

**POD-ID**
101760940000081945

## Your cost varies by time of day

**Summer cost periods (Jun 01-Sep 30)**

| | Weekdays | Weekends & Holidays |
|---|---|---|
| On peak | 4pm - 9pm | |
| Mid peak | | 4pm - 9pm |
| Off peak | 12am - 4pm | 12am - 4pm |
| | 9pm - 12am | 9pm - 12am |



### Usage / Avg. cost / Total cost

| | Usage | | Avg. cost | | Total cost | |
|---|---|---|---|---|---|---|
| On peak | 17163 kWh | x | $0.14823 | = | $2,544.07 | |
| Mid peak | 7552 kWh | x | $0.13829 | = | $1,044.37 | |
| Off peak | 91322 kWh | x | $0.10952 | = | $10,001.59 | |
| | 116037 kWh | | | | $13,590.03 | Energy Charges |
| | | | | | $12,040.80 | Demand Charges |
| | | | | | $1,527.63 | Other credits/charges |
| | | | | | **$27,158.46** | **Total** |

Costs are rounded and include applicable energy charges from SCE. During season or price changes, averages are used. To view all charges and credits and to calculate your bill, refer to **Details of your new charges**.

**Summer season demand (kW)**

| | |
|---|---|
| Your maximum demand reached this billing period is 216 kW | *Maximum Summer demand reached by price period :* |
| Your maximum threshold demand is 500 kW | On peak    204 kW 09/08/25 04:45pm-05:00pm |
| Your reactive demand is 147 kVar | Mid Peak   206 kW 09/06/25 06:45pm-07:00pm |
| | Off peak    216 kW 08/26/25 02:15pm-02:30pm |

To view your demand charges, please refer to the **Details of your new charges**.

## Your past and current electricity usage

For meter V345N-000784 from 08/25/25 to 09/23/25
**Total electricity you used this month in kWh**      116,037

*Your next billing cycle will end on or about 10/22/25.*

*Reactive usage is 82,191 kVarh*



**Your daily average electricity usage (kWh)**



\* No data available

**Usage comparison**

| | Sep '23* | Sep '24 | Oct '24 | Nov '24 | Dec '24 | Jan '25 | Feb '25 | Mar '25 | Apr '25 | May '25 | Jun '25 | Jul '25 | Aug '25 | Sep '25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total kWh used | | 136,965 | 112,447 | 88,022 | 79,348 | 88,579 | 91,267 | 86,273 | 95,579 | 100,575 | 117,278 | 116,647 | 124,083 | 116,037 |
| Number of days | | 32 | 29 | 30 | 31 | 31 | 32 | 29 | 30 | 29 | 32 | 31 | 31 | 30 |
| Appx. average kWh used/day | | 4,280 | 3,877 | 2,934 | 2,559 | 2,857 | 2,852 | 2,974 | 3,185 | 3,468 | 3,664 | 3,762 | 4,002 | 3,867 |

## Details of your new charges

Your rate: TOU-GS-3D
Billing period: 08/25/25 to 09/23/25 (30 days)

**Delivery charges** - *Cost to deliver your electricity*

| | | |
|---|---|---|
| Facilities rel demand | 216 kW x $22.93000 | $4,952.88 |
| Demand-Summer | | |
| On peak | 204 kW x $17.85000 | $3,641.40 |
| Energy-Summer | | |
| On peak | 17,163 kWh x $0.05202 | $892.82 |
| Mid peak | 7,552 kWh x $0.05056 | $381.83 |
| Off peak | 91,322 kWh x $0.05027 | $4,590.76 |
| Wildfire fund charge | 116,037 kWh x $0.00595 | $690.42 |
| Customer charge | | $658.51 |
| Power factor adj | 147 kVar x $0.52000 | $76.44 |

**Generation charges** - *Cost to generate your electricity*
SCE
Demand-Summer

| | | |
|---|---|---|
| On peak | 204 kW x $16.52000 | $3,370.08 |
| Energy-Summer | | |
| On peak | 17,163 kWh x $0.09621 | $1,651.25 |
| Mid peak | 7,552 kWh x $0.08773 | $662.54 |
| Off peak | 91,322 kWh x $0.05925 | $5,410.83 |

**Other charges or credits**

| | | |
|---|---|---|
| Fixed recovery charge | 116,037 kWh x $0.00124 | $143.89 |
| Subtotal of your new charges | | $27,123.65 |
| State tax | 116,037 kWh x $0.00030 | $34.81 |
| **Your new charges** | | **$27,158.46** |

**Your Delivery charges include:**
- *$1,101.92 transmission charges*
- *$10,061.59 distribution charges*
- *-$1.16 nuclear decommissioning charges*
- *$3,142.28 public purpose programs charge*
- *$797.18 new system generation charge*

**Your Generation charges include:**
- *-$48.74 competition transition charge*
- *-$3,428.26 power charge indifference adjustment (PCIA)*

**Your overall energy charges include:**
- *$251.19 franchise fees*

**Additional information:**
- *Service voltage: 480 volts*

## Rate Identification Number - RIN



**USCA-SCSC-2400-0000**
*In the future, you might use the Rate Identification Number (RIN) to program smart devices like smart thermostats, EV chargers, or energy management systems once the manufacturer has enabled its use. Once these smart device features are available, simply scan the QR code using the smart device app for setup. To learn more, visit sce.com/helpcenter/rin.*

EXHIBIT 1, PAGE 43

Docusign Envelope ID: 9A2A03E4-9932-46BF-B4A8-8A5E9452E265



An *EDISON INTERNATIONAL*® Company

Go paperless at www.sce.com/ebilling. It's fast, easy and secure.

For billing and service inquiries
1-800-239-2685
www.sce.com

# Your electricity bill

**PALO VERDE HOSPITAL / Page 1 of 6**

| | | | |
|---|---|---|---|
| **Customer account**<br>700036789114 | **Rotating outage**<br>Group A030 | | **Amount due $665.73**<br>Due by 09/29/25 |
| **Service account**<br>8000246985<br>3844 SANDY POINT DR<br>BLYTHE, CA 92225 | **POD-ID**<br>101760940007252249<br><br>**Date bill prepared**<br>09/09/25 | | |

## Your account summary

| | | |
|---|---|---|
| Previous Balance | $528.74 | **ENTERED** |
| Payment Received 08/27/25 | -$528.74 | |
| Balance forward | $0.00 | SEP 1 5 2025 |
| Your new charges | $665.73 | |
|  **Total amount you owe by 09/29/25** | **$665.73** | |

## Get a discount on your bill every month

*Your income may qualify you for discounted bills through the CARE or FERA program. To enroll or learn more, visit sce.com/careandfera or call 1-800-798-5723.*

## Recibe un descuento en tu factura cada mes

*Si cumples los requisitos de ingresos, podrias recibir descuentos en tus facturas gracias a los programas CARE o FERA. Para inscribirte o obtener mas infomacion, visita sce.com/carefera o llama al 1-800-798-5723.*

## Your cost varies by time of day

 **Summer cost periods (Jun 01-Sep 30)**

| | Weekdays | Weekends & Holidays |
|---|---|---|
| On peak | 5pm - 8pm | |
| Mid peak | | 5pm - 8pm |
| Off peak | 12am - 5pm<br>8pm - 12am | 12am - 5pm<br>8pm - 12am |

---

(14-574) Tear here

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

Tear here

---

SOUTHERN CALIFORNIA
**EDISON®**
An *EDISON INTERNATIONAL* ® Company

Customer account 700036789114
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| Amount due by 09/29/25 | | $665.73 |
|---|---|---|
| Amount enclosed | $ | |

STMT 09092025 P1 C05 T0127 021868 01 0.5880 C004

PALO VERDE HOSPITAL
250 N 1ST ST
BLYTHE CA 92225-1702

P.O. BOX 600
ROSEMEAD, CA 91771-0002

9/15/2025

700036789114 0000385 000000000000066573000066573



Signed by:

Drew Dickey
5F58D69E890F44E...

10700 670005

EXHIBIT 1, PAGE 44



Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

SOUTHERN CALIFORNIA
**EDISON**®
An *EDISON INTERNATIONAL*® Company

For billing and service inquiries
1-800-239-2685
www.sce.com

## Your electricity bill

PALO VERDE HOSPITAL / Page 1 of 6

| | | | |
|---|---|---|---|
| **Customer account** 700036789114 | **Rotating outage** Group A030 | | **Amount due $665.73** **Due by 09/29/25** |
| **Service account** 8000246985 3844 SANDY POINT DR BLYTHE, CA 92225 | **POD-ID** 101760940007252249 **Date bill prepared** 09/09/25 | | |

## Your account summary

| | |
|---|---|
| Previous Balance | $528.74 |
| Payment Received 08/27/25 | -$528.74 |
| Balance forward | $0.00 |
| Your new charges | $665.73 |
|  **Total amount you owe by 09/29/25** | **$665.73** |

## Get a discount on your bill every month

*Your income may qualify you for discounted bills through the CARE or FERA program. To enroll or learn more, visit sce.com/careandfera or call 1-800-798-5723.*

## Recibe un descuento en tu factura cada mes

*Si cumples los requisitos de ingresos, podrias recibir descuentos en tus facturas gracias a los programas CARE o FERA. Para inscribirte o obtener mas infomacion, visita sce.com/carefera o llama al 1-800-798-5723.*

## Your cost varies by time of day

 **Summer cost periods (Jun 01-Sep 30)**

| | Weekdays | Weekends & Holidays |
|---|---|---|
| On peak | 5pm - 8pm | |
| Mid peak | | 5pm - 8pm |
| Off peak | 12am - 5pm | 12am - 5pm |
| | 8pm - 12am | 8pm - 12am |

---

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

(14-574)        Tear here                                                Tear here


SOUTHERN CALIFORNIA
**EDISON**®
An *EDISON INTERNATIONAL*® Company

**Customer account 700036789114**
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| **Amount due by 09/29/25** | **$665.73** |
|---|---|
| Amount enclosed | $ |

STMT 09092025 P1 C05 T0127 021868 01 0.5880 C004

PALO VERDE HOSPITAL
250 N 1ST ST
BLYTHE CA  92225-1702

P.O. BOX 600
ROSEMEAD, CA  91771-0002

700036789114  0000385  00000000000006657300006657 3



**PALO VERDE HOSPITAL** / Page 2 of 6

## Ways to contact us

**' Request a large print bill 1-800-655-4555**

| Customer service numbers | *Relay calls accepted* |
|---|---|
| General Services (U.S. & Canada) | 1-800-655-4555 |
| Payments, Extensions or Payment Options | 1-800-950-2356 |
| Emergency Services & Outages | 1-800-611-1911 |
| California Alternate Rates for Energy (CARE) | 1-800-447-6620 |
| Energy Theft Hotline | 1-800-227-3901 |
| Hearing & Speech Impaired (TTY) | 1-800-352-8580 |

| Multicultural services | |
|---|---|
| Cambodian / ខ្មែរ | 1-800-843-1309 |
| Chinese / 中文 | 1-800-843-8343 |
| Korean / 한국어 | 1-800-628-3061 |
| Vietnamese / Tiếng Việt | 1-800-327-3031 |
| Spanish / Español | 1-800-441-2233 |

**Correspondence:**
Southern California Edison
P.O. Box 6400
Rancho Cucamonga, CA
91729-6400

www.sce.com

---

## Important information

### What are my options for paying my bill?

| | | |
|---|---|---|
| On-line | Pay one-time or recurring on www.sce.com/bill | |
| Mail-in | Check or Money order | |
| In Person | Authorized payment locations | 1-800-747-8908 |
| Phone | QuickCheck | 1-800-950-2356 |
| | Debit & credit card | 1-833-425-1440 |
| Other | PayPal, Venmo, Apple Pay and Google Pay | |

**Electronic check processing**
Your check payment will be processed as a one-time Electronic Fund Transfer (EFT). With EFTs, funds may be withdrawn from your account the day we receive your payment. Your check will not be returned, but will appear on your financial statement.

**Rates and applicable rules:** Available at www.sce.com or upon request.

**Past due bills**
When is my bill past due? It is past due 20 days after the preparation date, which was 09/09/25.
- Reconnecting service that has been disconnected requires a Service Connection payment (non-residential only).
- Unable to pay: If payment arrangements were not extended to you by SCE pursuant to SCE's filed tariffs, you may contact the California Public Utilities Commission.
- For safety reasons, if service is disconnected, please ensure any sensitive or potentially hazardous equipment is unplugged on the day of reconnection. For additional home safety tips, visit www.sce.com/safety or call SCE at 1-800-655-4555.

**What is the Late Payment Charge (LPC)?**
0.6% will be applied to the total unpaid balance if payment is not received by the due date on this bill (except for CARE and state agency accounts).

**What is a rotating outage?**
Rotating outages are controlled electrical outages used to avoid widespread or uncontrolled blackouts. Your Rotating Outage Group number is located on page 1, upper left, of your SCE bill. Your rotating outage group number may change at any time. For more information, visit www.sce.com/rotating outage.

**What is the Power Charge Indifference Adjustment (PCIA)?**
The PCIA is a charge to ensure that both SCE customers and those who have left SCE service to purchase electricity from other providers pay for the above-market costs for electric generation resources that were procured by SCE on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources.

### Disputed bills

*If you believe there is an error on your bill or have a question about your service, please call Southern California Edison (SCE) customer support at 1-800-655-4555. If you are not satisfied with SCE's response, submit a complaint to the California Public Utilities Commission (CPUC) at www.cpuc.ca.gov/complaints/. The CPUC's Consumer Affairs Branch (CAB) handles billing and service complaints and can be reached by:*
*Telephone 1-800-649-7570 (8:30 AM - 4:30 PM, Monday - Friday)*
*Mail        CPUC, Consumer Affairs Branch, 505 Van Ness Ave., Room 2003, San Francisco, CA 94102*
*If you have limitations hearing or speaking, contact the California Relay Service, which is for those needing assistance relaying telephone conversations. Dial 711 or one of the numbers below to be routed to a California Relay Service provider in your preferred mode of communication.*

| Type of Call | English | Spanish |
|---|---|---|
| TTY/VCO/HCO to Voice | 1-800-735-2929 | 1-800-855-3000 |
| Voice to TTY/VCO/HCO | 1-800-735-2922 | 1-800-855-3000 |
| Speech-to-Speech Relay | 1-800-854-7784 | 1-800-854-7784 |

*To avoid having service turned off while waiting for the outcome of a complaint to the CPUC regarding the accuracy of your bill, contact CAB for assistance. If your case meets the eligibility criteria, CAB will instruct you on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is reviewed to keep your service turned on.*

### Definitions
- **Baseline Credit:** The baseline credit provides reduced electricity rates on electricity used up to the baseline allocation for the region that you live in.
- **CA Climate Credit:** Credit from state effort to fight climate change. Applied monthly to eligible businesses and semi-annually to residents.
- **Wildfire Fund Charge:** Supports the California Wildfire Fund which covers costs associated with catastrophic wildfires, including payment of bonds issued by the California Department of Water Resources (DWR)
- **Public Purpose Programs Charge:** Funds state-mandated programs for low income discounts, energy efficiency, renewable energy and R&D.
- **SCE Generation:** For recovering energy procurement and generation costs for that portion of your energy provided by SCE.

---

To change your contact information or enroll in SCE's payment option, complete the form below and return it in the enclosed envelope.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Change of mailing address: 700036789114**

| STREET# | STREET NAME | APARTMENT # |
|---|---|---|
| CITY | | STATE | ZIP CODE |
| TELEPHONE # | E-MAIL ADDRESS | |

**Direct Payment (Automatic Debit) Enrollment: 700036789114**
I hereby authorize SCE and my financial institution to automatically deduct my monthly payment from the checking account as shown on my enclosed check, ten calendar days after my bill is mailed.

Signature _____     Date _____

To change your checking account information or to be removed from the Direct Payment program please call SCE at 1-800-655-4555.

**Energy Assistance Fund (EAF):** I want to help people pay their energy bill through EAF. For info visit www.sce.com/eaf or call (800) 205-8596.

Add this amount for EAF $ _____     Select one box only and sign below for EAF:

☐ Every Month     ☐ One Month only     _____

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

SOUTHERN CALIFORNIA
**EDISON**®
An *EDISON INTERNATIONAL*® Company

**PALO VERDE HOSPITAL** / Page 3 of 6



## Usage / Avg. cost / Total cost

| | Usage kWh | | Avg. cost | | Total cost |
|---|---|---|---|---|---|
| On peak | 226 kWh | x | $0.72124 | = | $163.00 |
| Mid peak | 126 kWh | x | $0.53770 | = | $67.75 |
| Off peak | 1550 kWh | x | $0.35583 | = | $551.53 |
| | 1902 kWh | | | | $782.28 Energy Charges |
| | | | | | -$116.55 Other credits/charges |
| | | | | | **$665.73 Total** |

Costs are rounded and include applicable energy charges from SCE. During season or price changes, averages are used. To view all charges and credits and to calculate your bill, refer to **Details of your new charges**.

## Your past and current electricity usage

For meter 222012-250526 from 08/08/25 to 09/08/25
**Total electricity you used this month in kWh**          **1,902**

*Your next billing cycle will end on or about 10/07/25.*

**Your daily average electricity usage (kWh)**
2 Years ago: N/A          Last year: 65.03          This year: 59.44



* No data available

## Details of your new charges

Your rate: TOUD-5-8PM
Billing period: 08/08/25 to 09/08/25 (32 days)

**Delivery charges** - *Cost to deliver your electricity*

| | | |
|---|---|---|
| Basic charge | 32 days x $0.03100 | $0.99 |
| Baseline credit | 1,440 kWh x -$0.09250 | -$133.20 |
| Energy–Summer | | |
| On peak | 226 kWh x $0.34124 | $77.12 |
| Mid peak | 126 kWh x $0.34124 | $43.00 |
| Off peak | 1,550 kWh x $0.29399 | $455.68 |
| Wildfire fund charge | 1,902 kWh x $0.00595 | $11.32 |

**Generation charges** - *Cost to generate your electricity*
SCE

| | | |
|---|---|---|
| Energy–Summer | | |
| On peak | 226 kWh x $0.38001 | $85.88 |
| Mid peak | 126 kWh x $0.19646 | $24.75 |
| Off peak | 1,550 kWh x $0.06184 | $95.85 |

**Other charges or credits**

| | | |
|---|---|---|
| Fixed recovery charge | 1,902 kWh x $0.00198 | $3.77 |

*(Continued on next page)*

**Your Delivery charges include:**
- *$44.72 transmission charges*
- *$314.15 distribution charges*
- *-$0.02 nuclear decommissioning charges*
- *$64.57 public purpose programs charge*
- *$18.63 new system generation charge*

**Your Generation charges include:**
- *-$1.10 competition transition charge*
- *-$63.80 power charge indifference adjustment (PCIA)*

**Your overall energy charges include:**
- *$6.16 franchise fees*

*(Continued on next page)*

EXHIBIT 1, PAGE 47

## Details of your new charges (continued)

**Additional information:**
• *Service voltage: 240 volts*

| Subtotal of your new charges | | $665.16 |
|---|---|---|
| State tax | 1,902 kWh x $0.00030 | $0.57 |
| **Your new charges** | | **$665.73** |

## Rate Identification Number - RIN



**USCA-SCSC-0500-0000**
*In the future, you might use the Rate Identification Number (RIN) to program smart devices like smart thermostats, EV chargers, or energy management systems once the manufacturer has enabled its use. Once these smart device features are available, simply scan the QR code using the smart device app for setup. To learn more, visit sce.com/helpcenter/rin.*

## Things you should know

**Fixed Recovery Charge**
*SCE has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires. Your bill for electric service includes a Fixed Recovery Charge that has been approved by the CPUC to repay those bonds. The right to recover the Fixed Recovery Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to SCE. SCE is collecting the Fixed Recovery Charge on behalf of the Special Purpose Entity.*

**Stay in Control**
*If you're behind on payments, enrolled in a payment plan, or facing disconnection, we offer options and energy management solutions to help you stay in control of your bill and costs. Learn more at www.sce.com/billsupport.*

# SCE CUSTOMER CONNECTION

## SOUTHERN CALIFORNIA EDISON'S (SCE) ELECTRIC RATE OPTIONS

Below are brief descriptions of various available rate options for Southern California Edison's (SCE) residential customers. SCE provides these descriptions to help customers understand what rate options are available to help manage monthly electric bills. Your current rate is listed on your electric bill. Your bill separates the costs of generation and costs related to the delivery of electricity. The charges for generation include costs related to the operation of SCE's electric generating plants, plus the cost of purchasing power from other sources. The California Department of Water Resources (DWR) obtained electricity on behalf of SCE. SCE has repaid the cost of the associated contracts and is now returning the cash reserves held to support the contracts through the DWR Energy Credit. The credit will end once the reserves are fully repaid to customers. Eligibility requirements, terms and conditions apply and may vary for each rate schedule.

Please refer to SCE's Tariff Books for a complete list of terms and conditions of service at **www.sce.com/rateoptions** or call us at **1-800-655-4555** to see if you qualify for one of the energy and money-saving rates below.

---

## RATE SCHEDULES

**DOMESTIC (D):**
This rate schedule serves domestic customers and is applicable to those who are individually metered by SCE and who live in single-family accommodations or individually metered single-family dwellings in a Multifamily Accommodation (e.g., houses, townhouses, condominiums, apartments, rental units, manufactured houses or mobile homes). Schedule D has a lower energy rate for all electricity used up to the Baseline* amount. Energy used up to this point is considered Tier 1 usage. Electricity used above Baseline is priced higher. Schedule D also has a daily Basic Charge and Minimum Charge that are independent of the energy charges and cover a portion of costs for services such as meter reading and customer billing.

*Baseline "Baseline" refers to a specific amount of energy allocated to residential customers for the essential portion of energy use for such things as lighting, cooking, heating and refrigeration. The baseline allocation, or Tier 1 usage, is charged at a lower rate than energy used in excess of that amount. As usage increases beyond the Tier 1 allocation, the price for energy in each subsequent tier is charged at a higher rate. This rate structure is meant to incentivize energy conservation. California's regulated energy utilities are mandated to allocate a Baseline quantity to each residential customer, based on that customer's geographic area, the season (winter or summer), and whether the customer has a single source of energy (i.e., if the customer's home is "all electric") or a combination of gas and electric ("basic" service). Customers can check the "Details of your new charges" section of their bills to see which tier their usage falls into each month. An additional Heat Pump Water Heater (HPWH) baseline quantity may apply to customers attesting to having a HPWH and served under either Schedule TOU-D-4-9 or TOU-D-5-8.*

*Medical Baseline is an additional allowance of kilowatt hours (kWh) charged at the Baseline rate, and is available to customers or their household members who require the regular use of electrical life support or essential medical equipment, or have a qualifying illness. The standard Medical Baseline allocation is 16.5 kWh per day, in addition to the daily Baseline allocation residential customers receive. A medical discount of 11 percent will be provided to customers served under Schedule TOU-D Option PRIME regardless of the number of Medical Baseline allocations.*

Schedule D customers may be eligible for other rate options that could further lower their electric bills, such as:

**DOMESTIC - SUMMER DISCOUNT PLAN (D-SDP):**
This plan is applicable to domestic service customers residing in individually metered, single-family accommodations with central air conditioning, in which a portion of the customer's electrical air conditioning load is subject to disconnection as initiated by an SDP Event Trigger, from SCE's service by SCE through a direct load-control device, with or without optional customer-controlled override capabilities. This plan is not applicable to customers receiving a Medical Baseline Allocation for air conditioning. To participate in this plan, customers must have an appropriate SCE direct load-control device installed, programmed, and activated.

**CALIFORNIA ALTERNATE RATES FOR ENERGY (CARE) DISCOUNT:**
This program provides a discount for income-qualified customers of at least 32.5 percent. Household income must be at or less than the CARE income guidelines, defined as 200 percent of the Federal Poverty Guidelines. Qualifying income

guidelines are shown on the CARE application. This discount may also be applicable with other residential rate schedules.

**FAMILY ELECTRIC RATE ASSISTANCE (FERA) DISCOUNT:**
This program offers an 18 percent discount to income-qualified households. There must be a minimum of three or more persons residing in a household and the total household income must be at or less than 250 percent of the Federal Poverty Guidelines. Qualifying income guidelines are shown on the FERA application. FERA is not available to CARE customers. This discount may also be applicable with other residential rate schedules.

**EDISON SMARTCONNECT® OPT-OUT (ESC-OO):**
This rate is available to residential customers who do not wish to have a wireless, communicating meter, known as Edison SmartConnect® meter, installed at their premises (Opt-Out Customers). Under this schedule, Opt-Out Customers shall receive service using the meter or meter form that had been installed at the customer's premises prior to the installation of an Edison SmartConnect meter (i.e. analog or non-analog, non-smart digital meter). There is a one-time initial fee and a reoccurring monthly fee to opt-out, which applies for three years from the time the customer elects to opt-out.

**CRITICAL PEAK PRICING (CPP):**
The CPP rate offers a discount during the summer months for bundled service customers (those whose electric power, transmission, distribution, billing, metering and related services are provided by SCE). The customer must have an interval meter or an Edison SmartConnect® program-ready meter. When electricity demand and prices climb, SCE will activate CPP "events" (weekdays from 4:00 p.m. – 9:00 p.m., excluding holidays) during which energy charges increase significantly. However, if customers reduce or reschedule usage to lower demand times of day during these events, CPP may help lower electric bills. Participants receive bill protection up to the first 12 months. Customers who receive Medical Baseline allocation(s) or customers served under the Smart Energy Program option are not eligible for service under this rate.

## CUSTOMERS WHO USE MOST OF THEIR ELECTRICITY DURING "OFF-PEAK" HOURS COULD BENEFIT FROM A TIME-OF-USE (TOU) RATE SCHEDULE.

**TIME-OF-USE DOMESTIC (TOU-D):**
TOU-D is applicable to customers eligible for service under Schedule D or receiving the CARE or FERA discount. Schedule TOU-D has several rate options: Option 4-9 PM, Option 4-9 PM-CPP, Option 5-8 PM, Option 5-8 PM-CPP, Option PRIME, and Option PRIME- CPP. Option PRIME is a new Option intended for higher usage customers that have load-modifying electric technologies, including those who have electric vehicles (EVs), behind-the-meter energy storage systems and/or electric heat pumps. Customers who have EV load that is separately metered are now eligible for service under this Schedule and will receive a meter credit for the separately metered EV load.

---



# SCE CUSTOMER CONNECTION

**SMART ENERGY PROGRAM (SEP):**
This is an optional program offering annual bill credits to eligible customers who have technology installed at the home authorized by SCE for direct participation in energy events. Presently, Wi-Fi enabled smart thermostats controlling a working central air conditioning system supported by an SCE approved third-party entity are the only technology available for participation in the Smart Energy Program. This program is only available to residential customers with an Edison SmartConnect® meter. Smart Energy Program is not applicable to customers enrolled in any other Demand Response program, such as Summer Discount Plan, or customers receiving a Medical Baseline allocation. Smart Energy Program events can be called for up to 4 hours per day between 11:00 a.m. and 8:00 p.m. on non-holiday weekdays.

**COST RESPONSIBILITY SURCHARGE (DA-CRS, CCA-CRS, CGDL-CRS):**
Cost Responsibility Surcharges (CRS) are applicable to Customer Generation Departing Load (CGDL), Direct Access (DA) Service customers, Community Aggregation (CA) customers, and Community Choice Aggregation (CCA) customers.

**COMMUNITY CHOICE AGGREGATION SERVICE (CCA SERVICE):**
Cities, counties, a Joint Power Authority, and certain other public agencies whose governing boards have elected to act as Community Choice Aggregators can purchase and sell electricity on behalf of utility customers within their service area(s). Under CCA Service, a Community Choice Aggregator is solely responsible for procuring and providing for the electric power needs (including ancillary services) of its customers, ensuring resource adequacy and renewable portfolio requirements for these customers, and scheduling and settling with the California Independent System Operator (CAISO). Community Choice Aggregators are required to meet certain requirements with the California Public Utilities Commission in addition to meeting financial and technical requirements with SCE. CCA customers are subject to additional charges as explained in Schedules CCA-CRS and CCA-SF.

**Net Billing Tariff (NBT) also known as Solar Billing Plan**
This optional rate is designed for customers who install eligible renewable generating facilities on their premises to generate electricity and offset their own electrical needs. Customers can size their systems up to 150% of their electrical requirements, provided they attest that the additional capacity will support electrification (such as adding an electric vehicle) within a year of interconnection. The generation facility must use renewable sources defined in Section 25741 of the Public Resource Code.*

All customers' net usage is billed according to their Otherwise Applicable Tariff, which must be a Time-of-Use rate schedule. Residential customers are required to be on the Prime option of TOU-D. Net generation is credited at the Avoided Cost Calculator rate, also known as the Energy Export Credit, based on the year the application was submitted. Additionally, residential customers can receive extra credits, known as the Energy Export Bonus Credit, for the first few years of the tariff, with these credits decreasing annually as specified in Schedule NBT.

*The renewable sources included in Section 25741 of the Public Resources Code are: biomass, solar thermal, photovoltaic, wind, geothermal, fuel cells using renewable fuels, small hydroelectric generation digester gas, municipal solid waste conversion, landfill gas, ocean wave, ocean thermal, or tidal current, and any additions or enhancement to the facility using these technologies.

Due to space limitations, a rate you may be eligible for may not appear. Please visit **www.sce.com/inserts-onserts** (under August 2025) or contact us if you'd like a complete listing of all available rates. Please email **Tariffs.Manager@sce.com** for a copy to be sent via email or U.S. Mail.

Para solicitar una copia en español de esta notificación, por favor escriba a:

**Southern California Edison**
P.O. Box 800, G.O. 1, Quad 4A
Rosemead, CA 91770

á la atención de Comunicaciones Corporativas, o visita **www.sce.com/avisos**.

**CONNECT WITH US**
Get energy-saving tips, safety and outage updates, and much more.

 **www.facebook.com/sce**  **www.instagram.com/sce**  **www.twitter.com/sce**

*(End of document)*

EXHIBIT 1, PAGE 50

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.


**SOUTHERN CALIFORNIA**
**EDISON**®
*An EDISON INTERNATIONAL® Company*

For billing and service inquiries
1-800-990-7788
www.sce.com

**Your electricity bill**

**PALO VERDE HOSPITAL** / Page 1 of 8

| | | |
|---|---|---|
| **Customer Account**<br>700462980034 | **Date bill prepared**<br>09/02/25 | **Amount due $83.34**<br>**Due by 09/22/25** |

250 N 1ST ST
BLYTHE, CA 92225-1702

## Your account summary

| | |
|---|---|
| Previous Balance | $83.34 |
| Payment Received 08/12/25 | -$83.34 |
| Balance forward | $0.00 |
| Your new charges | $83.34 |
| **Total amount you owe by 09/22/25** | **$83.34** |

**ENTERED**

**SEP 1 0 2025**

## Summary of your billing detail

| Service account | Service address | Billing period | Your rate | New charges |
|---|---|---|---|---|
| 8004018256<br>Charges for lamps in service | R/O 250 N 1ST ST UMSL<br>BLYTHE, CA | 08/01/25 to 08/31/25 | LS-1-ALLNITE<br>(Utility owned) | $83.34 |
| | | | | **$83.34** |

## Things you should know

**Fixed Recovery Charge**
*SCE has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires. Your bill for electric service includes a Fixed Recovery Charge that has been approved by the CPUC to repay those bonds. The right to recover the Fixed Recovery Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to SCE. SCE is collecting the Fixed Recovery Charge on behalf of the Special Purpose Entity.*

---

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

(14-574)      Tear here - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   Tear here


**SOUTHERN CALIFORNIA**
**EDISON**®
*An EDISON INTERNATIONAL® Company*

Customer account 700462980034
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| Amount due by 09/22/25 | $83.34 |
|---|---|
| Amount enclosed | $ |

STMT 09022025 P1 C11 T0253 042731 01 0.6360 C004
իլիմիլիսկիլմիինդիկներիկներիկներիկներիկներին
PALO VERDE HOSPITAL
250 N 1ST ST
BLYTHE CA  92225-1702

P.O. BOX 300
ROSEMEAD, CA  91772-0002

700462980034  0000825  000000000000008334000008334



EXHIBIT 1, PAGE 51

**PALO VERDE HOSPITAL / Page 2 of 8**

# Ways to contact us

### Request a large print bill 1-800-655-4555

| Customer service numbers | Relay calls accepted |
|---|---|
| General Services (U.S. & Canada) | 1-800-655-4555 |
| Payments, Extensions or Payment Options | 1-800-950-2356 |
| Emergency Services & Outages | 1-800-611-1911 |
| California Alternate Rates for Energy (CARE) | 1-800-447-6620 |
| Energy Theft Hotline | 1-800-227-3901 |
| Hearing & Speech Impaired (TTY) | 1-800-352-8580 |

| Multicultural services | |
|---|---|
| Cambodian / ខ្មែរ | 1-800-843-1309 |
| Chinese / 中文 | 1-800-843-8343 |
| Korean / 한국어 | 1-800-628-3061 |
| Vietnamese / Tiếng Việt | 1-800-327-3031 |
| Spanish / Español | 1-800-441-2233 |

**Correspondence:**
Southern California Edison
P.O. Box 6400
Rancho Cucamonga, CA
91729-6400

www.sce.com

---

# Important information

## What are my options for paying my bill?

| On-line | Pay one-time or recurring on www.sce.com/bill | |
|---|---|---|
| Mail-in | Check or Money order | |
| In Person | Authorized payment locations | 1-800-747-8908 |
| Phone | QuickCheck | 1-800-950-2356 |
| | Debit & credit card | 1-833-425-1440 |
| Other | PayPal, Venmo, Apple Pay and Google Pay | |

### Electronic check processing
Your check payment will be processed as a one-time Electronic Fund Transfer (EFT). With EFTs, funds may be withdrawn from your account the day we receive your payment. Your check will not be returned, but will appear on your financial statement.

**Rates and applicable rules:** Available at www.sce.com or upon request.

### Past due bills
When is my bill past due? It is past due 20 days after the preparation date, which was 09/02/25.
- Reconnecting service that has been disconnected requires a Service Connection payment (non-residential only).
- Unable to pay: If payment arrangements were not extended to you by SCE pursuant to SCE's filed tariffs, you may contact the California Public Utilities Commission.
- For safety reasons, if service is disconnected, please ensure any sensitive or potentially hazardous equipment is unplugged on the day of reconnection. For additional home safety tips, visit www.sce.com/safety or call SCE at 1-800-655-4555.

### What is the Late Payment Charge (LPC)?
0.6% will be applied to the total unpaid balance if payment is not received by the due date on this bill (except for CARE and state agency accounts).

### What is a rotating outage?
Rotating outages are controlled electrical outages used to avoid widespread or uncontrolled blackouts. Your Rotating Outage Group number is located on page 1, upper left, of your SCE bill. Your rotating outage group number may change at any time. For more information, visit www.sce.com/rotating outage.

### What is the Power Charge Indifference Adjustment (PCIA)?
The PCIA is a charge to ensure that both SCE customers and those who have left SCE service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by SCE on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources.

## Disputed bills
*If you believe there is an error on your bill or have a question about your service, please call Southern California Edison (SCE) customer support at 1-800-655-4555 If you are not satisfied with SCE's response, submit a complaint to the California Public Utilities Commission (CPUC) at www.cpuc.ca.gov/complaints/. The CPUC's Consumer Affairs Branch (CAB) handles billing and service complaints and can be reached by:*
*Telephone 1-800-649-7570 (8:30 AM - 4:30 PM, Monday - Friday)*
*Mail CPUC, Consumer Affairs Branch, 505 Van Ness Ave., Room 2003, San Francisco, CA 94102*
*If you have limitations hearing or speaking, contact the California Relay Service, which is for those needing assistance relaying telephone conversations. Dial 711 or one of the numbers below to be routed to a California Relay Service provider in your preferred mode of communication.*

| Type of Call | English | Spanish |
|---|---|---|
| TTY/VCO/HCO to Voice | 1-800-735-2929 | 1-800-855-3000 |
| Voice to TTY/VCO/HCO | 1-800-735-2922 | 1-800-855-3000 |
| Speech-to-Speech Relay | 1-800-854-7784 | 1-800-854-7784 |

*To avoid having service turned off while waiting for the outcome of a complaint to the CPUC regarding the accuracy of your bill, contact CAB for assistance. If your case meets the eligibility criteria, CAB will instruct you on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is reviewed to keep your service turned on.*

## Definitions
- **CA Climate Credit:** Credit from state effort to fight climate change. Applied monthly to eligible businesses and semi-annually to residents.
- **Wildfire Fund Charge:** Supports the California Wildfire Fund which covers costs associated with catastrophic wildfires, including payment of bonds issued by the California Department of Water Resources (DWR)
- **Public Purpose Programs Charge:** Funds state-mandated programs for low income discounts, energy efficiency, renewable energy and R&D.
- **SCE Generation:** For recovering energy procurement and generation costs for that portion of your energy provided by SCE.

---

To change your contact information or enroll in SCE's payment option, complete the form below and return it in the enclosed envelope.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Change of mailing address:** 700462980034

| STREET# | STREET NAME | | APARTMENT # |
|---|---|---|---|
| CITY | | STATE | ZIP CODE |
| TELEPHONE # | | E-MAIL ADDRESS | |

**Direct Payment (Automatic Debit) Enrollment:** 700462980034
I hereby authorize SCE and my financial institution to automatically deduct my monthly payment from the checking account as shown on my enclosed check, ten calendar days after my bill is mailed.

Signature _____ Date _____

To change your checking account information or to be removed from the Direct Payment program please call SCE at 1-800-655-4555.

**Energy Assistance Fund (EAF):** I want to help people pay their energy bill through EAF. For info visit www.sce.com/eaf or call (800) 205-8596.

Add this amount for EAF $ _____     Select one box only and sign below for EAF:

☐ Every Month     ☐ One Month only     _____

## SOUTHERN CALIFORNIA EDISON

An *EDISON INTERNATIONAL*® Company

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

**PALO VERDE HOSPITAL** / Page 3 of 8

| | | |
|---|---|---|
| **Service account** | 8004018256 | **POD-ID** |
| **Service address** | R/O 250 N 1ST ST UMSL | 101760930005803973 |
| | BLYTHE, CA 92225 | |
| **Service description** | Charges for lamps in service | |

## Street lamp inventory

| | Quantity | kWh |
|---|---|---|
| **High pressure sodium vapor** | | |
| 22000L Multiple | 3 | 255 |
| **Total** | **3** | **255** |

## Details of your new charges

Your rate: LS-1-ALLNITE
Billing period: 08/01/25 to 08/31/25 (31 days)

| | | |
|---|---|---|
| **Delivery charges** - *Cost to deliver your electricity* | | |
| Energy charge | 255 kWh x $0.12201 | $31.11 |
| *High pressure sodium vapor* | | |
| *Multiple* | | |
| 22000L | 3 lamps x $11.78000 | $35.34 |
| Wildfire fund charge | 255 kWh x $0.00595 | $1.52 |
| | | |
| **Generation charges** - *Cost to generate your electricity* | | |
| *SCE* | | |
| Energy charge | 255 kWh x $0.05899 | $15.04 |
| | | |
| **Other charges or credits** | | |
| Fixed recovery charge | 255 kWh x $0.00097 | $0.25 |
| Subtotal of your new charges | | $83.26 |
| State tax | 255 kWh x $0.00030 | $0.08 |
| **Your new charges** | | **$83.34** |

**Your Delivery charges include:**
- *$2.53 transmission charges*
- *$58.23 distribution charges*
- *$4.14 public purpose programs charge*
- *$1.35 new system generation charge*

**Your Generation charges include:**
- *-$0.14 competition transition charge*
- *-$4.65 power charge indifference adjustment (PCIA)*

**Your overall energy charges include:**
- *$0.77 franchise fees*

025431



EXHIBIT 1, PAGE 53

**EXHIBIT 2**

Docusign Envelope ID: 139038B5-2395-40BF-84EA-11251CAED13E



**CITY OF BLYTHE • 235 N. BROADWAY BLYTHE, CA  92225 • 760-922-6161 Ext. 1233 or 1234**

| Customer # | Billing Date | Due Date | Prev Balance | Payments | Cur Activity | Amount Due |
|---|---|---|---|---|---|---|
| 014580 | 08/31/2025 | 09/10/2025 | 163.56 | 163.56 | 163.56 | 163.56 |

| Account # | Service Location | | | | | |
|---|---|---|---|---|---|---|
| 02-007840-01 | 291 N SECOND ST | | | | | |

Signed by:

Drew Dickey
5F58D69E890F44E...



| Amount Enclosed |
|---|
| |

9/3/2025                                          10700            670020

PALO VERDE HOSPITAL
250 N FIRST ST
BLYTHE, CA 92225

☐ **Check here if you would like to donate
to the Recreation Center $_____.
Please include a separate check for the
amount.**

Ildlnlldhldhldhlllldlllnl

---

*Please detach and return top portion with your remittance.*



| Customer | PALO VERDE HOSPITAL |
|---|---|
| Address | 250 N FIRST ST • BLYTHE, CA 92225 |

| Customer # | Billing Date | Due Date | Prev Balance | Payments | Cur Activity | Amount Due |
|---|---|---|---|---|---|---|
| 014580 | 08/31/2025 | 09/10/2025 | 163.56 | 163.56 | 163.56 | 163.56 |

| Account # | Service Location | | | | | Credit Balance |
|---|---|---|---|---|---|---|
| 02-007840-01 | 291 N SECOND ST | | | | | 0.00 |

| Date | Billing Cycle | Service Fee | | Units | | Amount |
|---|---|---|---|---|---|---|
| 07/31/25 | **Previous Balance** | | | | | **163.56** |
| 08/15/25 | **Payment - thank you** | Document #:  01527280 | | | | -163.56CR |
| 08/31/25 | **Billing** | Document #:  01604074 | | | | **163.56** |
| Account #: | **02-007840-01** | 291 N SECOND ST | | | | |
| | 08/01 - 08/31 | Waste Water - Residential | | 1 | 35.85 | |
| | 08/01 - 08/31 | Sewer - Residential | | 1 | 16.72 | |
| | 08/01 - 08/31 | County Landfill - Residential | | 1 | 7.19 | |
| | 08/01 - 08/31 | Water Base Demand - 1.5" Meter | | 1 | 59.95 | |
| | 08/01 - 08/31 | Sanitation & Recycling - Residential | | 1 | 34.85 | |
| | 08/01 - 08/31 | State Revolving Fund - Water Treatment Plant | | 1 | 9.00 | |

**Amount Due:**        163.56

| Meter # | Prev Read 1 | Prev Read 2 | Prev Read 3 | Curr Date | Curr Read 1 | Curr Read 2 | Curr Read 3 | Totals Cons |
|---|---|---|---|---|---|---|---|---|
| 93187507 | 0 | 0 | 0 | 8/21/25 | 0 | 0 | 0 | 0 |

**Year to Date Consumption**



A S O N D J F M A M J J A

Per adopted Resolution No. 2015-011, a late payment fee will now
be charged on all delinquent accounts.
Bills are due the 10th day of the month, and become delinquent on
the 20th day of the month.
Balances owed that are not received and credited to the account
by the 19th day of the month, will be assessed a fee of 10% for the
amount owed.

| 0-15 days | 16-30 days | 31-45 days | over 45 days |
|---|---|---|---|
| 163.56 | 0.00 | 0.00 | 0.00 |

**CITY OF BLYTHE • 235 N. BROADWAY BLYTHE, CA  92225 • 760-922-6161 Ext. 1233 or 1234**

Docusign Envelope ID: 139038B5-2395-40BF-84EA-11251CAED13E



CITY OF BLYTHE • 235 N. BROADWAY BLYTHE, CA  92925 • 760-922-6161 Ext. 1233 or 1234


Blythe

| Customer # | Billing Date | Due Date | Prev Balance | Payments | Cur Activity | Amount Due |
|---|---|---|---|---|---|---|
| 000233 | 08/31/2025 | 09/10/2025 | 4,161.03 | 4,161.03 | 3,516.63 | 3,516.63 |
| Account # | | | Service Location | | | |
| 02-008020-00 | | | 250 N FIRST ST | | | |

Signed by:
*Drew Dickey*
5F58D69E890F44E...

10700

670020

9/3/2025

**Amount Enclosed**

**PALO VERDE HOSPITAL**
**250 N FIRST ST**
**BLYTHE, CA 92225**

☐ Check here if you would like to donate
to the Recreation Center $_____.
Please include a separate check for the
amount.

---

Please detach and return top portion with your remittance.


Blythe

| Customer | PALO VERDE HOSPITAL |
|---|---|
| Address | 250 N FIRST ST · BLYTHE, CA 92225 |

| Customer # | Billing Date | Due Date | Prev Balance | Payments | Cur Activity | Amount Due |
|---|---|---|---|---|---|---|
| 000233 | 08/31/2025 | 09/10/2025 | 4,161.03 | 4,161.03 | 3,516.63 | 3,516.63 |
| Account # | | | Service Location | | | Credit Balance |
| 02-008020-00 | | | 250 N FIRST ST | | | 0.00 |

| Date | Billing Cycle | Service Fee | | Units | Amount |
|---|---|---|---|---|---|
| 07/31/25 | **Previous Balance** | | | | **4,161.03** |
| 08/15/25 | **Payment - thank you** | Document #:  01527281 | | | -4,161.03CR |
| 08/31/25 | **Billing** | Document #:  01604076 | | | **3,516.63** |
| | Account #:  **02-008020-00** | 250 N FIRST ST | | | |
| | 08/01 - 08/31 | State Revolving Fund - Water Treatment Plant | | 1 | 9.00 |
| | 08/01 - 08/31 | Sewer - Hospital/Convalescent | | 52 | 646.36 |
| | 08/01 - 08/31 | Waste Water - Hospital/Convalescent | | 52 | 1,327.56 |
| | 08/01 - 08/31 | Water Base Demand - 4" Meter | | 1 | 287.87 |
| | 08/01 - 08/31 | Water Consumption - $3.58 Per 1,000 gal (Hospital) | | 1 | 1,245.84 |

**Amount Due:     3,516.63**

| Meter # | Prev Read 1 | Prev Read 2 | Prev Read 3 | Curr Date | Curr Read 1 | Curr Read 2 | Curr Read 3 | Totals Cons |
|---|---|---|---|---|---|---|---|---|
| 74873141 | 39,514 | 0 | 0 | 8/19/25 | 39,862 | 0 | 0 | 348 |



**Year to Date Consumption**

A S O N D J F M A M J J A

Per adopted Resolution No. 2015-011, a late payment fee will now
be charged on all delinquent accounts.
Bills are due the 10th day of the month, and become delinquent on
the 20th day of the month.
Balances owed that are not received and credited to the account
by the 19th day of the month, will be assessed a fee of 10% for the
amount owed.

| 0-15 days | 16-30 days | 31-45 days | over 45 days |
|---|---|---|---|
| 3,516.63 | 0.00 | 0.00 | 0.00 |

**CITY OF BLYTHE • 235 N. BROADWAY BLYTHE, CA  92225 • 760-922-6161 Ext. 1233 or 1234**

EXHIBIT 2, PAGE 55

Docusign Envelope ID: 139038B5-2395-40BF-84EA-11251CAED13E



CITY OF BLYTHE • 235 N. BROADWAY BLYTHE, CA 92225 • 760-922-6161 Ext. 1233 or 1234

| Customer # | Billing Date | Due Date | Prev Balance | Payments | Cur Activity | Amount Due |
|---|---|---|---|---|---|---|
| 000267 | 08/31/2025 | 09/10/2025 | 728.48 | 728.48 | 728.48 | 728.48 |
| Account # | | | Service Location | | | |
| 02-009230-01 | | | 205 N FIRST ST | | | |


Signed by:
Drew Dickey
5F58D69E890F44E...

10700



| | Amount Enclosed |
|---|---|
| | |

9/3/2025

670020

PALO VERDE HOSPITAL
250 N FIRST ST
BLYTHE, CA 92225

☐ Check here if you would like to donate
to the Recreation Center $_____.
Please include a separate check for the
amount.



---

Please detach and return top portion with your remittance.

| Customer | PALO VERDE HOSPITAL |
|---|---|
| Address | 250 N FIRST ST · BLYTHE, CA 92225 |

| Customer # | Billing Date | Due Date | Prev Balance | Payments | Cur Activity | Amount Due |
|---|---|---|---|---|---|---|
| 000267 | 08/31/2025 | 09/10/2025 | 728.48 | 728.48 | 728.48 | 728.48 |
| Account # | | | Service Location | | | Credit Balance |
| 02-009230-01 | | | 205 N FIRST ST | | | 0.00 |

| Date | Billing Cycle | Service Fee | | Units | | Amount |
|---|---|---|---|---|---|---|
| 07/31/25 | **Previous Balance** | | | | | **728.48** |
| 08/15/25 | **Payment - thank you** | Document #: 01527282 | | | | **-728.48**CR |
| 08/31/25 | **Billing** | Document #: 01604095 | | | | **728.48** |
| | Account #: **02-009230-01** | 205 N FIRST ST | | | | |
| | 08/01 - 08/31 | Water Base Demand - 2" Meter | | 1 | | 94.14 |
| | 08/01 - 08/31 | Water Consumption - 3.26 Per 1,000 gal (Commercial) | | 1 | | 9.78 |
| | 08/01 - 08/31 | Sewer - Professional Office | | 4 | | 193.96 |
| | 08/01 - 08/31 | State Revolving Fund - Water Treatment Plant | | 1 | | 9.00 |
| | 08/01 - 08/31 | Waste Water - Professional Office | | 4 | | 421.60 |

**Amount Due:      728.48**

| Meter # | Prev Read 1 | Prev Read 2 | Prev Read 3 | Curr Date | Curr Read 1 | Curr Read 2 | Curr Read 3 | Totals Cons |
|---|---|---|---|---|---|---|---|---|
| 82236115 | 837 | 0 | 0 | 8/19/25 | 840 | 0 | 0 | 3 |

**Year to Date Consumption**



Per adopted Resolution No. 2015-011, a late payment fee will now
be charged on all delinquent accounts.
Bills are due the 10th day of the month, and become delinquent on
the 20th day of the month.
Balances owed that are not received and credited to the account
by the 19th day of the month, will be assessed a fee of 10% for the
amount owed.

| 0-15 days | 16-30 days | 31-45 days | over 45 days |
|---|---|---|---|
| 728.48 | 0.00 | 0.00 | 0.00 |

**CITY OF BLYTHE** • 235 N. BROADWAY BLYTHE, CA 92225 • 760-922-6161 Ext. 1233 or 1234

EXHIBIT 2, PAGE 56

Docusign Envelope ID: 139038B5-2395-40BF-84EA-11251CAED13E



**CITY OF BLYTHE** • 235 N. BROADWAY BLYTHE, CA  92225 • 760-922-6161 Ext. 1233 or 1234

| Customer # | Billing Date | Due Date | Prev Balance | Payments | Cur Activity | Amount Due |
|---|---|---|---|---|---|---|
| 019251 | 08/31/2025 | 09/10/2025 | 219.58 | 219.58 | 216.20 | 216.20 |

| Account # | Service Location | | | | | |
|---|---|---|---|---|---|---|
| 28-932180-04 | 3844 SANDY POINT DR | | | | | |

Signed by:



Drew Dickey

—5F58D69E890F44E...

Amount Enclosed

9/3/2025

10700                670020

**PALO VERDE HOSPITAL**
**250 N FIRST ST**
**BLYTHE, CA 92225**

☐ Check here if you would like to donate
to the Recreation Center $_____.
Please include a separate check for the
amount.

Ililmiliilililililililililini

---

Please detach and return top portion with your remittance.

| Customer | PALO VERDE HOSPITAL |
|---|---|
| Address | 250 N FIRST ST • BLYTHE, CA 92225 |

| Customer # | Billing Date | Due Date | Prev Balance | Payments | Cur Activity | Amount Due |
|---|---|---|---|---|---|---|
| 019251 | 08/31/2025 | 09/10/2025 | 219.58 | 219.58 | 216.20 | 216.20 |

| Account # | Service Location | | | | | Credit Balance |
|---|---|---|---|---|---|---|
| 28-932180-04 | 3844 SANDY POINT DR | | | | | 0.00 |

| Date | Billing Cycle | Service Fee | | Units | | Amount |
|---|---|---|---|---|---|---|
| 07/31/25 | **Previous Balance** | | | | | **219.58** |
| 08/15/25 | Payment - thank you | Document #:  01527283 | | | | -219.58CR |
| 08/31/25 | **Billing** | Document #:  01606942 | | | | **216.20** |
| | Account #:   **28-932180-04** | 3844 SANDY POINT DR | | | | |
| | 08/01 - 08/31 | Sewer - Residential | | 1 | 16.72 | |
| | 08/01 - 08/31 | Waste Water - Residential | | 1 | 35.85 | |
| | 08/01 - 08/31 | County Landfill - Residential | | 1 | 7.19 | |
| | 08/01 - 08/31 | Water Consumption - $3.38 Per 1,000 gal (Resident SF) | | 1 | 81.12 | |
| | 08/01 - 08/31 | Water Base Demand - 1" Meter | | 1 | 31.47 | |
| | 08/01 - 08/31 | State Revolving Fund - Water Treatment Plant | | 1 | 9.00 | |
| | 08/01 - 08/31 | Sanitation & Recycling - Residential | | 1 | 34.85 | |

**Amount Due:    216.20**

| Meter # | Prev Read 1 | Prev Read 2 | Prev Read 3 | Curr Date | Curr Read 1 | Curr Read 2 | Curr Read 3 | Totals Cons |
|---|---|---|---|---|---|---|---|---|
| 82002030 | 2,748 | 0 | 0 | 8/18/25 | 2,772 | 0 | 0 | 24 |

**Year to Date Consumption**



A S O N D J F M A M J J A

Per adopted Resolution No. 2015-011, a late payment fee will now
be charged on all delinquent accounts.
Bills are due the 10th day of the month, and become delinquent on
the 20th day of the month.
Balances owed that are not received and credited to the account
by the 19th day of the month, will be assessed a fee of 10% for the
amount owed.

| 0-15 days | 16-30 days | 31-45 days | over 45 days |
|---|---|---|---|
| 216.20 | 0.00 | 0.00 | 0.00 |

**CITY OF BLYTHE** • 235 N. BROADWAY BLYTHE, CA  92225 • 760-922-6161 Ext. 1233 or 1234

**EXHIBIT 2, PAGE 57**

**EXHIBIT 3**

Page 1 of 2

Docusign Envelope ID: FDE6FFAD-1D81-4F12-9DCE-B70BB0454052



**environmental services**

P.O. BOX 206, STANTON, CA 90680



| | |
|---|---|
| **Account Number** | 37-0001378 0 |
| **Service Address** | 205 N FIRST ST |
| | BLYTHE CA  92225 |
| **Invoice Date** | 09/01/25 |
| **Invoice Number** | 000160476 |
| **Invoice Total** | **$584.84** |
| **Due Date** | 09/30/25 |

Your Access Code: ▮▮▮▮▮▮▮

# INVOICE

| DATE | WASTE AND RECYCLING SERVICES | QTY | RATE | TOTAL |
|---|---|---|---|---|
| 9/01/25 | SERVICE PERIOD: 09/01/25 TO 09/30/25 | | | |
| 9/01/25 | 4YD COMMERCIAL BIN     # P/U:  2 | 1.00 | | $477.85 |
| | 90G COMM MIXED RCYCL SE # P/U:  1 | 1.00 | | $106.99 |
| | Total Invoice: | 2.00 | | $584.84 |

Signed by:

*Drew Dickey*

5F58D69E890F44E...

10700

670035

9/10/2025

**\*\*SIGN UP FOR AUTOMATIC PAYMENTS AND YOUR BILL WILL ALWAYS GET PAID ON TIME\*\***

| Previous Balance | Payments | Adjustments to a Previous Invoice | Current Charges + Adjustments | Total Due |
|---|---|---|---|---|
| $584.84 | $584.84 | $0.00 | $584.84 | $584.84 |

We offer large containers for debris
removal and temporary storage
containers for rent.  Call today!

## PAY YOUR BILL ONLINE
It's fast, it's simple and it's secure.
www.crrwasteservices.com/pay-your-bill

*Please detach and return below portion with your payment. Do not staple.*



**environmental services**

P.O. BOX 206
STANTON, CA 90680

Electronic Service Requested

1627000009    PRESORT 9 1 AV 0.588 P1C1 <B>

PALO VERDE HOSPITAL
250 N 1ST ST
BLYTHE CA 92225-1702

CHECK CREDIT CARD USING FOR PAYMENT AND FILL OUT BELOW.

☐ VISA    ☐ MasterCard    ☐ AMERICAN EXPRESS    ☐ DISCOVER

CARD NUMBER _____    SECURITY CODE _____

SIGNATURE _____    EXP. DATE _____

CARDHOLDER NAME _____

| Invoice Date | Total Invoice | Total Due | Due Date |
|---|---|---|---|
| 09/01/25 | $584.84 | $584.84 | 09/30/25 |

| Account Number | Invoice Number | Check Number |
|---|---|---|
| 37-0001378 0 | 000160476 | |

☐  Check here for address change. (See reverse)
CR&R INCORPORATED
P.O. BOX 51002
LOS ANGELES, CA 90051-5302

10023700013780000005848400016047630

Docusign Envelope ID: FDE6FFAD-1D81-4F12-9DCE-B70BB0454052

## How to Reach Customer Care

- By phone: 800.922.2278    • For payments by check: P.O. BOX 51002, LOS ANGELES, CA 90051-5302,



## How To Read Your Invoice

**❶ Account Number -** Your account number. It will be helpful to have this number when calling customer service.

**❷ Invoice Number -** Number issued to your invoice to allow us to track it when calling customer service.

**❸ Invoice Total -** Current charges including any remaining balance.

**❹ Due Date -** Pay before the Due Date to avoid a late fee charge.

**❺ Invoice Activity -** Detailed account information regarding your service.

**❻ Important Messages -** This area contains important information about your account or service.

**❼ Remittance Address -** Send payment to the address on the remittance slip for credit to your account.

**HAZARDOUS MATERIALS:**
Placing hazardous and/or toxic material in the containers is unlawful and the generator is subject to State and Federal regulations. For more information on household hazardous waste, please call your local authority.

**PAST DUE ACCOUNTS:**
Please remit payment by the payment due date listed on the front of this bill in order to avoid disruption of service, removal of containers, reinstatement/late fees and/or re-delivery charges.

**CUSTOMER PAYMENTS:**
We accept checks and credit card payments. Please visit our website to sign up for automatic payment. We reserve the right, if you pay by check, to electronically collect funds at first presentment and any re-presentment from the bank account on which it was drawn. Our receipt of your check is your authorization to collect the amount of the check electronically or, if needed, by a draft against the bank account from which it was drawn. An administrative fee may be assessed on any checks returned by the bank as unpaid.

**REFUND POLICY:**
If applicable, there may be a $1.50 administrative charge on refunds.

**HOLIDAY SCHEDULE:**
New Year's Day • Memorial Day • Independence Day • Labor Day • Thanksgiving Day • Christmas Day
If the holiday falls on a Saturday or Sunday, trash will be collected on your normal collection day with no delays to your pickup. If the holiday falls during the work week, collection for the remainder of the week may be postponed by one day.

## Have you moved or changed your phone number?

Please provide your new address or telephone number and return this portion with your payment. Your records will be updated accordingly.

Contact Name: _____

Account Name: _____

Effective Date: _____

New Address: _____

City: _____ State: _____ Zip: _____

Email Address: _____

Phone Number: _____

Work Number: _____

Signature: _____

Docusign Envelope ID: FDE6FFAD-1D81-4F12-9DCE-B70BB0454052



environmental services

P.O. BOX 206, STANTON, CA 90680



Page 1 of 2

| Account Number | 37-0003484 0 |
| Service Address | 250 N FIRST ST |
| | BLYTHE CA  92225 |
| Invoice Date | 09/01/25 |
| Invoice Number | 000160584 |
| Invoice Total | **$2,707.82** |
| Due Date | 09/30/25 |

Your Access Code:

# INVOICE

| DATE | WASTE AND RECYCLING SERVICES | QTY | RATE | TOTAL |
|---|---|---|---|---|
| | SERVICE PERIOD: 09/01/25 TO 09/30/25 | | | |
| 9/01/25 | 4YD COMM LOCKING BIN   # P/U: 5 | 2.00 | | $2,155.50 |
| 9/01/25 | 4YD MIXED RECYCLE BIN   # P/U: 1 | 2.00 | | $397.74 |
| 9/01/25 | 64GL COMM ORGANIC   # P/U: 1 | 2.00 | | $154.58 |
| | Total Invoice: | 6.00 | | $2,707.82 |

Signed by:



Drew Dickey

5F58D69E890F44E...

9/10/2025

10700

670035

**\*\*SIGN UP FOR AUTOMATIC PAYMENTS AND YOUR BILL WILL ALWAYS GET PAID ON TIME\*\***

| Previous Balance | Payments | Adjustments to a Previous Invoice | Current Charges + Adjustments | Total Due |
|---|---|---|---|---|
| $2,707.82 | $2,707.82 | $0.00 | $2,707.82 | $2,707.82 |

We offer large containers for debris removal and temporary storage containers for rent.  Call today!

## PAY YOUR BILL ONLINE
It's fast, it's simple and it's secure.
www.crrwasteservices.com/pay-your-bill

---

*Please detach and return below portion with your payment. Do not staple.*

**CR&R**
INCORPORATED
environmental services
P.O. BOX 206
STANTON, CA 90680

Electronic Service Requested

| CHECK CREDIT CARD USING FOR PAYMENT AND FILL OUT BELOW. | | | | |
|---|---|---|---|---|
| VISA | MasterCard | AMERICAN EXPRESS | DISCOVER | |

CARD NUMBER / SECURITY CODE

SIGNATURE / EXP. DATE

CARDHOLDER NAME

| Invoice Date | Total Invoice | Total Due | Due Date |
|---|---|---|---|
| 09/01/25 | $2,707.82 | $2,707.82 | 09/30/25 |

| Account Number | Invoice Number | Check Number |
|---|---|---|
| 37-0003484 0 | 000160584 | |

1627000023    PRESORT 23 1 AV 0.688 P1C1 <B>

PALO VERDE HOSPITAL
ATTN: ACCOUNTS PAYABLE
250 N 1ST ST
BLYTHE CA 92225-1702

Check here for address change. (See reverse)
CR&R INCORPORATED
P.O. BOX 51002
LOS ANGELES, CA 90051-5302

10023700034840000027078200016058848

EXHIBIT 3, PAGE 60

Docusign Envelope ID: FDE6FFAD-1D81-4F12-9DCE-B70BB0454052

Page 2 of 2

## How to Reach Customer Care

- By phone: 800.922.2278    • For payments by check: P.O. BOX 51002, LOS ANGELES, CA 90051-5302,



### How To Read Your Invoice

**❶ Account Number -** Your account number. It will be helpful to have this number when calling customer service.

**❷ Invoice Number -** Number issued to your invoice to allow us to track it when calling customer service.

**❸ Invoice Total -** Current charges including any remaining balance.

**❹ Due Date -** Pay before the Due Date to avoid a late fee charge.

**❺ Invoice Activity -** Detailed account information regarding your service.

**❻ Important Messages -** This area contains important information about your account or service.

**❼ Remittance Address -** Send payment to the address on the remittance slip for credit to your account.

**HAZARDOUS MATERIALS:**
Placing hazardous and/or toxic material in the containers is unlawful and the generator is subject to State and Federal regulations. For more information on household hazardous waste, please call your local authority.

**PAST DUE ACCOUNTS:**
Please remit payment by the payment due date listed on the front of this bill in order to avoid disruption of service, removal of containers, reinstatement/late fees and/or re-delivery charges.

**CUSTOMER PAYMENTS:**
We accept checks and credit card payments. Please visit our website to sign up for automatic payment. We reserve the right, if you pay by check, to electronically collect funds at first presentment and any re-presentment from the bank account on which it was drawn. Our receipt of your check is your authorization to collect the amount of the check electronically or, if needed, by a draft against the bank account from which it was drawn. An administrative fee may be assessed on any checks returned by the bank as unpaid.

**REFUND POLICY:**
If applicable, there may be a $1.50 administrative charge on refunds.

**HOLIDAY SCHEDULE:**
New Year's Day • Memorial Day • Independence Day • Labor Day • Thanksgiving Day • Christmas Day
If the holiday falls on a Saturday or Sunday, trash will be collected on your normal collection day with no delays to your pickup. If the holiday falls during the work week, collection for the remainder of the week may be postponed by one day.

## Have you moved or changed your phone number?

Please provide your new address or telephone number and return this portion with your payment. Your records will be updated accordingly.

Contact Name: _____

Account Name: _____

Effective Date: _____

New Address: _____

City: _____ State: _____ Zip: _____

Email Address: _____

Phone Number: _____

Work Number: _____

Signature: _____

EXHIBIT 3, PAGE 61

**EXHIBIT 4**



Page 1/6

**PALO VERDE HOSPITAL**  Account Number:
**760-921-9316-110713-5**

PIN:

Billing Date:
**Sep 16, 2025**

Billing Period:
**Sep 16 – Oct 15, 2025**

Hi PALO VERDE HOSPITAL,

Simplify your payments! Enroll in Auto Pay today to avoid missed
payments and service interruptions.



Total balance
**$157.00**
due
**Oct 10**

**Bill history**

| | | |
|---|---|---|
| Previous balance | | $155.26 |
| Payment received by Sep 16, thank you | | –$155.26 |

**Service summary**

| | | Previous month | Current month |
|---|---|---|---|
| | Bundle | $143.07 | $125.31 |
| | Other | $4.50 | $4.50 |
| | Additional Services | | $20.66 |
| | Taxes and Fees | $10.52 | $6.53 |
| **Total services** | | $158.09 | $157.00 |
| **Total balance** | | | $157.00 |

Manage your account,
payments, and services
anytime, anywhere with the
MyFrontier app.  Download
your free app today.  To learn
more visit
frontier.com/myfrontierapp

Earn more.  Get started with a business referral and earn up to $325 per
referral.  Learn more: https://www.businessreferralrewards.com

---



P.O. Box 211579
Eagan, MN 55121-2879

6790 0104  DY RP 16 09162025 NNNNNNNY 01 007025  0029

**PALO VERDE HOSPITAL**
250 N 1ST ST
BLYTHE CA 92225-1702

Total balance
**$157.00**

Due by
Oct 10

Account number
760-921-9316-110713-5

Amount enclosed
$

Mail payment to:

FRONTIER
PO BOX 740407
CINCINNATI, OH  45274-0407

155008760921931611071300000000000000157005

Page 2/6



**PALO VERDE HOSPITAL** Account Number:
**760-921-9316-110713-5**

PIN: 

Billing Date:
**Sep 16, 2025**

Billing Period:
**Sep 16 - Oct 15, 2025**



# WAYS TO PAY YOUR BILL

 Easy, simple, secure payments with
Auto Pay at frontier.com/autopay

 Download the
MyFrontier© app

 



For help: Customer Service at frontier.com/helpcenter, chat at frontier.com/chat, or call us at 800-921-8102.
Visually impaired/TTY customers, call 711.

## PAYING YOUR BILL

You are responsible for all legitimate, undisputed charges on your bill. Paying by check authorizes Frontier to make a one-time electronic funds transfer from your account, as early as the day your check is received. When making an online payment, please allow time for the transfer of funds. If funds are received after the due date, you may be charged a fee, your service may be interrupted, and you may incur a reconnection charge to restore service. A fee may be charged for a bank returned check. Continued nonpayment of undisputed charges (incl. 900 and long distance charges) may result in collection action and a referral to credit reporting agencies, which may affect your credit rating.

## IMPORTANT MESSAGES

You must pay all basic local service charges to avoid basic service disconnection. Failure to pay other charges will not cause disconnection of your basic service but this may cause other services to be terminated. Frontier Bundles may include charges for both basic and other services. Frontier periodically audits its bills to ensure accuracy which may result in a retroactive or future billing adjustment. Internet speed, if noted, is the maximum wired connection speed for selected tier; Wi-Fi speeds may vary; actual and average speed may be slower and depends on multiple factors. Performance details are at frontier.com/internetdisclosures. Billing and service complaints may be submitted to the California Public Utilities Commission, Consumer Affairs Branch www.cpuc.ca.gov/complaints/; or 1-800-649-7570; or 505 Van Ness Ave., Room 2003, San Francisco, CA 94102. **Hard of Hearing, Deaf, Blind, Vision and /or Mobility Impaired customers may dial 7-1-1 to reach a consultant trained to support their communication needs. Visit www.ddtp.org for more information**.

## SERVICE TERMS

Visit frontier.com/terms, frontier.com/tariffs or call Customer Service for information on tariffs, price lists and other important Terms, Conditions and Policies ("Terms") related to your voice, Internet and/or video services including limitations of liability, early termination fees, the effective date of and billing for the termination of service(s) and other important information about your rights and obligations, and ours. Frontier's Terms, include a binding arbitration provision to resolve customer disputes (frontier.com/terms/arbitration). **Video and Internet services are subscription-based and are billed one full month in advance. Unless otherwise required by applicable law, video and/or Internet service subscription cancellations and any early termination fees are effective on the last day of your Frontier billing cycle. No partial month credits or refunds will be provided for previously billed service subscriptions. Installation or setup fees paid at the initiation of the Service, if any, are not refundable.** By using or paying for Frontier services, you are agreeing to these Terms and that disputes will be resolved by individual arbitration. By providing personal information to Frontier you are also agreeing to Frontier's Privacy Policy posted at frontier.com/ca-privacy.

EXHIBIT 4, PAGE 63



**FRONTIER**

**PALO VERDE HOSPITAL** Account Number:
**760-921-9316-110713-5**

PIN:

Billing Date:
**Sep 16, 2025**

Billing Period:
**Sep 16 - Oct 15, 2025**

Don't let an unexpected outage stop your business. Get Frontier Internet Backup to keep your critical systems running. And for a limited time, you also get an 8-hour battery backup at no additional charge. Visit: business.frontier.com/internet-backup

## Bundle

If your bill reflects that you owe a Balance Forward, you must make a payment immediately in order to avoid collection activities. You must pay a minimum of $28.18 by your due date to avoid disconnection of your local service. All other charges should be paid by your due date to keep your account current.

**Partial Monthly Charges**

| 09.15-09.15 | Business Fiber Internet 2 Gig | $3.67 |
| | Frontier Business Voice | $1.66 |

**Monthly Charges**

| 09.16-10.15 | Business Fiber Internet 2 Gig Data | $109.99 |
| | | -$10.00 |
| | $10.00 Discount through 09/15/27 | |
| | Frontier Business Voice | $49.99 |
| | Frontier Business Voice Main line bundle discount | -$30.00 |

**Bundle Total** — $125.31

## Other Charges

**Monthly Charges**

| 09.16-10.15 | Printed Bill Fee | $4.50 |

**Other Charges Total** — $4.50

## Additional Services

**Partial Monthly Charges**

| 09.15-09.15 | Secure Pro | $0.33 |
| | Premium Tech Pro | $0.33 |

**Monthly Charges**

| 09.16-10.15 | Secure Pro | $10.00 |
| | Premium Tech Pro | $10.00 |

**Additional Services Total** — $20.66

## Taxes and Fees

| | Federal USF Recovery Charge | $12.07 |
| | FTR LD USF Surcharge | -$7.01 |
| | **Federal Taxes** | **$5.06** |
| | Universal Service Public Purpose Program Surcharge | $0.90 |
| | CA State VOIP 911 Surcharge | $0.41 |
| | Emergency 988 Surcharge | $0.08 |
| | CA St Public Utilities Commission Fee | $0.08 |
| | **State Taxes** | **$1.47** |

**Taxes and Fees Total** — $6.53

## Total current month charges — $157.00

### Long Distance Carrier Selection

**Phone Number   Intralata         Interlata**

Continued on next page



**PALO VERDE HOSPITAL** Account Number:
**760-921-9316-110713-5**

PIN:

Page 4/6

Billing Date:
**Sep 16, 2025**

Billing Period:
**Sep 16 - Oct 15, 2025**

**Long Distance Carrier Selection (continued)**
760-921-9316    VoIP                    VoIP

## LET FRONTIER BE YOUR TECH SUPPORT



Tech issues won't wait until you
have an IT team to fix them.  Get the
tech support you need without the
overhead. Frontier Premium Tech Pro.

business.frontier.com



Page 5/6

**PALO VERDE HOSPITAL**

Account Number:
**760–921–9316–110713–5**

PIN:

Billing Date:
**Sep 16, 2025**

Billing Period:
**Sep 16 – Oct 15, 2025**

**Account Activity**

**7609219316**

| Qty | Description | Order number | Effective date | Charge |
|---|---|---|---|---|
| 1 | Business Fiber Internet 2 Gig | 046285986 | 09.15–09.15 | $3.67 |
| 1 | Frontier Business Voice | 046285986 | 09.15–09.15 | $1.66 |
| 1 | Secure Pro | 046285986 | 09.15–09.15 | $0.33 |
| 1 | Premium Tech Pro | 046285986 | 09.15–09.15 | $0.33 |
| Total | | | | $5.99 |

EXHIBIT 4, PAGE 66



**PALO VERDE HOSPITAL**  Account Number:
**760-921-9316-110713-5**

PIN:

Billing Date:
**Sep 16, 2025**

Billing Period:
**Sep 16 – Oct 15, 2025**



EXHIBIT 4, PAGE 67



Page 1/4

**PALO VERDE HOSPITAL**   Account Number:
**760-921-2033-050311-5**

PIN:

Billing Date:
**Sep 16, 2025**

Billing Period:
**Sep 16 – Oct 15, 2025**

Hi PALO VERDE HOSPITAL,

Simplify your payments! Enroll in Auto Pay today to avoid missed
payments and service interruptions.



Total balance
$731.64
due
Oct 10

**Bill history**

| | |
|---|---|
| Previous balance | −$14.15 |
| Payment received by Sep 16, thank you | $0.00 |
| Prior bill period balance | −$14.15 |

| Service summary | Previous month | Current month |
|---|---|---|
| Bundle | $709.55 | $709.55 |
| Taxes and Fees | $36.24 | $36.24 |
| **Total services** | **$745.79** | **$745.79** |
| **Total balance** | | **$731.64** |

Manage your account,
payments, and services
anytime, anywhere with the
MyFrontier app. Download
your free app today. To learn
more visit
frontier.com/myfrontierapp

Earn more. Get started with a business referral and earn up to $325 per
referral. Learn more: https://www.businessreferralrewards.com

---



P.O. Box 211579
Eagan, MN 55121-2879

6790 0104  DY RP 16 09162025 NNNNNNNY 01 007011  0029

**PALO VERDE HOSPITAL**
250 N 1ST ST
BLYTHE CA 92225-1702

Total balance
$ **731.64**

Due by
Oct 10

Account number
760-921-2033-050311-5

Amount enclosed
$

Mail payment to:

FRONTIER
PO BOX 740407
CINCINNATI, OH  45274-0407

029006760921203305031100000000000000731645

Page 2/4



**PALO VERDE HOSPITAL**

Account Number:
**760-921-2033-050311-5**

PIN: 

Billing Date:
**Sep 16, 2025**

Billing Period:
**Sep 16 – Oct 15, 2025**



 Easy, simple, secure payments with
Auto Pay at frontier.com/autopay

 Download the
MyFrontier© app

 



For help: Customer Service at frontier.com/helpcenter, chat at frontier.com/chat, or call us at 800-921-8102.
Visually impaired/TTY customers, call 711.

**PAYING YOUR BILL**

You are responsible for all legitimate, undisputed charges on your bill. Paying by check authorizes Frontier to make a one-time electronic funds transfer from your account, as early as the day your check is received. When making an online payment, please allow time for the transfer of funds. If funds are received after the due date, you may be charged a fee, your service may be interrupted, and you may incur a reconnection charge to restore service. A fee may be charged for a bank returned check. Continued nonpayment of undisputed charges (incl. 900 and long distance charges) may result in collection action and a referral to credit reporting agencies, which may affect your credit rating.

**IMPORTANT MESSAGES**

You must pay all basic local service charges to avoid basic service disconnection. Failure to pay other charges will not cause disconnection of your basic service but this may cause other services to be terminated. Frontier Bundles may include charges for both basic and other services. Frontier periodically audits its bills to ensure accuracy which may result in a retroactive or future billing adjustment. Internet speed, if noted, is the maximum wired connection speed for selected tier; Wi-Fi speeds may vary; actual and average speed may be slower and depends on multiple factors. Performance details are at frontier.com/internetdisclosures. Billing and service complaints may be submitted to the California Public Utilities Commission, Consumer Affairs Branch www.cpuc.ca.gov/complaints/; or 1-800-649-7570; or 505 Van Ness Ave., Room 2003, San Francisco, CA 94102.
**Hard of Hearing, Deaf, Blind, Vision and /or Mobility Impaired customers may dial 7-1-1 to reach a consultant trained to support their communication needs. Visit www.ddtp.org for more information**.

**SERVICE TERMS**

Visit frontier.com/terms, frontier.com/tariffs or call Customer Service for information on tariffs, price lists and other important Terms, Conditions and Policies ("Terms") related to your voice, Internet and/or video services including limitations of liability, early termination fees, the effective date of and billing for the termination of service(s) and other important information about your rights and obligations, and ours. Frontier's Terms, include a binding arbitration provision to resolve customer disputes (frontier.com/terms/arbitration). **Video and Internet services are subscription-based and are billed one full month in advance. Unless otherwise required by applicable law, video and/or Internet service subscription cancellations and any early termination fees are effective on the last day of your Frontier billing cycle. No partial month credits or refunds will be provided for previously billed service subscriptions. Installation or setup fees paid at the initiation of the Service, if any, are not refundable.** By using or paying for Frontier services, you are agreeing to these Terms and that disputes will be resolved by individual arbitration. By providing personal information to Frontier you are also agreeing to Frontier's Privacy Policy posted at frontier.com/ca-privacy.



**PALO VERDE HOSPITAL**

Account Number:
**760-921-2033-050311-5**

PIN:

Billing Date:
**Sep 16, 2025**

Billing Period:
**Sep 16 - Oct 15, 2025**

Page 3/4

Don't let an unexpected outage stop your business. Get Frontier Internet Backup to keep your critical systems running. And for a limited time, you also get an 8-hour battery backup at no additional charge. Visit: business.frontier.com/internet-backup

## Bundle

**Monthly Charges**

| 09.16–10.15 | | HSI Static Bus | $238.98 |
|---|---|---|---|
| | (6) | Business Line – Measured | $300.00 |
| | (3) | Centrex Measured Access Line | $81.33 |
| | (3) | Centrex Feature Package 1000 | $9.00 |
| | (3) | Access Recovery Charge Multi Line – Centrex | $15.00 |
| | (3) | Federal Subscriber Line Charge – Centrex | $9.48 |
| | (6) | Extended Area Service Business Surcharge – Blythe | $4.20 |
| | | Frontier Roadwork Recovery Fee | $2.60 |
| | (6) | Multi-Line Federal Subscriber Line Charge | $18.96 |
| | (6) | Access Recovery Charge Multi-Line Business | $30.00 |
| **Bundle Total** | | | **$709.55** |

## Taxes and Fees

| | | Federal USF Recovery Charge | $26.46 |
|---|---|---|---|
| | | **Federal Taxes** | **$26.46** |
| | (6) | Universal Service Public Purpose Program Surcharge | $5.40 |
| | | CA St Public Utilities Commission Fee | $4.38 |
| | | **State Taxes** | **$9.78** |
| **Taxes and Fees Total** | | | **$36.24** |

## Total current month charges                     **$745.79**

If your bill reflects that you owe a Balance Forward, you must make a payment immediately in order to avoid collection activities. You must pay a minimum of $506.81 by your due date to avoid disconnection of your local service. All other charges should be paid by your due date to keep your account current.



EXHIBIT 4, PAGE 70



Page 4/4

**PALO VERDE HOSPITAL**  Account Number: **760-921-2033-050311-5**

PIN:

Billing Date: **Sep 16, 2025**

Billing Period: **Sep 16 - Oct 15, 2025**

FRONTIER

**760-921-2033**

N 250 1ST ST

**760-921-2973**

N 250 1ST ST

**760-921-5102**

N 250 1ST ST

**760-921-5274**

N 250 1ST ST

**760-921-5276**

N 250 1ST ST

**760-922-0605**

N 250 1ST ST

**760-922-4009**

N 250 1ST ST

**760-922-6110**

N 250 1ST ST

**760-922-7245**

N 250 1ST ST



**PALO VERDE HOSPITAL**

Account Number:
**760-922-9541-042915-5**

PIN: 

Billing Date:
**Sep 07, 2025**

Billing Period:
**Sep 07 - Oct 06, 2025**

Hi PALO VERDE HOSPITAL,

Simplify your payments! Enroll in Auto Pay today to avoid missed payments and service interruptions.



Total balance
**$172.49**
due
**Oct 01**

### Bill history

| | |
|---|---|
| Previous balance | $359.13 |
| Payment received by Sep 07, thank you | –$359.13 |

### Service summary

| | Previous month | Current month |
|---|---|---|
| Bundle | $146.05 | $146.05 |
| One-Time Charges | $14.00 | $0.00 |
| Taxes and Fees | $26.59 | ↓$26.44 |
| **Total services** | **$186.64** | **$172.49** |
| **Total balance** | | **$172.49** |

Manage your account, payments, and services anytime, anywhere with the MyFrontier app. Download your free app today. To learn more visit frontier.com/myfrontierapp



ENTERED
SEP 2 3 2025

Earn more. Get started with a business referral and earn up to $325 per referral. Learn more: https://www.businessreferralrewards.com

---



P.O. Box 211579
Eagan, MN 55121-2879

6790 0104  DY RP 07 09082025 NNNNNNNY 01 000527  0004

**PALO VERDE HOSPITAL**
250 N 1ST ST
BLYTHE CA 92225-1702

Total balance
**$172.49**

Due by
Oct 01

Account number
760-922-9541-042915-5

Amount enclosed
$

Mail payment to:

FRONTIER
PO BOX 740407
CINCINNATI, OH  45274-0407

6160047609229541042915000000000000000172495

Page 2/4




**FRONTIER**

**PALO VERDE HOSPITAL**  Account Number:
**760-922-9541-042915-5**

PIN: 

Billing Date:
**Sep 07, 2025**

Billing Period:
**Sep 07 - Oct 06, 2025**

# WAYS TO PAY YOUR BILL

 Easy, simple, secure payments with
Auto Pay at frontier.com/autopay

 Download the
MyFrontier© app

 



For help: Customer Service at frontier.com/helpcenter, chat at frontier.com/chat, or call us at 800-921-8102.
Visually impaired/TTY customers, call 711.

## PAYING YOUR BILL

You are responsible for all legitimate, undisputed charges on your bill. Paying by check authorizes Frontier to make a one-time electronic funds transfer from your account, as early as the day your check is received. When making an online payment, please allow time for the transfer of funds. If funds are received after the due date, you may be charged a fee, your service may be interrupted, and you may incur a reconnection charge to restore service. A fee may be charged for a bank returned check. Continued nonpayment of undisputed charges (incl. 900 and long distance charges) may result in collection action and a referral to credit reporting agencies, which may affect your credit rating.

## IMPORTANT MESSAGES

You must pay all basic local service charges to avoid basic service disconnection. Failure to pay other charges will not cause disconnection of your basic service but this may cause other services to be terminated. Frontier Bundles may include charges for both basic and other services. Frontier periodically audits its bills to ensure accuracy which may result in a retroactive or future billing adjustment. Internet speed, if noted, is the maximum wired connection speed for selected tier; Wi-Fi speeds may vary; actual and average speed may be slower and depends on multiple factors. Performance details are at frontier.com/internetdisclosures. Billing and service complaints may be submitted to the California Public Utilities Commission, Consumer Affairs Branch www.cpuc.ca.gov/complaints/; or 1-800-649-7570; or 505 Van Ness Ave., Room 2003, San Francisco, CA 94102. **Hard of Hearing, Deaf, Blind, Vision and /or Mobility Impaired customers may dial 7-1-1 to reach a consultant trained to support their communication needs. Visit www.ddtp.org for more information**.

## SERVICE TERMS

Visit frontier.com/terms, frontier.com/tariffs or call Customer Service for information on tariffs, price lists and other important Terms, Conditions and Policies ("Terms") related to your voice, Internet and/or video services including limitations of liability, early termination fees, the effective date of and billing for the termination of service(s) and other important information about your rights and obligations, and ours. Frontier's Terms, include a binding arbitration provision to resolve customer disputes (frontier.com/terms/arbitration). **Video and Internet services are subscription-based and are billed one full month in advance. Unless otherwise required by applicable law, video and/or Internet service subscription cancellations and any early termination fees are effective on the last day of your Frontier billing cycle. No partial month credits or refunds will be provided for previously billed service subscriptions. Installation or setup fees paid at the initiation of the Service, if any, are not refundable.** By using or paying for Frontier services, you are agreeing to these Terms and that disputes will be resolved by individual arbitration. By providing personal information to Frontier you are also agreeing to Frontier's Privacy Policy posted at frontier.com/ca-privacy.

EXHIBIT 4, PAGE 73



**FRONTIER**

**PALO VERDE HOSPITAL**

Account Number: 
**760–922–9541–042915–5**

PIN:

Billing Date:
**Sep 07, 2025**

Billing Period:
**Sep 07 – Oct 06, 2025**

Don't let an unexpected outage stop your business. Get Frontier Internet Backup to keep your critical systems running. And for a limited time, you also get an 8–hour battery backup at no additional charge. Visit: business.frontier.com/internet–backup



## Bundle

If your bill reflects that you owe a Balance Forward, you must make a payment immediately in order to avoid collection activities. You must pay a minimum of $76.35 by your due date to avoid disconnection of your local service. All other charges should be paid by your due date to keep your account current.

### Monthly Charges

| 09.07–10.06 | | |
|---|---|---|
| Broadband Max | | $57.98 |
| Frontier Simply Unlimited | | $54.99 |
| Carrier Cost Recovery Surcharge | | $13.99 |
| Federal Primary Carrier Single Line Charge | | $9.99 |
| Non-Listing | | $6.50 |
| Frontier Roadwork Recovery Fee | | $2.60 |
| Federal Subscriber Line Charge – Bus | | $6.50 |
| Sngl–Ln Fed Sub Ln CRT | | –$6.50 |
| Access Recovery Charge–Business | | $2.50 |
| ARC 2.50 Credit | | –$2.50 |
| **Bundle Total** | | **$146.05** |

NOTICE OF RATE INCREASE...

Effective with this bill, the long distance component of your Frontier Simply Unlimited service has increased $10.00 per month, per line.

## Taxes and Fees

| FTR LD USF Surcharge | $21.60 |
|---|---|
| Federal USF Recovery Charge | $3.24 |
| **Federal Taxes** | **$24.84** |
| Universal Service Public Purpose Program Surcharge | $0.90 |
| CA St Public Utilities Commission Fee | $0.70 |
| **State Taxes** | **$1.60** |
| **Taxes and Fees Total** | **$26.44** |

## Total current month charges        **$172.49**

**LET FRONTIER BE YOUR TECH SUPPORT**

Tech issues won't wait until you have an IT team to fix them. Get the tech support you need without the overhead. Frontier Premium Tech Pro.

business.frontier.com



Page 4/4

**FRONTIER**

**PALO VERDE HOSPITAL**

Account Number:
**760-922-9541-042915-5**

PIN:
[redacted]

Billing Date:
**Sep 07, 2025**

Billing Period:
**Sep 07 - Oct 06, 2025**

**Account Activity**

**7609229541**

| Qty | Description | Order number | Effective date | Charge |
|---|---|---|---|---|
| | Sngl-Ln Fed Sub Ln CRT | | 2025-09-07 | -$6.50 |
| | ARC 2.50 Credit | | 2025-09-07 | -$2.50 |
| | Q3 DP Broadband | | 2025-09-07 | -$80.00 |
| | Q3 DP Simply Unlimited | | 2025-09-07 | -$35.00 |
| Total | | | | -$124.00 |

EXHIBIT 4, PAGE 75

Page 1/4



**PALO VERDE HOSPITAL**

Account Number:
**760-198-0037-020519-5**

PIN:

Billing Date:
**Aug 06, 2025**

Billing Period:
**Aug 06 - Sep 05, 2025**

Hi PALO VERDE HOSPITAL,

Simplify your payments! Enroll in Auto Pay today to avoid missed payments and service interruptions.

**Bill history**

| | |
|---|---|
| Previous balance | $714.05 |
| Payment received by Aug 06, thank you | -$714.05 |

| Service summary | Previous month | Current month |
|---|---|---|
| 📶 Internet | $705.38 | $705.38 |
| 🏛 Taxes and Fees | $8.67 | $8.67 |
| **Total services** | **$714.05** | **$714.05** |
| **Total balance** | | **$714.05** |

Total balance
**$714.05**
due
**Sep 02**

Manage your account, payments, and services anytime, anywhere with the MyFrontier app. Download your free app today. To learn more visit frontier.com/myfrontierapp

**ENTERED**

**SEP 0 2 2025**

Earn more. Get started with a business referral and earn up to $325 per referral. Learn more: https://www.businessreferralrewards.com



P.O. Box 211579
Eagan, MN 55121-2879

6790 0104  DY RP 06 08062025 NNNNNNNY 01 000750  0004

**PALO VERDE HOSPITAL**
250 N 1ST ST
BLYTHE CA 92225-1702

**Total balance**
**$714.05**

**Due by**
Sep 02

**Account number**
760-198-0037-020519-5

**Amount enclosed**
$

**Mail payment to:**
FRONTIER
PO BOX 740407
CINCINNATI, OH  45274-0407

88200576019800370205190000000000000000714055



**PALO VERDE HOSPITAL**   Account Number:
**760-198-0037-020519-5**

PIN:

Billing Date:
**Aug 06, 2025**

Billing Period:
**Aug 06 - Sep 05, 2025**

**FRONTIER**





Easy, simple, secure payments with
Auto Pay at frontier.com/autopay



Download the
MyFrontier® app






For help: Customer Service at frontier.com/helpcenter, chat at frontier.com/chat, or call us at 800-921-8102.
Visually impaired/TTY customers, call 711.

**PAYING YOUR BILL**

You are responsible for all legitimate, undisputed charges on your bill. Paying by check authorizes Frontier to make a one-time electronic funds transfer from your account, as early as the day your check is received. When making an online payment, please allow time for the transfer of funds. If funds are received after the due date, you may be charged a fee, your service may be interrupted, and you may incur a reconnection charge to restore service. A fee may be charged for a bank returned check. Continued nonpayment of undisputed charges (incl. 900 and long distance charges) may result in collection action and a referral to credit reporting agencies, which may affect your credit rating.

**IMPORTANT MESSAGES**

You must pay all basic local service charges to avoid basic service disconnection. Failure to pay other charges will not cause disconnection of your basic service but this may cause other services to be terminated. Frontier Bundles may include charges for both basic and other services. Frontier periodically audits its bills to ensure accuracy which may result in a retroactive or future billing adjustment. Internet speed, if noted, is the maximum wired connection speed for selected tier; Wi-Fi speeds may vary; actual and average speed may be slower and depends on multiple factors. Performance details are at frontier.com/internetdisclosures. Billing and service complaints may be submitted to the California Public Utilities Commission, Consumer Affairs Branch www.cpuc.ca.gov/complaints/; or 1-800-649-7570; or 505 Van Ness Ave., Room 2003, San Francisco, CA 94102.
**Hard of Hearing, Deaf, Blind, Vision and /or Mobility Impaired customers may dial 7-1-1 to reach a consultant trained to support their communication needs. Visit www.ddtp.org for more information**.

**SERVICE TERMS**

Visit frontier.com/terms, frontier.com/tariffs or call Customer Service for information on tariffs, price lists and other important Terms, Conditions and Policies ("Terms") related to your voice, Internet and/or video services including limitations of liability, early termination fees, the effective date of and billing for the termination of service(s) and other important information about your rights and obligations, and ours. Frontier's Terms, include a binding arbitration provision to resolve customer disputes (frontier.com/terms/arbitration). **Video and Internet services are subscription-based and are billed one full month in advance. Unless otherwise required by applicable law, video and/or Internet service subscription cancellations and any early termination fees are effective on the last day of your Frontier billing cycle. No partial month credits or refunds will be provided for previously billed service subscriptions. Installation or setup fees paid at the initiation of the Service, if any, are not refundable.** By using or paying for Frontier services, you are agreeing to these Terms and that disputes will be resolved by individual arbitration. By providing personal information to Frontier you are also agreeing to Frontier's Privacy Policy posted at frontier.com/ca-privacy.

EXHIBIT 4, PAGE 77



**PALO VERDE HOSPITAL**

Account Number:
**760-198-0037-020519-5**

PIN:

Billing Date:
**Aug 06, 2025**

Billing Period:
**Aug 06 - Sep 05, 2025**

FRONTIER

760-198-0037

45/L1XN/679293//FTNC
50 Mbps DIA SVC
250 N 1ST ST BLY CA
CUSTOMER NID
250 N 1ST ST BLY CA
CUSTOMER PREMISE - 45/L1XN/679293//FTNC

$606.38

760-198-0038

45/CUXP/679297//FTNC
FRONTIER CENTRAL OFFICE
INTERNET ACCESS
250 N 1ST ST BLY CA
CUSTOMER PREMISE - 45/L1XN/679293//FTNC

EXHIBIT 4, PAGE 78



**PALO VERDE HOSPITAL**

| | |
|---|---|
| Account Number: **760-198-0037-620519-5** | Billing Date: **Aug 06, 2025** |
| PIN: ▇▇▇ | Billing Period: **Aug 06 - Sep 05, 2025** |

Don't let an unexpected outage stop your business. Get Frontier Internet Backup to keep your critical systems running. And for a limited time, you also get an 8-hour battery backup at no additional charge. Visit: business.frontier.com/internet-backup

## Internet

**Monthly Charges**

| | | |
|---|---|---|
| 08.06-09.05 | Dedicated Internet Access (DIA) 50 Mbps | $606.38 |
| | Managed Router 1Mbps-50Mbps w/SEC Option | $99.00 |
| **Internet Total** | | **$705.38** |

## Taxes and Fees

| | |
|---|---|
| CA State Sales Tax | $5.94 |
| Riverside County Sales Tax | $1.24 |
| Blythe District Sales Tax | $0.99 |
| Blythe Local Sales Tax | $0.50 |
| **State Taxes** | **$8.67** |
| **Taxes and Fees Total** | **$8.67** |

**Total current month charges**                    **$714.05**

## LET FRONTIER BE YOUR TECH SUPPORT

Tech issues won't wait until you have an IT team to fix them. Get the tech support you need without the overhead. Frontier Premium Tech Pro.

business.frontier.com



**FRONTIER**

**PALO VERDE HOSPITAL**

Page 1/4

Account Number:
**760-921-5158-022509-5**



Billing Date:
**Aug 16, 2025**

Billing Period:
**Aug 16 – Sep 15, 2025**

Hi PALO VERDE HOSPITAL,

Simplify your payments! Enroll in Auto Pay today to avoid missed payments and service interruptions.



Total balance
**$185.39**
due
**Sep 09**

### Bill history

| | | |
|---|---|---|
| Previous balance | | $399.28 |
| Payment received by Aug 16, thank you | | –$399.28 |

### Service summary

| | Previous month | Current month |
|---|---|---|
| 📞 Phone | $172.08 | $172.08 |
| ⏱ One–Time Charges | $14.00 | $0.00 |
| 🏛 Taxes and Fees | $13.46 | ↓$13.31 |
| **Total services** | **$199.54** | **$185.39** |
| **Total balance** | | **$185.39** |

Manage your account, payments, and services anytime, anywhere with the MyFrontier app.  Download your free app today.  To learn more visit frontier.com/myfrontierapp



**ENTERED**
SEP 0 2 2025

Earn more.  Get started with a business referral and earn up to $325 per referral.  Learn more: https://www.businessreferralrewards.com

---



**FRONTIER**
P.O. Box 211579
Eagan, MN 55121–2879

6790 0104  DY RP 16 08172025 NNNNNNNY 01 007109  0029

**PALO VERDE HOSPITAL**
250 N 1ST ST
BLYTHE CA 92225-1702

Total balance
$ **185.39**

Due by
Sep 09

Account number
760-921-5158-022509-5

Amount enclosed
$

Mail payment to:

FRONTIER
PO BOX 740407
CINCINNATI, OH  45274-0407

4400077609215158022509000000000000000185395

EXHIBIT 4, PAGE 80



**PALO VERDE HOSPITAL**



Account Number:
**760-921-5158-022509-5**

PIN: ▮▮▮▮▮

Billing Date:
**Aug 16, 2025**

Billing Period:
**Aug 16 – Sep 15, 2025**



# WAYS TO PAY YOUR BILL


Easy, simple, secure payments with
Auto Pay at frontier.com/autopay


Download the
MyFrontier® app

 

For help: Customer Service at frontier.com/helpcenter, chat at frontier.com/chat, or call us at 800-921-8102.
Visually impaired/TTY customers, call 711.



## PAYING YOUR BILL

You are responsible for all legitimate, undisputed charges on your bill. Paying by check authorizes Frontier to make a one-time electronic funds transfer from your account, as early as the day your check is received. When making an online payment, please allow time for the transfer of funds. If funds are received after the due date, you may be charged a fee, your service may be interrupted, and you may incur a reconnection charge to restore service. A fee may be charged for a bank returned check. Continued nonpayment of undisputed charges (incl. 900 and long distance charges) may result in collection action and a referral to credit reporting agencies, which may affect your credit rating.

## IMPORTANT MESSAGES

You must pay all basic local service charges to avoid basic service disconnection. Failure to pay other charges will not cause disconnection of your basic service but this may cause other services to be terminated. Frontier Bundles may include charges for both basic and other services. Frontier periodically audits its bills to ensure accuracy which may result in a retroactive or future billing adjustment. Internet speed, if noted, is the maximum wired connection speed for selected tier; Wi-Fi speeds may vary; actual and average speed may be slower and depends on multiple factors. Performance details are at frontier.com/internetdisclosures. Billing and service complaints may be submitted to the California Public Utilities Commission, Consumer Affairs Branch www.cpuc.ca.gov/complaints/; or 1-800-649-7570; or 505 Van Ness Ave., Room 2003, San Francisco, CA 94102.
**Hard of Hearing, Deaf, Blind, Vision and /or Mobility Impaired customers may dial 7-1-1 to reach a consultant trained to support their communication needs. Visit www.ddtp.org for more information**.

## SERVICE TERMS

Visit frontier.com/terms, frontier.com/tariffs or call Customer Service for information on tariffs, price lists and other important Terms, Conditions and Policies ("Terms") related to your voice, Internet and/or video services including limitations of liability, early termination fees, the effective date of and billing for the termination of service(s) and other important information about your rights and obligations, and ours. Frontier's Terms, include a binding arbitration provision to resolve customer disputes (frontier.com/terms/arbitration). **Video and Internet services are subscription-based and are billed one full month in advance. Unless otherwise required by applicable law, video and/or Internet service subscription cancellations and any early termination fees are effective on the last day of your Frontier billing cycle. No partial month credits or refunds will be provided for previously billed service subscriptions. Installation or setup fees paid at the initiation of the Service, if any, are not refundable.** By using or paying for Frontier services, you are agreeing to these Terms and that disputes will be resolved by individual arbitration. By providing personal information to Frontier you are also agreeing to Frontier's Privacy Policy posted at frontier.com/ca-privacy.

ENTERED SEP 0 6 2025
ENTERED SEP 0 2025
ENTERED SEP 0 2 2025
ENTERED SEP 0 2025
ENTERED SEP 0 2025
ENTERED SEP 0 2025

EXHIBIT 4, PAGE 81



Page 4/4

**PALO VERDE HOSPITAL**  Account Number:
**760-921-5158-022509-5**

PIN:

Billing Date:
**Aug 16, 2025**

Billing Period:
**Aug 16 - Sep 15, 2025**

FRONTIER

**760-921-5158**

CTX Feature Package 2000          $3.85
N 205 1ST ST STE A

**760-921-5170**

CTX Feature Package 2000          $3.85
N 205 1ST ST

**760-921-5284**

CTX Feature Package 2000          $3.85
N 205 1ST ST

**760-922-3747**

CTX Feature Package 2000          $3.85
N 205 1ST ST STE A



**PALO VERDE HOSPITAL**  Account Number:
**760-921-5158-022509-5**

PIN:

Billing Date:
**Aug 16, 2025**

Billing Period:
**Aug 16 - Sep 15, 2025**



Don't let an unexpected outage stop your business. Get Frontier Internet Backup to keep your critical systems running. And for a limited time, you also get an 8-hour battery backup at no additional charge. Visit: business.frontier.com/internet-backup



## Phone

**Monthly Charges**

| | | | |
|---|---|---|---|
| 08.16-09.15 | (4) | Centrex Feature Package 2000 | $13.00 |
| | (4) | Centrex Measured Access Line | $108.44 |
| | (4) | Centrex Feature Package 2000 | $15.40 |
| | (4) | Access Recovery Charge Multi Line - Centrex | $20.00 |
| | (4) | Federal Subscriber Line Charge - Centrex | $12.64 |
| | | Frontier Roadwork Recovery Fee | $2.60 |
| **Phone Total** | | | **$172.08** |

If your bill reflects that you owe a Balance Forward, you must make a payment immediately in order to avoid collection activities. You must pay a minimum of $185.39 by your due date to avoid disconnection of your local service. All other charges should be paid by your due date to keep your account current.

## Taxes and Fees

| | |
|---|---|
| Federal USF Recovery Charge | $11.76 |
| **Federal Taxes** | **$11.76** |
| CA St Public Utilities Commission Fee | $1.55 |
| **State Taxes** | **$1.55** |
| **Taxes and Fees Total** | **$13.31** |

**Total current month charges**  **$185.39**

## LET FRONTIER BE YOUR TECH SUPPORT

Tech issues won't wait until you have an IT team to fix them. Get the tech support you need without the overhead. Frontier Premium Tech Pro.

business.frontier.com



Page 1/4

**PALO VERDE HOSPITAL** Account Number:
**760-921-2600-100422-5**

PIN:

Billing Date:
**Sep 04, 2025**

Billing Period:
**Sep 04 - Oct 03, 2025**

Hi PALO VERDE HOSPITAL,

Your account is past due, please pay immediately to avoid any service interruptions.



**Bill history**

| | |
|---|---|
| Previous balance | $1,096.08 |
| Payment received by Sep 04, thank you | –$446.67 |
| Prior bill period balance | $649.41 |
| **Please pay past due immediately** | **$649.41** |

9-3-25
/A 0739

**Service summary**

| | Previous month | Current month |
|---|---|---|
| Bundle | $392.32 | $392.32 |
| Other | $4.50 | $4.50 |
| One-Time Charges | $253.99 | $14.00 |
| Taxes and Fees | $38.40 | $35.85 |
| **Total services** | **$689.21** | **$446.67** |
| **Total balance** | | **$1,096.08** |

$446.67 due Sep 29

Total balance
**$1,096.08**
Please pay past due immediately

Manage your account, payments, and services anytime, anywhere with the MyFrontier app. Download your free app today. To learn more visit frontier.com/myfrontierapp

Earn more. Get started with a business referral and earn up to $325 per referral. Learn more: https://www.businessreferralrewards.com





P.O. Box 211579
Eagan, MN 55121-2879

6790 0104 DY RP 04 09042025 NNNNNNNY 01 007663 0033

**PALO VERDE HOSPITAL**
ATTN: ACCOUNTS PAYABLE
250 N 1ST ST
BLYTHE CA 92225-1702

Total balance
**$1,096.08**

Due by
Sep 29

Account number
760-921-2600-100422-5

Amount enclosed
$

Mail payment to:

FRONTIER
PO BOX 740407
CINCINNATI, OH  45274-0407

6580807609212600100422000006494100001096085



Page 2/4

**PALO VERDE HOSPITAL**

Account Number:
**760-921-2600-100422-5**

PIN:

Billing Date:
**Sep 04, 2025**

Billing Period:
**Sep 04 – Oct 03, 2025**




Easy, simple, secure payments with
Auto Pay at frontier.com/autopay



Download the
MyFrontier© app







For help: Customer Service at frontier.com/helpcenter, chat at frontier.com/chat, or call us at 800-921-8102.
Visually impaired/TTY customers, call 711.

**PAYING YOUR BILL**

You are responsible for all legitimate, undisputed charges on your bill. Paying by check authorizes Frontier to make a one-time electronic funds transfer from your account, as early as the day your check is received. When making an online payment, please allow time for the transfer of funds. If funds are received after the due date, you may be charged a fee, your service may be interrupted, and you may incur a reconnection charge to restore service. A fee may be charged for a bank returned check. Continued nonpayment of undisputed charges (incl. 900 and long distance charges) may result in collection action and a referral to credit reporting agencies, which may affect your credit rating.

**IMPORTANT MESSAGES**

You must pay all basic local service charges to avoid basic service disconnection. Failure to pay other charges will not cause disconnection of your basic service but this may cause other services to be terminated. Frontier Bundles may include charges for both basic and other services. Frontier periodically audits its bills to ensure accuracy which may result in a retroactive or future billing adjustment. Internet speed, if noted, is the maximum wired connection speed for selected tier; Wi-Fi speeds may vary; actual and average speed may be slower and depends on multiple factors. Performance details are at frontier.com/internetdisclosures. Billing and service complaints may be submitted to the California Public Utilities Commission, Consumer Affairs Branch www.cpuc.ca.gov/complaints/; or 1–800–649–7570; or 505 Van Ness Ave., Room 2003, San Francisco, CA 94102.
**Hard of Hearing, Deaf, Blind, Vision and /or Mobility Impaired customers may dial 7-1-1 to reach a consultant trained to support their communication needs. Visit www.ddtp.org for more information**.

**SERVICE TERMS**

Visit frontier.com/terms, frontier.com/tariffs or call Customer Service for information on tariffs, price lists and other important Terms, Conditions and Policies ("Terms") related to your voice, Internet and/or video services including limitations of liability, early termination fees, the effective date of and billing for the termination of service(s) and other important information about your rights and obligations, and ours. Frontier's Terms, include a binding arbitration provision to resolve customer disputes (frontier.com/terms/arbitration). **Video and Internet services are subscription-based and are billed one full month in advance. Unless otherwise required by applicable law, video and/or Internet service subscription cancellations and any early termination fees are effective on the last day of your Frontier billing cycle. No partial month credits or refunds will be provided for previously billed service subscriptions. Installation or setup fees paid at the initiation of the Service, if any, are not refundable.** By using or paying for Frontier services, you are agreeing to these Terms and that disputes will be resolved by individual arbitration. By providing personal information to Frontier you are also agreeing to Frontier's Privacy Policy posted at frontier.com/ca-privacy.

EXHIBIT 4, PAGE 85



Page 4/4

**PALO VERDE HOSPITAL**

Account Number:
**760-921-2600-100422-5**

PIN:

Billing Date:
**Sep 04, 2025**

Billing Period:
**Sep 04 – Oct 03, 2025**

**Account Activity**

7609212600

| Qty | Description | Order number | Effective date | Charge |
|---|---|---|---|---|
| 1 | Late Payment Fee | | 2025-09-04 | $14.00 |
| Total | | | | $14.00 |

EXHIBIT 4, PAGE 86



Page 3/4

**PALO VERDE HOSPITAL**  Account Number: **760-921-2600-100422-5**

Billing Date: **Sep 04, 2025**

PIN: 

Billing Period: **Sep 04 – Oct 03, 2025**

Don't let an unexpected outage stop your business. Get Frontier Internet Backup to keep your critical systems running. And for a limited time, you also get an 8-hour battery backup at no additional charge. Visit: business.frontier.com/internet-backup

## Bundle

**Monthly Charges**

| | | | |
|---|---|---|---:|
| 09.04-10.03 | | Internet for Business | $84.99 |
| | | 1 Usable Static IP Address | $25.00 |
| | (5) | OneVoice Nationwide | $209.95 |
| | | $10 Voice Discount per Line When Bundled with Internet | |
| | | OneVoice Access Line | |
| | | Federal Primary Carrier Multi Line Charge | $14.99 |
| | | Carrier Cost Recovery Surcharge | $13.99 |
| | | Frontier Roadwork Recovery Fee | $2.60 |
| | (5) | Multi-Line Federal Subscriber Line Charge | $15.80 |
| | (5) | Access Recovery Charge Multi-Line Business | $25.00 |
| **Bundle Total** | | | **$392.32** |

## Other Charges

**Monthly Charges**

| | | |
|---|---|---:|
| 09.04-10.03 | Printed Bill Fee | $4.50 |
| **Other Charges Total** | | **$4.50** |

## One-Time Charges

| | |
|---|---:|
| Late Payment Fee | $14.00 |
| **One-Time Charges Total** | **$14.00** |

## Taxes and Fees

| | | |
|---|---|---:|
| | Federal USF Recovery Charge | $14.70 |
| | FTR LD USF Surcharge | $10.44 |
| | Federal Excise Tax | $1.28 |
| | **Federal Taxes** | **$26.42** |
| (5) | Universal Service Public Purpose Program Surcharge | $4.50 |
| | CA St Public Utilities Commission Fee | $2.48 |
| (5) | CA State 911 Surcharge | $2.05 |
| (5) | Emergency 988 Surcharge | $0.40 |
| | **State Taxes** | **$9.43** |
| **Taxes and Fees Total** | | **$35.85** |

### Total current month charges          $446.67

If your bill reflects that you owe a Balance Forward, you must make a payment immediately in order to avoid collection activities. You must pay a minimum of $325.94 by your due date to avoid disconnection of your local service. All other charges should be paid by your due date to keep your account current.

Avoid account suspension by paying your past-due balance immediately. Log in to frontier.com or use the MyFrontier app for latest balances and due dates.

EXHIBIT 4, PAGE 87



**SANDRA ANAYA**  Account Number:
760-921-9316-110713-5

PIN: 

Billing Date:
**Aug 16, 2025**

Billing Period:
**Aug 16 - Sep 15, 2025**

Hi SANDRA,
Simplify your payments! Enroll in Auto Pay today to avoid missed
payments and service interruptions.



Total balance
$**155.26**
due
**Sep 09**

## Bill history

| | |
|---|---|
| Previous balance | $326.02 |
| Payment received by Aug 16, thank you | –$326.02 |
| Adjustments to prior bill period | –$2.83 |
| Prior bill period balance | –$2.83 |

## Service summary

| | Previous month | Current month |
|---|---|---|
| Bundle | $143.07 | $143.07 |
| Other | $4.50 | $4.50 |
| One–Time Charges | $4.80 | $0.00 |
| Taxes and Fees | $10.57 | $10.52 |
| **Total services** | **$162.94** | **$158.09** |
| **Total balance** | | **$155.26** |

*(handwritten: 670010)*

Manage your account, payments,
and services anytime, anywhere
with the MyFrontier app.
Download your free app today.
To learn more visit
frontier.com/myfrontierapp


ENTERED
SEP 0 2 2025

**Moving soon? Take advantage of our Move-In Special—get
Fiber 1G and Whole Home Wi-Fi for just $49.99/mo! Learn
more at https://frontier.com/movers**

---


P.O. Box 211579
Eagan, MN 55121–2879

6790 0104  DY RP 16 08172025 YYNNNNNY 01 007116  0029

**SANDRA ANAYA**
250 N 1ST ST
BLYTHE CA 92225-1702

Total balance
$ **155.26**

Due by
Sep 09

Account number
760-921-9316-110713-5

Amount enclosed
$

Mail payment to:

FRONTIER
PO BOX 740407
CINCINNATI, OH  45274-0407

0550077609219316110713000000000000000155265



Page 2/4

**SANDRA ANAYA**   Account Number:
**760-921-9316-110713-5**

PIN: 

Billing Date:
**Aug 16, 2025**

Billing Period:
**Aug 16 - Sep 15, 2025**



 Easy, simple, secure payments with
Auto Pay at frontier.com/autopay

 Download the
MyFrontier© app

 



For help: Customer Service at frontier.com/helpcenter, chat at frontier.com/chat, or call us at 800-921-8101.
Visually impaired/TTY customers, call 877-462-6606.

## PAYING YOUR BILL

You are responsible for all legitimate, undisputed charges on your bill. Paying by check authorizes Frontier to make a one-time electronic funds transfer from your account, as early as the day your check is received. When making an online payment, please allow time for the transfer of funds. If funds are received after the due date, you may be charged a fee, your service may be interrupted, and you may incur a reconnection charge to restore service. A fee may be charged for a bank returned check. Continued nonpayment of undisputed charges (incl. 900 and long distance charges) may result in collection action and a referral to credit reporting agencies, which may affect your credit rating.

## IMPORTANT MESSAGES

You must pay all basic local service charges to avoid basic service disconnection. Failure to pay other charges will not cause disconnection of your basic service but this may cause other services to be terminated. Frontier Bundles may include charges for both basic and other services. Frontier periodically audits its bills to ensure accuracy which may result in a retroactive or future billing adjustment. Internet speed, if noted, is the maximum wired connection speed for selected tier; Wi-Fi speeds may vary; actual and average speed may be slower and depends on multiple factors. Performance details are at frontier.com/internetdisclosures. Billing and service complaints may be submitted to the California Public Utilities Commission, Consumer Affairs Branch www.cpuc.ca.gov/complaints/; or 1-800-649-7570; or 505 Van Ness Ave., Room 2003, San Francisco, CA 94102. **Hard of Hearing, Deaf, Blind, Vision and/or Mobility Impaired customers may call Frontier 1-877-462-6606 or dial 7-1-1 to reach a consultant trained to support their communication needs. Visit www.ddtp.org for more information.**

## SERVICE TERMS

Visit frontier.com/terms, frontier.com/tariffs or call Customer Service for information on tariffs, price lists and other important Terms, Conditions and Policies ("Terms") related to your voice, Internet and/or video services including limitations of liability, early termination fees, the effective date of and billing for the termination of service(s) and other important information about your rights and obligations, and ours. Frontier's Terms, include a binding arbitration provision to resolve customer disputes (frontier.com/terms/arbitration). **Video and Internet services are subscription-based and are billed one full month in advance. Unless otherwise required by applicable law, video and/or Internet service subscription cancellations and any early termination fees are effective on the last day of your Frontier billing cycle. No partial month credits or refunds will be provided for previously billed service subscriptions. Installation or setup fees paid at the initiation of the Service, if any, are not refundable.** By using or paying for Frontier services, you are agreeing to these Terms and that disputes will be resolved by individual arbitration. By providing personal information to Frontier you are also agreeing to Frontier's Privacy Policy posted at frontier.com/ca-privacy.



**SANDRA ANAYA**   Account Number:
**760-921-9316-110713-5**

PIN: 

Billing Date:
**Aug 16, 2025**

Billing Period:
**Aug 16 - Sep 15, 2025**

Keep your home Wi-Fi safe! Wi-Fi Security helps shield your connected devices from online threats and scams—for just $5/month. Visit www.frontier.com/offer/wifi-security to learn more.



## Adjustment to prior bill period

|  |  |  |
|---|---|---|
|  | HSI MRC | –$2.83 |
| **Total Adjustment** |  | –$2.83 |

If your bill reflects that you owe a Balance Forward, you must make a payment immediately in order to avoid collection activities. You must pay a minimum of $45.49 by your due date to avoid disconnection of your local service. All other charges should be paid by your due date to keep your account current.

## Bundle

**Monthly Charges**

| 08.16–09.15 | Broadband Max | $84.98 |
|---|---|---|
|  | Digital Phone Unlimited | $48.99 |
|  | Primary Federal Subscriber Line Charge | $6.50 |
|  | Frontier Roadwork Recovery Fee | $2.60 |
| **Bundle Total** |  | $143.07 |

## Other Charges

**Monthly Charges**

| 08.16–09.15 | Printed Bill Fee | $4.50 |
|---|---|---|
| **Other Charges Total** |  | $4.50 |

## Taxes and Fees

|  | FTR LD USF Surcharge | $6.12 |
|---|---|---|
|  | Federal USF Recovery Charge | $2.34 |
|  | Federal Excise Tax | $0.28 |
|  | **Federal Taxes** | **$8.74** |
|  | Universal Service Public Purpose Program Surcharge | $0.90 |
|  | CA State 911 Surcharge | $0.41 |
|  | CA St Public Utilities Commission Fee | $0.39 |
|  | Emergency 988 Surcharge | $0.08 |
|  | **State Taxes** | **$1.78** |
| **Taxes and Fees Total** |  | $10.52 |

| **Total current month charges** | **$158.09** |
|---|---|



Page 4/4

**SANDRA ANAYA** Account Number:
**760-921-9316-110713-5**

PIN:


Billing Date:
**Aug 16, 2025**

Billing Period:
**Aug 16 - Sep 15, 2025**



**EXHIBIT 5**

Docusign Envelope ID: E88AF383-BD69-4CAD-AC17-716B766D1C5A

**Blue Tech Services**
1120 13th St Ste L
Modesto, CA  95354
8552583832
shughes2@bluetechwater.com



**BILL TO**
Palo Verde Hospital
250 North First Street
Blythe, CA  92225

**SHIP TO**
Palo Verde Hospital
250 North First Street
Blythe, CA  92225

## INVOICE 2847

**DATE** 08/31/2025   **TERMS** Net 30

**DUE DATE** 09/30/2025

**CUSTOMER PO#**
209084

| DATE | PRODUCT/SERVICE | QTY | RATE | AMOUNT |
|------|-----------------|-----|------|--------|
|  | **Water Treatment Service**<br>Monthly Service Program- Water Testing and Chemicals required for Industrial use. | 1 | 1,285.00 | 1,285.00 |

| | |
|---|---|
| SUBTOTAL | 1,285.00 |
| TAX | 77.44 |
| TOTAL | 1,362.44 |
| **TOTAL DUE** | **$1,362.44** |



Signed by:
Drew Dickey
5F58D69E890F44E...

9/3/2025

10700            670020

**EXHIBIT 6**

Docusign Envelope ID: CB2ACDDB-0393-4915-8BC5-6B1CB0B99ED6

**9531 Milliken Avenue**
**Rancho Cucamonga, CA 91730**
**(800) 266-1392**
**www.trlsystems.com**
**www.trlsystems.shop**



### INVOICE
### 22268

| BILL TO | | SHIP TO | | | |
|---------|---|---------|---|---|---|
| **Company:** | Palo Verde Hospital | **Company:** | Palo Verde Hospital | **Date:** | 09/01/2025 |
| **Address:** | 250 N. 1st Street | **Address:** | 250 N. 1st Street | **Sales Rep:** | Melinda Pagani |
| | Blythe, CA 92225 | | Blythe, CA 92225 | **Terms:** | NET 30 |
| | | | | **Due Date:** | 10/01/2025 |
| **Contact:** | | **Contact:** | | **Order No:** | S32705 |

| PART NUMBER | DESCRIPTION | QTY | UNIT PRICE | TOTAL PRICE |
|-------------|-------------|-----|-----------|-------------|
| MONITORING FA PHONE - HC DIV | Monitoring FA Monthly | 1.00 | $55.00 | $55.00 |
| | Coverage Period: 9/1/2025 to 9/30/2025 | | | |

| | |
|---|---|
| **Subtotal:** | $55.00 |
| **Tax:** | $0.00 |
| **Total:** | $55.00 |

## THANK YOU

Visit www.trlsystems.com and click the 'PAY ONLINE' button to make secure ACH and credit card payments.

For payment by check, please make checks payable to TRL Systems, Inc. and include the invoice number(s) on your payment remittance.

Remit To:
TRL Systems, Inc.
Attn: Accounts Receivable
9531 Milliken Ave.
Rancho Cucamonga, CA 91730

Thank you for your business!

Signed by:
*Drew Dickey*
5F58D69E890F44E...

9/3/2025

10700          760005

EXHIBIT 6, PAGE 93

**EXHIBIT 7**

# ALSCO UNIFORMS®

Alsco
3231 S. Florence Ln.
Yuma AZ, 85365

Phone : (928)782-2507
Fax : (928)782-1895

## INVOICE

**LYUM1910028**

| | |
|---|---|
| Invoice Date: | Sep 18 2025 |
| Customer No: | 032550 |
| Location No: | 032550 |
| Route:    03 | Stop:    008 |
| Terms: | Net 10 EOM |
| Purchase Order: | |

**Invoice For**

**Palo Verde Hospital Emergency Room**
250 N 1st St
Blythe, CA 92225-1702

**Delivery To**

**Palo Verde Hospital**
250 N 1st St
Blythe, CA 92225-1702

Phone : 760-922-4115

| Quantity | Item Code | Item Description | Wearer | Wearer Name | Invty | Item Value |
|---|---|---|---|---|---|---|
| 170 | 3620-WH | Sheet Twin, White | | | 350 | 93.50 |
| 50 | 3605-WH | Sheet Twin Fitted, White | | | 100 | 27.50 |
| 200 | 360010-WH | Sheet Twin Knit Fitted, White | | | 400 | 110.00 |
| 75 | 4115-WH/PLH | 24x48 Bath Towel, White Plush | | | 150 | 33.75 |
| 200 | 365075 | Incontinent Pad | | | 400 | 128.00 |
| 20 | 4405-BL | Doctor Towel, Blue | | | 40 | 4.20 |
| 50 | 4180-WH/PLH | Wash Cloth, White Plush | | | 100 | 5.50 |
| 450 | 365020 | Bath Blanket | | | 900 | 360.00 |
| 50 | 3705-WH | Pillow Slip, White | | | 100 | 11.50 |
| | **365040 | Thermal Blanket | | | 100 | 40.80 |
| 100 | G65 | IV Gown | | | 200 | 65.00 |
| 50 | **4125-WH/PLH | Hand Towel, White Plush | | | 200 | 22.40 |
| | **SP600-JD-XL | 600 Scrub Pant, Jade, X-Large | | | 4 | 0.92 |
| | 9300 | COG Baby Shirt | | | 50 | 0.00 |
| 20 | 5510 | Bio-Hazard Laundry Bag | | | 40 | 15.60 |
| 2 | 9650 | Laundry Bag Stand | | | 4 | 0.78 |
| | INVMAINT | Inventory Maintenance Charge | | | | 45.97 |
| | SVCCHG% | Service Charge | | | | 27.58 |

ENTERED
SEP 2 3 2025

The services for which these charges are made are being furnished to you pursuant to a service agreement between our company as supplier and the above named customer. Said merchandise is not to be cleaned or laundered other than by our company. Customers are responsible for articles lost or damaged.

| | |
|---|---|
| Sub Total | $993.00 |
| Tax EXEMPT | $0.00 |
| **Invoice Total** | **$993.00** |



# INVOICE

**LYUM1910029**

Alsco
3231 S. Florence Ln.
Yuma AZ, 85365

Phone : (928)782-2507
Fax : (928)782-1895

| | |
|---|---|
| Invoice Date: | Sep 18 2025 |
| Customer No: | 033750 |
| Location No: | 033750 |
| Route:   03 | Stop:   010 |
| Terms: | Net 10 EOM |
| Purchase Order: | |

**Invoice For**

Palo Verde Hospital Scrubs
250 N 1st St
Blythe, CA 92225-1702

**Delivery To**

Palo Verde Hospital Scrubs
250 N 1st St
Blythe, CA 92225-1702

Phone : 760-922-4115

| Quantity | Item Code | Item Description | Wearer | Wearer Name | Invty | Item Value |
|---|---|---|---|---|---|---|
| | 936520 | COG Garments | | | 100 | 0.00 |
| | 951005 | 8 Compartment Locker | | | 2 | 0.00 |
| | **51222-MED | Deluxe Scrub Top, 3 Pkt, Navy, Medium | | Palo Verde | 46 | 15.87 |
| | **51222-XS | Deluxe Scrub Top, 3 Pkt, Navy, Extra Small | | Palo Verde | 14 | 4.83 |
| | **51222-SM | Deluxe Scrub Top, 3 Pkt, Navy, Small | | Palo Verde | 48 | 16.56 |
| | **51222-LG | Deluxe Scrub Top, 3 Pkt, Navy, Large | | Palo Verde | 30 | 10.35 |
| | **51222-XL | Deluxe Scrub Top, 3 Pkt, Navy, X-Large | | Palo Verde | 26 | 8.97 |
| | **51222-2XL | Deluxe Scrub Top, 3 Pkt, Navy, 2X Large | | Palo Verde | 10 | 3.45 |
| | **51662-MED | Deluxe Scrub Pant, Cargo, Navy, Medium | | Palo Verde | 46 | 15.87 |
| | **51662-XS | Deluxe Scrub Pant, Cargo, Navy, Extra Small | | Palo Verde | 10 | 3.45 |
| | **51662-SM | Deluxe Scrub Pant, Cargo, Navy, Small | | Palo Verde | 54 | 18.63 |
| | **51662-LG | Deluxe Scrub Pant, Cargo, Navy, Large | | Palo Verde | 29 | 10.01 |
| | **51662-XL | Deluxe Scrub Pant, Cargo, Navy, X-Large | | Palo Verde | 11 | 3.80 |
| | **51662-2XL | Deluxe Scrub Pant, Cargo, Navy, 2X Large | | Palo Verde | 10 | 3.45 |
| | INVMAINT | Inventory Maintenance Charge | | | | 23.05 |
| | CENVLEVY | Service Charge | | | | 6.91 |

**ENTERED**
SEP 23 2025

The services for which these charges are made are being furnished to you pursuant to a service agreement between our company as supplier and the above named customer. Said merchandise is not to be cleaned or laundered other than by our company. Customers are responsible for articles lost or damaged.

| | |
|---|---|
| Sub Total | $145.20 |
| Tax  EXEMPT | $0.00 |
| **Invoice Total** | **$145.20** |

# ALSCO UNIFORMS®

## INVOICE

**LYUM1910026**

Alsco
3231 S. Florence Ln.
Yuma AZ, 85365

Phone : (928)782-2507
Fax : (928)782-1895

| | |
|---|---|
| Invoice Date: | Sep 18 2025 |
| Customer No: | 030025 |
| Location No: | 030025 |
| Route:    03 | Stop:    006 |
| Terms: | Net 10 EOM |
| Purchase Order: | |

**Invoice For**

Palo Verde Hospital Cafeteria
250 N 1st St
Blythe, CA 92225-1702

**Delivery To**

Palo Verde Hospital Cafeteria
250 N 1st St
Blythe, CA 92225-1702

Phone : 760-922-4115

| Quantity | Item Code | Item Description | Wearer | Wearer Name | Invty | Item Value |
|---|---|---|---|---|---|---|
| 125 | 3305 | Dish Towel | | | 250 | 20.00 |
| 18 | 2045-LL | 3X5 Comfort Flow Mat, Lease & Leave | | | 18 | 31.50 |
| 1 | 2020-CC | 4X6 Mat, Charcoal | | | 2 | 3.75 |
| 1 | 2015-CC | 3X10 Mat, Charcoal | | | 2 | 4.35 |
| | **60060-WH | 52X114 Tablecloth, White | | | 10 | 5.00 |
| | 5510 | Bio-Hazard Laundry Bag | | | 2 | 0.78 |
| | INVMAINT | Inventory Maintenance Charge | | | | 3.27 |
| | SVCCHG% | Service Charge | | | | 1.96 |

**ENTERED**
SEP 2 3 2025

The services for which these charges are made are being furnished to you pursuant to a service agreement between our company as supplier and the above named customer. Said merchandise is not to be cleaned or laundered other than by our company. Customers are responsible for articles lost or damaged.

| | |
|---|---|
| Sub Total | $70.61 |
| Tax EXEMPT | $0.00 |
| **Invoice Total** | **$70.61** |



Alsco
3231 S. Florence Ln.
Yuma AZ, 85365

Phone : (928)782-2507
Fax : (928)782-1895

## INVOICE

**LYUM1910027**

| Invoice Date: | Sep 18 2025 |
|---|---|
| Customer No: | 030550 |
| Location No: | 030550 |
| Route:    03      Stop:    007 | |
| Terms: | Net 10 EOM |
| Purchase Order: | |

**Invoice For**

**Palo Verde Hospital  Mops/Mats**
250 N 1st St
Blythe, CA 92225-1702

**Delivery To**

**Palo Verde Hospital  Mops/Mats**
250 N 1st St
Blythe, CA 92225-1702

Phone : 760-922-4115

| Quantity | Item Code | Item Description | Wearer | Wearer Name | Invty | Item Value |
|---|---|---|---|---|---|---|
| 200 | 4999 | Front of House MicroTech Pro Towel | | | 400 | 32.00 |
| 420 | 293001-BL | 18 Microfiber Wet Mop, Blue | | | 840 | 94.50 |
| 40 | 29100 | Wet Mop | | | 80 | 48.00 |
| 5 | 9637 | Wet Mop Handle | | | 5 | 0.00 |
| | 964559 | MicroTech Pro Handle | | | 20 | 0.00 |
| 20 | 293006 | 18 Microfiber Dust Mop | | | 40 | 4.50 |
| | MDT217610 | 18 Microfiber Mop Frame | | | 20 | 0.00 |
| 20 | 293007 | 36 Microfiber Dust Mop | | | 40 | 9.36 |
| 1 | 2010-CC | 3X5 Mat, Charcoal | | | 2 | 2.45 |
| 1 | 2015-CC | 3X10 Mat, Charcoal | | | 2 | 4.35 |
| 3 | 2020-CC | 4X6 Mat, Charcoal | | | 6 | 11.25 |
| 1 | 240515 | 3X10 Palo Verde Hospital Logo | | | 2 | 6.75 |
| 2 | 240520 | 4X6 Palo Verde Hospital Logo | | | 4 | 11.46 |
| | 5510 | Bio-Hazard Laundry Bag | | | 10 | 3.90 |
| 5 | 9650 | Laundry Bag Stand | | | 5 | 1.95 |
| | INVMAINT | Inventory Maintenance Charge | | | | 11.52 |
| | SVCCHG% | Service Charge | | | | 6.91 |

ENTERED
SEP 2 3 2025

The services for which these charges are made are being furnished to you pursuant to a service agreement between our company as supplier and the above named customer.  Said merchandise is not to be cleaned or laundered other than by our company.  Customers are responsible for articles lost or damaged.

| | |
|---|---|
| Sub Total | $248.90 |
| Tax EXEMPT | $0.00 |
| **Invoice Total** | **$248.90** |

EXHIBIT 7, PAGE 97

**EXHIBIT 8**

| Account Number | Bill Close Date | Payment Due |
|---|---|---|
| 050 922 6661 001 | 9/18/25 | 10/18/25 |



Page 1

## PALO VERDE HOSPITAL

**AT&T Business Service**

REF # 760 921 5216

For Billing Inquiries 1 800 847-3595
To Place an Order 1 800 847-3595
For Repair Service 1 800 222-3000

| Total Current Charges | | Account Status | |
|---|---|---|---|
| LONG DISTANCE CHARGES | | PREVIOUS BALANCE | 116.06 |
| MONTHLY MINIMUM CHRG 09/18 | 25.00 | PAYMENT RECEIVED 08/26/25 | 57.57CR |
| TOTAL LONG DISTANCE CHARGES | $25.00 | TOTAL CURRENT CHARGES | $58.49 |
| TOTAL SURCHARGES | 33.49 | TOTAL AMOUNT DUE | $116.98 |
| TOTAL CURRENT CHARGES | $58.49 | | |

### ****IMPORTANT MESSAGES ABOUT YOUR ACCOUNT****

**Account Status**

AT&T applies a $25.00 minimum charge to accounts when long distance usage falls below
$100.00.  Based on your business needs, you may qualify for additional AT&T products and
services that could result in avoiding this charge.  For more information, please contact
the Billing Inquiries number on the first page of your bill.
*****
Your account is past due.  If you have sent your payment, please disregard this notice.
*****
Please submit all telephone line or calling card additions, deletions or changes directly
to AT&T, by calling the billing inquiry number on the first page of your bill.

*See next page for more news!*

PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT.
MAKE SURE THAT THE AT&T P.O. BOX ADDRESS SHOWS THROUGH THE ENVELOPE WINDOW.
AT&T WILL NO LONGER REPLY TO COMMENTS ON THIS DOCUMENT. SUBMIT ALL CORRESPONDENCE TO www.att.com/customercare

---

8483.1.18.4566 1 MB 0.672 HH

PALO VERDE HOSPITAL
250 N 1ST ST
BLYTHE CA 92225-1702

**TO ENSURE PROPER CREDIT, PLEASE DETACH
AND RETURN WITH REMITTANCE.**



Account Number:   050 922-6661 001
Bill Close Date:   9/18/25
Payment Due:   10/18/25

☐ Check here for name/
address/telephone
number corrections
only. See reverse side.

AT&T
PO BOX 5075
CAROL STREAM IL 60197-5075

| Total Amount Due: | $116.98 |
|---|---|
| Amount Enclosed: | $ |

050922666100106300000000116980000005849000000000009

SC#00-06

**TO REPLACE LOST OR STOLEN
AT&T CARDS CALL
1-800-CALL-ATT**

**AT&T LONG DISTANCE SERVICE
CALL TYPE AND RATING INFORMATION**

<u>CALL TYPE</u>

CCO - Operator Handled Card Calls
CCP - Calling Card Person Call
CCS - Calling Card Station Call
CEL - Cellular Calls
DDC - Direct Dialed Call
DFR - Direct Dialed Call - Per Minute Or Flat
       Rate Applied
INT - Interrupt Request
OBP - Operator Handled Person Call Billed To
       Third Number Or Special Billing Number
OBS - Operator Handled Station Call Billed To
       Third Number Or Special Billing Number
OCP - Operator Handled Person Collect Call
OCS - Operator Handled Station Collect Call
ODR - Operator Handled Station Call-Dial
       Rate Applied
OHP - Operator Handled Person Call
OHS - Operator Handled Station Call
VER - Verification Request

Note: An Operator Service Charge will apply
when the Customer has the capability of
dialing the called number, but elects to
have the Operator dial the called number.

<u>RATE PERIOD</u>

DAY - Day
DAYSA - Daytime Savings Time
DISAB - Disabled Person Discount Rate
       Applied
DISC - Discount
ECON - Economy
EVE - Evening
MFLAT - Per Minute Or Flat Rate
MULTI - Multi-rated (More Than One Rate
       Period Applies)
MXSPC - Mexico Special Rate
NT/WK - Night/Weekend
OPEAK - Off Peak (Evening & Night/Weekend
       Or Discount & Economy)
PEAK - Peak (Day or Standard)
RAOPK - Regional Advanced Off Peak
RAPK - Regional Advanced Peak
SPECL - Special Additional Discount Rate
       Applied
STAND - Standard

DOMESTIC - Interstate & Intrastate

(&) - Call displayed more than once to
       identify separate rate periods used to
       calculate Optional Calling Plan totals.

---

**PLEASE NOTE ONLY THE ITEMS THAT HAVE CHANGED**

Company Name

Attention

Street Address

City - State

Zip Code                                                            Area Code and
Phone Number

HAS YOUR BUSINESS MOVED ? Y_____ N_____            HAS OWNERSHIP CHANGED ? Y_____ N_____

8483.001.004566.01.03.0000000 NNNNNNNY 034993.034993



EXHIBIT 8, PAGE 99

| Account Number | Bill Close Date | Payment Due |
|---|---|---|
| 050 922 6661 001 | 9/18/25 | 10/18/25 |



Page 2

## PALO VERDE HOSPITAL

REF # 760 921 5216

**Just For Your Business**

Attention Customers with service in California:
Attention Customers with service in California: BILLING QUESTIONS: Call us using the toll free number on your invoice; or AT&T Business 14575 Presidio Square, Room CR, Houston, TX 77083; or visit att.com. If you have a complaint you cannot resolve with us, contact the California Public Utilities Commission (CPUC) at Consumer Affairs Branch, 505 Van Ness Ave, Room 2003, San Francisco, CA 94102, http://consumers.cpuc.ca.gov/complaints or call 800.649.7570. The CPUC's DDTP program offers assistance to individuals with hearing and speaking limitations including California Relay Service available by dialing 711, more information is available at http://ddtp.cpuc.ca.gov/relay.aspx. If your complaint concerns interstate or international calling, write the FCC at Consumer Complaints, 45 L Street, NE Washington, D.C. 20554, http://consumercomplaints.fcc.gov , or call 888.225.5322 or TTY 1-888-835-5322.
*****
Attention Valued AT&T Customers:

Federal regulation requires AT&T to inform our valued customers that basic local services will not be disconnected for the non-payment of your non-regulated service charges. To avoid collection activity, please remember to pay all charges by the due date.

In addition, you may experience disconnection of your basic local service if payment is not received for the Long Distance portion of your bill except in the following states of Alabama, Arizona, California, Colorado, Hawaii, Idaho, Indiana, Iowa, Maryland, Michigan, Minnesota, Missouri, New Mexico, New York, New Jersey, North Carolina, North Dakota, Ohio, Oklahoma, Pennsylvania, Texas, Utah, Vermont, Virginia, Washington, and the District of Columbia.
*****
GISDN/SDS BILL MESSAGE: "Bill Period is the monthly period that the customer's bill processing started and ended. Usage is usually billed within the current Bill Period. For commercial customers, Monthly Recurring Charges (MRCs) are billed one month in advance and for US Federal government customers, Monthly Recurring Charges (MRCs) are billed one month in arrears. For example: Invoice date April 1, Usage/Bill Period March 1 through March 31, Commercial-MRCs April 1 through April 30 or US Federal Government-MRCs March 1 through March 31"

VTNS BILL MESSAGE: "Bill period is the monthly period that the customer's bill processing started and ended. Usage is usually billed within the current Bill Period and Monthly Recurring Charges (MRCs) are billed one month in advance. For example: Invoice Date April 1, Usage/Bill Period February 19 through March 18, MRCs April 1 through April 30 Invoice Date April 11, Usage/Bill Period March 1 through March 31, MRCs April 11 through May 10

SDN & ONENET BILL MESSAGE: "Bill Period is the monthly period that the customer's bill processing started and ended. The Usage is usually billed within the current Bill Period and Monthly Recurring Charges (MRCs) are billed one month in advance. For example: Invoice date April 1, Usage/Bill Period March 1 through March 31, MRCs April 1 through April 30 Invoice date April 11, Usage/Bill Period March 11 through April 10, MRCs April 11 through May 10 Invoice date April 19, Usage/Bill Period March 19 through April 18, MRCs April 19 through May 18"
*****
AT&T Calling Card is a US-based telecommunications service provided by AT&T Enterprises, LLC.
Worldwide access is provided on a bilateral basis in cooperation with AT&T's correspondent carriers in non-US jurisdictions, and in accordance with the Regulations of the International Telecommunications Union, as applicable.

*See next page for more news!*

| Account Number | Bill Close Date | Payment Due |
|---|---|---|
| 050 922 6661 001 | 9/18/25 | 10/18/25 |

 **AT&T**

Page 3

## PALO VERDE HOSPITAL
REF # 760 921 5216

### Just For Your Business

Attention Customers with Service in All States, Except AK, IN NY, PA, TX, and VA:

AT&T intrastate, interstate, and international services are provided by AT&T Enterprises, LLC. To view service publications, go to www.att.com/servicepublications and click on Service Guides and/or Tariffs.
*****
Attention Customers:
If you do not pay your bill by the date it is due, AT&T may assess a late payment charge. The rate shall be 1.5% per month (18% annually) unless an applicable law or regulation specifies a lower rate to be charged, and then that lower rate shall apply. Alternatively, a minimum late payment charge of $5.00 may be assessed if permitted by applicable law or regulation. In Maine, the monthly rate for 2024 is 0.267%.
*****
Attention California Customers:
This bill is now due and payable; it becomes subject to a late payment charge if not paid within 15 calendar days of presentation date. Please address any questions about this bill to AT&T by calling the toll free number on your bill.

### Regulatory News

FEE DESCRIPTIONS
The Administrative Expense Fee recovers a portion of AT&T's internal costs associated with the Federal Communications Commission's Universal Service Fund and related programs. The Federal Regulatory Fee recovers amounts paid to the federal government for regulatory costs and telecommunications services for the hearing impaired, and costs associated with local number portability administration. These fees are not taxes or charges that the government requires AT&T to collect from its customers.
*****
Attention Valued AT&T Customers:

Federal regulation requires AT&T to inform our valued customers that basic local services will not be disconnected for the non-payment of your non-regulated service charges. To avoid collection activity, please remember to pay all charges by the due date.

In addition, you may experience disconnection of your basic local service if payment is not received for the Long Distance portion of your bill except in the following states of: Alabama, Arizona, California, Colorado, Hawaii, Idaho, Indiana, Iowa, Maryland, Michigan, Minnesota, Missouri, New Mexico, New York, New Jersey, North Carolina, North Dakota, Ohio, Oklahoma, Pennsylvania, Texas, Utah, Vermont, Virginia, Washington, and the District of Columbia.
*****
Attention Customers in Maine, North Carolina, Nevada, Utah and California:

If you do not pay your bill by the due date, and the outstanding balance is $25 or more, AT&T may assess a charge of $5.00 or assess an interest charge of up to 1.5% of the outstanding balance, as permitted by law. In Maine and North Carolina the maximum interest is 1%. In Utah and Nevada the maximum interest is 1.5%:
*****
Attention Customers:

Bill Period is the monthly period that the customer's bill processing began and ended. Typically, usage is billed within the current Bill Period. For example: Invoice Date April 1, Usage/Bill Period is the monthly period beginning the day after the prior Bill Period and ending approximately 11 days prior to April 1.

*Thank you for using AT&T where every customer counts*

8483.001.004566.02.03.0000000 NNNNNNNY 034995.034995



| Account Number | Bill Close Date | Payment Due |
|---|---|---|
| 050 922 6661 001 | 9/18/25 | 10/18/25 |



Page  4

## PALO VERDE HOSPITAL                                    REF # 760 921 5216

### Surcharges

| ITEM | EXPLANATION | CHARGES |
|---|---|---|

```
SURCHARGES BILLED TO: 0509226661001
LONG DISTANCE
     1    UNIVERSAL CONNECTIVITY CHARGE           15.48
     2    ADMINISTRATIVE EXPENSE FEE                .60
     3    PROPERTY TAX ALLOTMENT                   2.63
     4    FEDERAL REGULATORY FEE                   4.88
          CARRIER LINE ASSESSMENT
     5        2 MULTI LINE(S) AT 4.95             9.90
TOTAL LONG DISTANCE SURCHARGES:                           $33.49
TOTAL BILLED TO: 0509226661001                           $33.49

TOTAL SURCHARGES:                                        $33.49
```

**EXHIBIT 9**

att.com



PALO VERDE HOSPITAL
250 N 1ST ST
BLYTHE CA 92225

| | |
|---|---|
| Page | 1 of 2 |
| Account Number | 831-001-2384 580 |
| Billing Date | Aug 11, 2025 |
| Questions? | 1 800 235-7524 |
| Web Site | att.com |
| | |
| Invoice | 0995155019 |
| AT&T Tax ID | 13-4924710 |

## Invoice

att.com/fastpay
**Pay your bill without logging in.**



### Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 1,018.44 |
| Payment - Thank You! | 1,018.44CR |
| Adjustments | .00 |
| Balance | .00 |
| Current Charges | 1,023.84 |
| **Total Amount Due** | **$1,023.84** |
| Payment Due Date | Sep 10, 2025 |

### Billing Summary

**Questions?**
Call:       1 800 235-7524
Online:   www.businessdirect.att.com

**AT&T Business Services**

Group #000001 Palo Verde
   Sub-Account #831-001-2384 581      1,023.84
   Total Group #000001                        1,023.84

**Total Current Charges**                    1,023.84

### Current Charges

**Group #000001 Palo Verde**
**Sub-Account #831-001-2384 581**
Charges for Subscriber/Router ID 903749016
250 N 1ST ST
BLYTHE, CA 92225
IP Optional Components
Recurring Charges:
Aug 11, 2025 thru Sep 10, 2025
   1. ADI Access Charge                                        900.00
       250Mbps - US
       Port ID: 903749016
       Works With Circuit: .BREC.760217..ATI.
       Qty: 1 Items at 900.00
Total IP Optional Components                              900.00

**Group #000001 Palo Verde - Continued**
ADI with Managed Router
Recurring Charges:
Jul 11, 2025 thru Aug 10, 2025
   2. 250 Mbps HiCap Flex Bandwidth                      89.60
       250Mbps - US
       Port ID: 903749016
       Works With Circuit: .BREC.760217..ATI.
       Qty: 1 Items at 2,240.00
       Gross: 2,240.00
       Discount 2,150.40CR
Total ADI with Managed Router                             89.60

Surcharges and Other Fees
   3. Property Tax Allotment - ADI                         13.99
   4. Federal Access Recovery Fee                          20.25
Total Surcharges and Other Fees                           34.24
Total Subscriber/Router ID 903749016            1,023.84
**Total Sub-Account #831-001-2384 581**         **1,023.84**
**Total Group #000001**                                  **1,023.84**

**Total Current Charges**                                1,023.84

### News You Can Use

**News You Can Use**

**ACCOUNT STATUS**
Where allowed by law, AT&T may implement late payment interest of no
more than 18% annually. Rates will vary based on state regulations.
Interest will be calculated based upon daily balances and will be
applicable for each day that a delinquent balance is outstanding. This
charge will apply to all balances that are delinquent through such time
that payment in full is received at AT&T. The late payment interest
will be billed on a monthly basis. Accounts billed outside the US will
not be charged LPI.

Where allowed by law, AT&T may implement a $25 service fee for
restoration of service where delinquency has caused an interruption.
This fee will be applicable to each account that is being restored and
will be included on your monthly billing statement.

Thank you for subscribing to Business in a Box

**JUST FOR YOUR BUSINESS**
Explore AT&T's Products and Services!
Thank you for being a valued customer. Discover our wide range of
products and services designed to enhance your experience. Visit us at
https://www.att.com/deals to find the perfect solutions for your needs.

**REGULATORY NEWS**
**FEE DESCRIPTIONS**
The Administrative Expense Fee recovers a portion of AT&T's
internal costs associated with the Federal Communications Commission's
Universal Service Fund and related programs. The Federal Regulatory
Fee recovers amounts paid to the federal government for regulatory
costs and telecommunications services for the hearing impaired,
and costs associated with local number portability administration.

Return bottom portion with your check in the enclosed envelope.                         ♻ Printed on Recyclable Paper

---

**DUE BY: Sep 10, 2025**     **$1,023.84**

AT&T

Billing Date Aug 11, 2025

Set up electronic payments:

www.att.com/attsmartpayments

Account Number   **831-001-2384 580**
Please include your account number on your check

Make checks payable to:

AT&T
PO BOX 5019
CAROL STREAM IL  60197-5019

PALO VERDE HOSPITAL
250 N 1ST ST
BLYTHE CA 92225

831001238458009951550190882000001023840000102384 3



PALO VERDE HOSPITAL
250 N 1ST ST
BLYTHE CA 92225

Page        2 of 2
Account Number    831-001-2384 580
Billing Date    Aug 11, 2025
Questions?    1 800 235-7524
Web Site    att.com

## News You Can Use

### News You Can Use

**REGULATORY NEWS - Continued**
These fees are not taxes or charges that the government requires AT&T to collect from its customers.

Attention Customers with service in Oklahoma: 911 REQUIREMENT Effective January 1, 2017, a business owner or operator, who owns or controls a multi-line telephone system or equivalent, which uses Voice over Internet Protocol (VoIP) enabled service and provides outbound dialing capability or access is required to configure the telephone or equivalent system to allow a person initiating a 9-1-1 call on the system to directly access 9-1-1 without an additional code, digit, prefix, postfix or trunk-access code. Also, effective January 1, 2017, a business owner or operator that provides residential or business facilities utilizing a telephone system or equivalent system as described above, shall configure the telephone or equivalent system to provide a notification to a central location on the site of the residential or business facility when a person within the residential or business facility dials 9-1-1, provided the business owner or operators system is able to be configured to provide such notification with an improvement to the systems hardware. The business owner or operator is NOT required to have a person available at the central location to receive the notification.

Attention Customers with Locations in New York: New York Telecommunications Relay Service (TRS) Telecommunications Relay Service Access allows individuals who are deaf, hard-of-hearing or have a speech disability to type on a Text Telephone (TTY/TDD), a device resembling a typewriter linked to a phone. You can reach the TRS by dialing 7-1-1 in any state. A Communications Assistant (CA) reads the message to the hearing person at the other end of the line. The CA then types the hearing person's spoken words back to the TDD/TTY user. Each call TRS handles is held strictly confidential. No record of a conversation is kept. There is no charge to use TRS, however regular phone charges do apply. You may request that your long distance company be used when placing long distance calls through TRS. The Targeted Accessibility Fund of New York provides assistance to low income deaf, hard-of-hearing and speech disabled individuals so they may acquire text telephones and other equipment to provide critical telephone service. Caller ID on Relay Calls Customers who subscribe to Caller ID service will see the telephone number and if available, the name of the calling party for all calls made through Telecommunications Relay Service. Therefore, if you call someone who subscribes to Caller ID using New York Telecommunications Relay Service, your number and if available, your name will be displayed on their Caller ID screen. Please Note: Caller ID for all Relay Calls maintains the callers selected blocking features. If you use Call ID Blocking, your telephone number will not be sent to the person you are calling through NY Relay Service. If you use Call ID Blocking and the person you are calling through New York Relay Service utilizes Anonymous Call Rejection your call will not be accepted by that person. You may activate free per-call blocking for a TRS call by dialing *67. Per-call blocking will flag the individual call as private and prevent delivery of your telephone number to the Caller ID subscriber for that call. To learn more about Telecommunications Relay Service call the Relay Inquiry Line at 1-800 664-6349 (Voice) or 1-800 835-5515 (TTY). Second version, for all other billers: Attention Customers with Locations in New York: Telecommunications Relay Service (TRS) allows individuals who are deaf, hard-of-hearing or have a speech disability to communicate with hearing individuals via a Text Telephone (TTY/TDD). You can reach the TRS by dialing 7-1-1. There is no charge to use TRS, however regular phone charges do apply. You may request that your long-distance company be used when placing long distance calls through TRS. Customers who subscribe to Caller ID service will see the telephone number and if available, the name of the calling party for all calls made through TRS. If you call someone who subscribes to Caller ID using New York

**REGULATORY NEWS - Continued**
Telecommunications Relay Service, your number and if available, your name will be displayed on their Caller ID screen. Caller ID for all Relay Calls maintains the callers selected blocking features. To learn more about Telecommunications Relay Service call the Relay Inquiry Line at 1-800 664-6349 (Voice) or 1-800 835-5515 (TTY).

Attention Customers with service in California: BILLING QUESTIONS: Call us using the toll-free number on your invoice; or AT&T Business 14575 Presidio Square, Room CR, Houston, TX 77083; or visit att.com. If you have a complaint you cannot resolve with us, contact the California Public Utilities Commission (CPUC) at Consumer Affairs Branch, 505 Van Ness Ave, Room 2003, San Francisco, CA 94102, http://consumers.cpuc.ca.gov/complaints or call 800.649.7570. The CPUC's DDTP program offers assistance to individuals with hearing and speaking limitations including California Relay Service available by dialing 711, more information is available at http://ddtp.cpuc.ca.gov/relay.aspx. If your complaint concerns interstate or international calling, write the FCC at Consumer Complaints, 45 L Street, NE Washington, D.C. 20554, http://consumercomplaints.fcc.gov, or call 888.225.5322 or TTY 1-888-835-5322.

Attention California Customers:

The following charges are "Government Fees and Taxes": Federal Excise Tax; CHCF-A, CHCF-B, Univ Lifeline Tele Serv Sur, Com Dev Fnd/Deaf & Disabled, California Teleconnect Fund, State 9-1-1 Surcharge, Utility User's Tax, and Local 911 Charge.

Thank You For Choosing AT&T Where Every Customer Counts!

**Copyright 2019 AT&T Intellectual Property. All Rights Reserved.**



3331.004.031129.01.01.0000000 NNNNNNNY 011045.011045

EXHIBIT 9, PAGE 104

 Outlook

## Re: Att --760-921-5216 (fax line) 831-001-2384-580

**From** Reepak Gugga <Reepak.Gugga@paloverdehospital.org>

**Date** Thu 2025-08-28 10:23 AM

**To** Accounts Payable <accounts.payable@paloverdehospital.org>

**Cc** Jason Osborne <jason.osborne@paloverdehospital.org>

Hi Kristi,

Please pay both bills for AT&T. Any further questions, please let me know. Thanks.

Reepak

*Reepak Gugga MHA*
I.T. Manager
Palo Verde Hospital
I.T. Department
250 N First Street
Blythe, CA 92225
760-921-5164
Reepak.Gugga@paloverdehospital.org



CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information, and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or storage of this message or its attachments is strictly prohibited.

---

**From:** Accounts Payable <accounts.payable@paloverdehospital.org>
**Sent:** Tuesday, August 26, 2025 9:18 AM
**To:** Reepak Gugga <Reepak.Gugga@paloverdehospital.org>
**Cc:** Jason Osborne <jason.osborne@paloverdehospital.org>
**Subject:** Att --760-921-5216 (fax line) 831-001-2384-580

Please review and advise if OK to pay

Kristi Flanagan

EXHIBIT 9, PAGE 105

Palo Verde Hospital

250 N First Street

Blythe, CA 92225

760-922-7100 (tel)

760-921-5216 (fax)



CONFIDENTIALITY NOTICE:

This communication, including attachments, is for the exclusive use of the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this by mistake, please contact the sender immediately.

**EXHIBIT 10**

 **SoCalGas.**

ACCOUNT NUMBER 124 926 1947 8

SERVICE FOR
PALO VERDE HOSPITAL
250 N 1ST ST
BLYTHE CA 92225-1702

DATE MAILED Sep 12, 2025          Page 1 of 4

**1-800-427-2000** *English*
1-800-427-6029 *Español*

M-F, 7am-8pm Sat, 7am-6pm
24 Hour Emergency Services Available          H

**socalgas.com**

## Account Summary

| | | | |
|---|---|---|---|
| Amount of Last Bill | | | $403.14 |
| Payment Received | 09/09/25 | THANK YOU | – 403.14 |
| Current Charges | | | + 202.30 |
| **Total Amount Due** | | | **$202.30** |

.7% Late Payment Charge Due if Paid After OCT 06, 2025

 This bill reflects modified gas charges due to a rate change.

## Current Charges

**Rate:** GN-10 - Non-Residential

**Meter Number:** 12775084 (*Next scheduled read date Oct 9 2025*)          Cycle:  8

| Billing Period | Days | Meter Number | Current Reading | − | Previous Reading | = | Difference | Billing x Factor | BTU x Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/11/25 - 09/10/25 | 30 | 12775084 | 96416 | | 96333 | | 83 | 1.000 | 1.022 | | 85 |

| **GAS CHARGES** | | Amount($) |
|---|---|---|
| Customer Charge | 30 Days x $.49315 | 14.79 |

Gas Transportation (*Details below*)          85 Therms

| | Tier 1 |
|---|---|
| Therms used | 85 |
| Rate/Therm | $1.68030 |
| Charge | $142.83 |

|  | = | 142.83 |
|---|---|---|

| Gas Commodity | 85 Therms x $.39306 | 33.41 |
|---|---|---|
| | **Total Gas Charges** | **$191.03** |

*SoCalGas' gas commodity cost per therm for your billing period:*
Sep. . . . . . . . $.36170    Aug. . . . . . . . $.40874

| **TAXES & FEES ON GAS CHARGES** | | Amount($) |
|---|---|---|
| State Regulatory Fee | 85 Therms x $.00250 | .21 |
| Public Purpose Surcharge | 85 Therms x $.13017 | 11.06 |
| | **Total Taxes and Fees on Gas Charges** | **$11.27** |

*(Continued on next page)*

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)

---

| DATE DUE | Oct 2, 2025 |
|---|---|
| AMOUNT DUE | $202.30 |

**Usage History** (*Total Therms used*)

| | Sep 24 | Aug 25 | Sep 25 |
|---|---|---|---|
| Total Therms used | 1,258 | 176 | 85 |
| Daily average Therms | 38.1 | 5.5 | 2.8 |
| Days in billing cycle | 33 | 32 | 30 |

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

 **SoCalGas.**

**Save Paper & Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
124 926 1947 8

| DATE DUE | Oct 2, 2025 |
|---|---|
| AMOUNT DUE | $202.30 |

Please enter amount enclosed.

$_____

*Write account number on check and make payable to SoCalGas.*

059482.1  1.1.5048  1 0z.
PALO VERDE HOSPITAL
250 N 1ST ST
BLYTHE CA 92225-1702

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111



80 1249261947 00020230 87          1249261947 0002008488

CY 08 8448 5/20

EXHIBIT 10, PAGE 107



**SoCalGas.**

ACCOUNT NUMBER **124 926 1947 8**

DATE DUE **Oct 2, 2025**

AMOUNT DUE **$202.30**

DATE MAILED Sep 12, 2025      Page 2 of 4

**1-800-427-2000** *English*
1-800-427-6029 *Español*

M-F, 7am-8pm Sat, 7am-6pm
24 Hour Emergency Services Available
**socalgas.com**

---

## Total Current Charges $202.30

### SoCalGas
#### Policies and Notices

**Electronic Check Processing** - When you pay your bill by check, you authorize us to electronically process your payment. If your check is processed electronically, your checking account may be debited on the same day we receive the check. Your check will not be returned by your bank, however, the transaction will appear on your bank statement. **If you do not wish to participate in this program, please have your account number ready and** *call 1-877-272-3303.*

**Closing your Gas Service** - We require two (2) working days and access to the meter to close your gas service.

**Information about Deposits - Non-Residential accounts only Amount of Deposit** - The amount of deposit required to establish or re-establish service credit is twice the estimated average periodic bill.

**Return of Deposit/Interest on Deposit** - This deposit, together with any interest due, less the amount of any unpaid bills, will normally be returned either on discontinuance of service or after the deposit has been held for twelve (12) consecutive months, during which time continuous gas service has been received and all bills for such service have been paid in accordance with the rules in effect and filed with the Public Utilities Commission of the State of California. No interest will be paid if the service is temporarily or permanently discontinued for non-payment of bills.

#### Billing Term Definitions

**Baseline** - Amount of gas billed at the lowest residential rate.
**Billing Factor** - Adjusts the amount of gas measured for differences in delivery pressure, altitude, and meter calibration.
**BTU Factor** - Adjusts the amount of gas measured to reflect the heating content of gas.
**Climate Zone** - Weather zone in which a customer lives. Colder zones receive more baseline allowance.
**State Regulatory Fee** - A fee used to fund the California Public Utilities Commission. Each customer's fee is determined by the number of therms used.
**Gas Commodity Charge** - Cost of gas purchased by SoCalGas on behalf of its customers.

**Public Purpose Surcharge** - Charge to fund Public Purpose Programs such as California Alternate Rates for Energy (CARE), Energy Savings Assistance Program (ESAP), energy efficiency and research and development. CARE customers pay a reduced surcharge which excludes CARE program costs.

**Public Utilities Commission Notice** - If you believe there is an error on your bill or have a question about your service, please call SoCalGas customer support at (800) 427-2200
If you are not satisfied with SoCalGas' response, submit a complaint to the California Public Utilities Commission (CPUC) by visiting **www.cpuc.ca.gov/complaints/** Billing and service complaints are handled by the CPUC's Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco CA 94102. phone **800-649-7570**

If you have limitations hearing or speaking, dial 711 to reach the California Relay Service, which is for those needing assistance relaying telephone conversations. Dial one of the numbers below to be routed to the California Relay Service provider in your preferred mode of communication.

California Relay Service Phone Numbers:

| Type of Call | Language | Toll-Free 800 Number |
|---|---|---|
| TTY/VCO/HCO to Voice | English | 1-800-735-2929 |
| | Spanish | 1-800-855-3000 |
| Voice to TTY/VCO/HCO | English | 1-800-735-2922 |
| | Spanish | 1-800-855-3000 |
| From or to Speech-to-Speech | English & Spanish | 1-800-854-7784 |

To avoid having service turned off while waiting for the outcome of a complaint to the CPUC specifically regarding the accuracy of **your bill**, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

### Other Important Phone Numbers 📞

For the following, call
Monday - Friday, 8 a.m. - 5 p.m.:

| | |
|---|---|
| 粵語: | **1-800-427-1420** |
| 한국어: | **1-800-427-0471** |
| 國語: | **1-800-427-1429** |
| Tiếng Việt | **1-800-427-0478** |

**Self Service Options** available 24 hours a day, 7 days a week . . . . . . . **1-800-772-5050**
For information regarding payment arrangements, office locations, account balance, billing recap, duplicate bill, Residential Past Due Bill Forgiveness through the Arrearage Management Plan, and *CARE* applications for income qualified customers.

Contact 811 two days before digging to have utility-owned lines identified and marked. Visit **socalgas.com/811** or dial 811.

### Payment Options 💲

**Online:** Register or sign into MyAccount at **myaccount.socalgas.com** (Active accounts only).

**Home banking:** Pay through your banking institution.

**Direct Debit:** Print application at **socalgas.com** or call 1-800-427-2200 for an application by mail.

**Pay by Phone:** If already enrolled, call **1-800-427-2700** to authorize a payment.

**By Mail:** Mail your check or money order, along with the payment stub in the enclosed envelope.

**Credit/Debit Cards or Electronic Check:** Accepts all major credit/debit cards or electronic check. A $1.50 convenience fee applies. Contact BillMatrix at **1-800-232-6629** or visit socalgas.com.

**In Person:** Visit **socalgas.com/PaymentLocations**

---

### SoCalGas Payment Locations

**Authorized Payment Agencies** - Call the Self Service Options number 1-800-772-5050 for the addresses of payment agencies in your area or visit socalgas.com/PaymentLocations

**Company Offices - Business Hours: Monday - Friday 9am - 5pm**

Alhambra, 333 E. Main St. Suite J
Anaheim, 716 S. State College Blvd.
Banning, 60 E. Ramsey St. #A
Commerce, 5708 E. Whittier Blvd.
Compton, 700 N. Long Beach Blvd.
Corona, 341 S. Lincoln Ave. #A
Covina, 932 N. Citrus Ave.
Delano, 1227 Jefferson St.
Dinuba, 239 E. Tulare St.
El Centro, 1111 W. Main St.
El Monte, 11912 Valley Blvd., Suite B
Fontana, 9781 Sierra Ave. #C
Glendale, 919 S. Central Ave. #B
Hanford, 420 N. 11th Ave. #105
Hemet, 280 E. Stetson Ave.

Hollywood, 1811 Hillhurst Ave.
Huntington Park, 5916 Pacific Blvd.
Indio, 45123 Towne Ave.
Inglewood, 3530 W. Century Blvd. Ste. 102
Lancaster, 2065 W. Avenue K
Lompoc, 128 S. "H" St.
Los Angeles, 3739 Crenshaw Blvd. #C
Los Angeles, 4819 S. Central Ave.
Los Angeles, 2522 N. Daly St.
Ontario, 962 N. Mountain Ave.
Oxnard, 1640 E. Gonzales Rd.
Pasadena, 1214 E. Green St. #102
Pomona, 198 E. 3rd St.
Porterville, 59 W. Thurman Ave.

Riverside, 7000 Indiana Ave. #105
San Bernardino, 1136 N. Mount Vernon Ave. #305
San Fernando, 444 S. Brand Blvd. Suite 101
San Luis Obispo, 2240 Emily St. Suite 140
San Pedro, 1851 N. Gaffey St. Suite A
Santa Ana, 738 S. Harbor Blvd.
Santa Barbara, 134 E. Victoria St.
Santa Fe Springs, 11516 Telegraph Rd.
Santa Maria, 550 E. Betteravia Rd. Suite B
South Gate, 3530 Tweedy Blvd.
Van Nuys, 6550 Van Nuys Blvd.
Visalia, 1025 E. Noble Ave.
Watts, 1665 E. 103rd St.

**Drop Box Location**
Burbank, Public Service Department, 164 W. Magnolia Blvd.

*SoCalGas: Delivering affordable, clean and increasingly renewable energy to more than 21 million Californians.*

 **SoCalGas.**

# Important Natural Gas Safety Information

 ## Contact 811 Before You Dig. It's free!

Utility lines could be anywhere. Follow these important steps to prevent serious injuries, property damages, loss of service, and fines.

 **Mark Out** your proposed project area in white.

 **Contact 811** Underground Service Alert (USA) at **california811.org** or dial **811** to submit a location request at least two business days before digging, not including the date of notification. Check utility responses to your 811 ticket by visiting **DigAlert.org** or **USANorth.org**.

 **Wait To Dig** until we either mark our natural gas pipelines or you are advised that the area is clear.

 **Use Only Hand Tools** within 24 inches on each side of marked utility line to carefully expose the exact locations of all lines.

A USA ticket is valid for 28 days. If work is to continue, the ticket must be updated prior to the end of 28 days.

**Note:** SoCalGas is responsible for marking natural gas pipelines up to the natural gas meter. To locate and mark customer-owned lines, which typically run from the meter to natural gas equipment, contact a qualified pipe-locating professional.

## How to Recognize a Natural Gas Leak

 **LOOK**
If you see a damaged connection to a natural gas appliance, dirt/water blowing into the air, a dry patch of grass, fire or an explosion near a pipeline.

 **LISTEN**
If you hear unusual sounds like hissing or whistling.

 **SMELL**
If you smell the distinctive odor* of natural gas.

*Some persons may not be able to smell the odor because they have a diminished sense of smell due to a respiratory illness or another physical condition, olfactory fatigue (normal, temporary inability to distinguish an odor after prolonged exposure to it), or because the odor is being hidden by other odors present. In addition, certain pipeline and soil conditions can cause odor fade (the loss of odorant so that it is not detectable by smell).

## If You Smell Natural Gas Or Suspect A Leak



**Immediately  Evacuate The Area.**

~~**CALL SoCalGas** at 1-800-427-2200 from a safe location.~~

**CALL 911 promptly**, from a safe location, if there is damage resulting in a natural gas leak that may endanger life, cause bodily harm or property damage.

**DO NOT** smoke or light a match, candle or create any other flame. Static electricity can ignite leaking natural gas.

**DO NOT** use machinery, turn electric appliances or lights on or off, or use any device that could cause a spark.

**DO NOT** attempt to control the leak or repair a damaged pipe or meter.





For more safety and prevention information, visit **socalgas.com/Safety**



**SoCalGas.**

# Important Natural Gas Safety Information

## Provide Clear Access To Pipelines

SoCalGas operates natural gas pipelines underground in residential and commercial areas, where you or your company may be receiving natural gas services and/or need to dig or excavate. To safely perform inspections and respond to pipeline emergencies, we must be able to access the pipeline right-of-way. Please keep the area above pipelines accessible and clear of obstructions, such as shrubs, trees, fences, and other structures. You can also support SoCalGas's safety efforts by contacting 811 before digging.

## Pipeline Maintenance and Your Safety

SoCalGas uses pipelines to deliver natural gas to residential and business customers for heating, cooking, manufacturing and other purposes. As part of our commitment to safety, we perform a range of pipeline maintenance tasks, including patrolling, testing, repairing, and replacing pipelines. To support these efforts, our employees participate in ongoing technical training and testing.

We monitor the quality of natural gas and add a distinctive odor to assist with leak detection, and we maintain ongoing relationships with emergency response officials to prepare for and respond to any pipeline emergency.

For more information on our integrity management plan outline, visit **socalgas.com/PipelineSafety**.

## Locate The Major Pipelines Near You



Most pipelines are buried underground. Pipeline markers identify the approximate locations of major pipelines and include our emergency number. Markers do not indicate the depth or number of pipelines in the area. You can view the approximate locations of major natural gas pipelines at **socalgas.com/Map** or on the National Pipeline Mapping System (NPMS) website at **npms. phmsa.dot.gov**. These maps only indicate the general location of pipelines and should never be used as a substitute for contacting 811.



**Report** any pipeline damage by calling SoCalGas immediately at **1-800-427-2200**. Even a slight gouge, scrape or dent to a pipeline may harm the integrity of the pipe or cause a dangerous leak in the future.

**Call 911** promptly after evacuating the area if the damage results in a natural gas leak that may endanger life, cause bodily harm, or property damage.

Para información de seguridad en español, visite **socalgas.com/Seguridad** o llame al 1-800-342-4545.

For more safety and prevention information, visit **socalgas.com/Safety**

© 2025 Southern California Gas Company. Trademarks are property of their respective owners. All rights reserved.   J076-4255FC   0725

9-2509

**EXHIBIT 11**



# Invoice

#EGOLD-12143047

**eGoldFax**
1409 Glenneyre Street, Suite B
Laguna Beach, California 92651
U.S.A.

Balance Due:
**$ 1,800.00**

Bill To:

Attn: Accounts Payable (Kristi)

**Palo Verde Hospital** (A00002870)
250 North 1st St
Blythe, California 92225
United States
accounts.payable@paloverdehospital.org
1-760- 922-4115 #7100

| | |
|---|---|
| Invoice Date: | 09/17/2025 |
| Terms: | Net 10 |
| Due Date: | 09/27/2025 |
| PO.#: | 210043 |

| Item & Description | Qty | Rate | Discount | Amount |
|---|---|---|---|---|
| 60000 Pages Per Month Charge<br>Period: 09/13/2025-10/12/2025 | 1 | $ 1,800.00 | $ 0.00 | $ 1,800.00 |

Thanks for your business.
Payment Options:
Visit the **Subscriber Portal**
Make a **Direct Payment**

| | |
|---|---|
| Total: | $ 1,800.00 |
| Payments/Credits Applied: | $ 0.00 |
| Balance Due: | $ 1,800.00 |

EXHIBIT 11, PAGE 111

**EXHIBIT 12**



Invoice

1 Heritage Dr.
Quincy, MA 02171
www.granitenet.com

**Palo Verde Hospital**
**250 N 1st St**
**Blythe, CA  92225**

ENTERED

SEP 0 8 2025

**Written Correspondence to:**
Granite Telecommunications, LLC
1 Heritage Dr.
Quincy, MA 02171

**Customer Service (Available 24/7) :**
(866) 847-5500
Email: custserv@granitenet.com

Scan QR code below for a one-time payment or to
SAVE with autopay enrollment!



| Account Information | |
| --- | --- |
| ACCOUNT NUMBER: | 05505937 |
| INVOICE DATE: | 9/1/25 |

PAYMENT DUE UPON RECEIPT

| Savings Summary | |
| --- | --- |
| MONTHLY SAVINGS: | $0.00 |
| ANNUAL SAVINGS: | $0.00 |
| LIFETIME SAVINGS: | $0.00 |

| Account Summary | | |
| --- | --- | --- |
| PREVIOUS BALANCE DUE: | | $9,058.17 |
| PAYMENTS RECEIVED THRU | 9/01/25 | $6,012.70 |
| CURRENT CHARGES, TAXES, SURCHARGES: | | $1,599.80 |
| ADJUSTMENTS: | | -$110.46 |

| **TOTAL AMOUNT DUE:** | **$4,534.81** |
| --- | --- |

PLEASE SEE FOLLOWING PAGE(S) FOR DETAILS

## Special Message

Thank you for keeping your account current.  For additional summary reports, please access your Rock Report Center at
https://rockreports.granitenet.com.  Please contact our Customer Service department with any issues or questions.

Attention: For information regarding CA, CT, NY, IA, PA & TN Relay Service Directory Page, please visit Granitenet.com/legal.

# P A Y M E N T     C O U P O N

- Make checks payable to Granite Telecommunications
- Please return this portion with your payment to ensure proper credit
- For address or phone changes please contact our 24/7 Customer Service Team.
- Please do not staple, tape, or glue payment to Payment Coupon.

| YOUR ACCOUNT NUMBER: | 05505937 |
| --- | --- |
| INVOICE NUMBER: | 714916242 |
| INVOICE DATE: | 9/1/25 |

**Palo Verde Hospital**
**250 N 1st St**
**Blythe, CA  92225**

| Due Date Upon Receipt | |
| --- | --- |
| Amount Due | **$4,534.81** |
| Amount Enclosed | . |

*Remit payment to:*     **Granite Telecommunications LLC**
**P.O. Box 830103**
**Philadelphia, PA 19182-0103**

0550593707149162420004534813



Account Number : 05505937

Invoice: 714916242          Invoice Date: 09/01/2025

OPEN INVOICES FOR: 05505937

| Invoice Date | Invoice Number | Original Amount (includes any Late Fees) | Payments | Adjustments | Previous Balance | Current Payments and Adjustments | Amount Due |
|---|---|---|---|---|---|---|---|
| 07/31/2025 | 710629107 | $1,694.37 | $0.00 | $0.00 | $1,694.37 | $0.00 | $1,694.37 |
| 06/30/2025 | 701966324 | $2,030.73 | $0.00 | $0.00 | $450.55 | $790.09 | $1,240.64 |
| 05/31/2025 | 698788357 | $6,012.70 | $0.00 | ($679.63) | $5,333.07 | ($5,333.07) | $0.00 |
| | Payments In Process: **$1,580.18** | | Total Previous Balance:**$ 9,058.17** | | Total Outstanding Invoices: | **$ 2,935.01** | |

For further details on a balance due for the above invoices(s) - please visit RockReports to view original invoice details.
https://rockreports.granitenet.com
If you need assistance with RockReports, please contact: EVAN VIGNEAU



Account Number : 05505937

Invoice:  714916242                    Invoice Date: 09/01/2025

## Branch Billing Summary - Parent Pays

| ACCOUNT | NAME | CITY / STATE | CALLS | MIN | USAGE | TAX / SURCHRG | CHARGES | ADJUST | SUB-TOT |
|---|---|---|---|---|---|---|---|---|---|
| 05510166 | 250 N 1st St | Blythe, CA | 1,867 | 3,967.50 | $1.40 | $214.95 | $1,168.79 | $0.00 | $1,385.14 |
| 05510167 | 291 N. 2nd St. | Blythe, CA | 1,096 | 1,647.00 | $0.00 | $23.38 | $147.25 | $0.00 | $170.63 |
| Subtotal | | | **2,963** | **5,614.5** | **$1.40** | **$238.33** | **$1,316.04** | **$0.00** | **$1,555.77** |
| Totals | | | **2,963** | **5,614.5** | **$1.40** | **$238.33** | **$1,316.04** | **$0.00** | **$1,555.77** |



Account Number : 05505937
Invoice: 714916242      Invoice Date: 09/01/2025

**Breakdown - Payments and Adjustments**

| DESCRIPTION | AMOUNT |
|---|---|
| Lockbox Batch(4380378) Deposit | -$6,012.70 |
| Rollout | -$110.46 |
| **Subtotal** | **-$6,123.16** |

**Late Fee Charges**

| | |
|---|---|
| Late Fee | $44.03 |

EXHIBIT 12, PAGE 115



Account Number : 05510166
Invoice: 714916847     Invoice Date: 09/01/2025

**Location :** **250 N 1st St**

250 N 1st St | Blythe | CA | 92225

## Local Service:

| Local Usage | Calls | Mins | | | Cost |
|---|---|---|---|---|---|
| Local - Dedicated | 1,462 | 2,984.00 | | | $0.00 |
| Regional - Dedicated | 113 | 301.00 | | | $0.00 |
| Subtotal: | 1,575 | 3,285.00 | | | $0.00 |

| | Calls | Mins | LEC | Discount | Savings | Cost |
|---|---|---|---|---|---|---|
| Local Totals: | 1,575 | 3,285.00 | $0.00 | 0% | $0.00 | $0.00 |

## High Capacity Service:

| | Cost |
|---|---|
| Voice | $1,066.26 |
| Subtotal: | $1,066.26 |

| | LEC | Discount | Savings | Cost |
|---|---|---|---|---|
| High Capacity Totals: | $0.00 | 0% | $0.00 | $1,066.26 |

## Long Distance:

| Long Distance Usage | Calls | Mins | Cost |
|---|---|---|---|
| International | 2 | 14.00 | $1.40 |
| Interstate IntraLata Dedicated 1+ | 12 | 16.00 | $0.00 |
| Intrastate Dedicated 1+ | 203 | 448.00 | $0.00 |
| Offshore/Independent | 5 | 10.00 | $0.00 |
| T1 Interstate InterLata Dedicated 1+ | 70 | 194.50 | $0.00 |
| Subtotal: | 292 | 682.50 | $1.40 |

| | Calls | Mins | Cost |
|---|---|---|---|
| Long Distance Totals: | 292 | 682.50 | $1.40 |

## Taxes and Surcharges

| FEDERAL | |
|---|---|
| SS7 Surcharge | $1.87 |
| FUSF (VoIP) | $155.33 |
| Fed Universal Service Fund | $1.18 |
| Federal Excise Tax | $2.01 |
| Federal & State Surcharge Recovery | $40.68 |
| **State** | |
| CA PUC Fee | $1.09 |
| P.U.C. Fee (VoIP) NF | $6.42 |
| Sales Tax | $4.37 |
| **County** | |
| District Tax | $0.36 |
| Sales Tax | $0.91 |
| **City** | |
| Sales Tax | $0.73 |
| **Taxes and Surcharges** | **$214.95** |

## Other Charges

| Monthly | |
|---|---|
| CPE-RENT Algo Algo8301 | $13.99 |
| CPE-RENT Grandstream GBX20 - GRP2615 | $4.99 |
| CPE-RENT Grandstream WP820 WiFi Phone | $53.91 |
| Spam Protection Charge | $29.64 |



Account Number : 05510166

Invoice: 714916847        Invoice Date: 09/01/2025

| | |
|---|---|
| Subtotal: | $102.53 |

**Summary:**

| | |
|---|---|
| Local Total | $0.00 |
| High Capacity Total | $1,066.26 |
| LD Total | $1.40 |
| Taxes and Surcharges Total | $214.95 |
| Other Charges | $102.53 |
| **Total:** | **$1,385.14** |

## Breakdown - Payments and Adjustments

| DESCRIPTION | AMOUNT |
|---|---|

Subtotal

## Late Fee Charges

| | |
|---|---|
| Late Fee | $0.00 |

## Breakdown - High Capacity Service and Features

Monthly

| Circuit ID: | HPBX_05510166 | Charge Amount | Quantity | Charge Total | Period From | Period To |
|---|---|---|---|---|---|---|
| | **High Capacity Service** | | | | | |
| | Administrative Service Fee | $17.05 | 1 | $17.05 | 9/1/25 | 9/30/25 |
| | Network Access Charge | $2.00 | 78 | $156.00 | 9/1/25 | 9/30/25 |
| | Property Tax Allotment | $34.00 | 1 | $34.00 | 9/1/25 | 9/30/25 |
| | | Subtotal | | $207.05 | | |
| | **High Capacity Feature** | | | | | |
| | Additional Line Extension | $5.00 | 3 | $15.00 | 9/1/25 | 9/30/25 |
| | Base Plan - Hosted PBX | $8.99 | 8 | $71.92 | 9/1/25 | 9/30/25 |
| | Business Plan - Hosted PBX | $10.99 | 70 | $769.30 | 9/1/25 | 9/30/25 |
| | DID Monthly Recurring Charge | $0.00 | 81 | $0.00 | 9/1/25 | 9/30/25 |
| | MLHG Pilot | $2.99 | 1 | $2.99 | 9/1/25 | 9/30/25 |
| | | Subtotal | | $859.21 | | |
| | | Subtotal For Circuit | | $1,066.26 | | |

| | |
|---|---|
| Total : High Capacity Services and Features | $1,066.26 |

EXHIBIT 12, PAGE 117



Account Number : 05510167

Invoice: 714916848      Invoice Date: 09/01/2025

**Location :**   **291 N. 2nd St.**

291 N. 2nd St. | Blythe | CA | 92225

## Local Service:

| Local Usage | Calls | Mins | | | | Cost |
|---|---|---|---|---|---|---|
| Local - Dedicated | 981 | 1,445.00 | | | | $0.00 |
| Regional - Dedicated | 13 | 19.00 | | | | $0.00 |
| **Subtotal:** | **994** | **1,464.00** | | | | **$0.00** |

| | Calls | Mins | LEC | Discount | Savings | Cost |
|---|---|---|---|---|---|---|
| **Local Totals:** | **994** | **1,464.00** | **$0.00** | **0%** | **$0.00** | **$0.00** |

## High Capacity Service:

| | Cost |
|---|---|
| Voice | $138.27 |
| **Subtotal:** | **$138.27** |

| | | | LEC | Discount | Savings | Cost |
|---|---|---|---|---|---|---|
| **High Capacity Totals:** | | | **$0.00** | **0%** | **$0.00** | **$138.27** |

## Long Distance:

| Long Distance Usage | Calls | Mins | Cost |
|---|---|---|---|
| Interstate IntraLata Dedicated 1+ | 1 | 7.50 | $0.00 |
| Intrastate Dedicated 1+ | 97 | 167.50 | $0.00 |
| T1 Interstate InterLata Dedicated 1+ | 4 | 8.00 | $0.00 |
| **Subtotal:** | **102** | **183.00** | **$0.00** |

| | Calls | Mins | Cost |
|---|---|---|---|
| **Long Distance Totals:** | **102** | **183.00** | **$0.00** |

## Taxes and Surcharges

| | |
|---|---|
| **FEDERAL** | |
| SS7 Surcharge | $1.10 |
| FUSF (VoIP) | $15.90 |
| Fed Universal Service Fund | $0.40 |
| Federal Excise Tax | $0.28 |
| Federal & State Surcharge Recovery | $4.23 |
| **State** | |
| CA PUC Fee | $0.12 |
| P.U.C. Fee (VoIP) NF | $0.83 |
| Sales Tax | $0.36 |
| **County** | |
| District Tax | $0.03 |
| Sales Tax | $0.07 |
| **City** | |
| Sales Tax | $0.06 |
| **Taxes and Surcharges** | **$23.38** |

## Other Charges

| **Monthly** | |
|---|---|
| CPE-RENT Grandstream 26 Wall Mount Brac | $5.94 |
| Spam Protection Charge | $3.04 |
| **Subtotal:** | **$8.98** |



Account Number : 05510167
Invoice:  714916848            Invoice Date: 09/01/2025

## Summary:

| | | |
|---|---|---|
| Local Total | | $0.00 |
| High Capacity Total | | $138.27 |
| LD Total | | $0.00 |
| Taxes and Surcharges Total | | $23.38 |
| Other Charges | | $8.98 |
| **Total:** | | **$170.63** |

## Breakdown - Payments and Adjustments

| DESCRIPTION | AMOUNT |
|---|---|
| Subtotal | |

## Late Fee Charges

| | |
|---|---|
| Late Fee | $0.00 |

## Breakdown - High Capacity Service and Features

Monthly

Circuit ID:    GPB_05510167

| | Charge Amount | Quantity | Charge Total | Period From | Period To |
|---|---|---|---|---|---|
| **High Capacity Service** | | | | | |
| Administrative Service Fee | $2.29 | 1 | $2.29 | 9/1/25 | 9/30/25 |
| Network Access Charge | $2.00 | 8 | $16.00 | 9/1/25 | 9/30/25 |
| Property Tax Allotment | $4.56 | 1 | $4.56 | 9/1/25 | 9/30/25 |
| Subtotal | | | $22.85 | | |
| **High Capacity Feature** | | | | | |
| Business Plan - Hosted PBX | $10.99 | 8 | $87.92 | 9/1/25 | 9/30/25 |
| DID Monthly Recurring Charge | $0.00 | 9 | $0.00 | 9/1/25 | 9/30/25 |
| Premium Attendant | $27.50 | 1 | $27.50 | 9/1/25 | 9/30/25 |
| Subtotal | | | **$115.42** | | |
| Subtotal For Circuit | | | **$138.27** | | |

Total : High Capacity Services and Features                    $138.27

EXHIBIT 12, PAGE 119



Payment is requested upon receipt.  Amounts unpaid after the due date become subject to late payment charges of 1.5% or higher amounts as permitted by law.  Additional fees are charged for payments by credit card or returned checks. Please feel free to contact Granite Customer Service with any questions, or concerns at
866-847-5500 or custserv@granitenet.com
All written correspondence can be remitted to address: 1 Heritage Dr. Quincy, MA 02171
Products and services provided under a term agreement
will be subject to adjustment after the term's expiration to Granite's then-standard monthly rates.
**California customers:** If you believe there is an error on your bill or have a question about your service, please call **Granite Telecommunications, LLC** customer support at **(866) 847-5500.** If you are not satisfied with **Granite Telecommunications, LLC's** response, submit a complaint to the California Public Utilities Commission (CPUC) by visiting http://www.cpuc.ca.gov/complaints/. Billing and service complaints are handled by the CPUC's Consumer Affairs Branch (CAB), which can be reached by the following means if you prefer not to submit your complaint online:

      **Telephone:**    **1-800-649-7570 (8:30 AM to 4:30 PM, Monday through Friday)**
      **Mail:**    **California Public Utilities Commission, Consumer Affairs Branch,**
              **505 Van Ness Avenue, Room 2003, San Francisco, CA 94102**

If you have limitations hearing or speaking, dial 711 to reach the California Relay Service, which is for those needing direct assistance relaying telephone conversations, as well their friends, family, and business contacts. If you prefer having your calls immediately answered in your mode of communication, dial one of the toll-free language-specific numbers below to be routed to the California Relay Service provider.

| Type of call | Language | Toll-free 800 Number |
|---|---|---|
| TTY/VCO/HCO to Voice | English<br>Spanish | 1-800-735-2929<br>1-800-855-3000 |
| Voice to TTY/VCO/HCO | English<br>Spanish | 1-800-735-2922<br>1-800-855-3000 |
| From or to Speech-to- Speech | English & Spanish | 1-800-854-7784 |

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC **specifically regarding the accuracy of your bill**, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**Colorado customers**: As of July1,2012, all telecommunications customers are required to be billed a 2.9% fee for the Colorado Universal Service Fund by the Colorado PUC established by state law. For more information, please contact Granite Telecommunications customer service department.

**Connecticut customers:** The telephone number for the Department of Public Utility Control is 1.860.827.1553.

**Indiana customers:**  May request caller ID and blocking.

**Iowa customers:** Customers should first seek to resolve billing disputes by contacting toll-free customer service at (866) 847-5500. Customer service personnel are available to address customer service issues twenty-four (24) hours a day. Granite Telecommunications may also be contacted via email at custserv@granitenet.com or via U.S. Mail at 1 Heritage Dr., Quincy, Massachusetts 02171. If Granite Telecommunications does not resolve your complaint, you may request assistance from the Iowa Utilities Division, 350 Maple Street, Des Moines, Iowa 50319, (515) 281-3839 or toll-free (877) 565-4450.

**Massachusetts customers:** May request blocking for voice information services and chat lines free of charge.

**New Hampshire customers:** Granite Telecommunications operates under the name of Cornerstone Communications in the state of New Hampshire.

**Ohio customers:**  If your questions are not resolved after you have called Granite Telecommunications, LLC, customers may call the Public Utilities Commission of Ohio (PUCO), toll free at 1.800.686.7826 or 1.614.466.3292, or for TDD/TTY toll free at 1.800.686.1570 or 1.614.466.8180, from 8:00 a.m. until 5:00 p.m. weekdays, or visit the PUCO website at www.puco.ohio.gov.  Residential customers may call the Ohio consumers' counsel (OCC), toll free at 1.877.742.5622 from 8:30 a.m. until 5:30 p.m. weekdays, or visit the OCC website at www.pickocc.org.

**Ohio customers:** Nonpayment of toll charges may result in the disconnection of toll service and collection action, but will not result in the disconnection of local service.

 Outlook

## Re: Granite Invoice dated Sept 1-2025

**From** Reepak Gugga <Reepak.Gugga@paloverdehospital.org>

**Date** Mon 2025-09-08 8:23 AM

**To** Accounts Payable <accounts.payable@paloverdehospital.org>

**Cc** Jason Osborne <jason.osborne@paloverdehospital.org>

Hi Kristi,

Yes, this is cleared to pay.

Reepak

*Reepak Gugga MHA*
I.T. Manager
Palo Verde Hospital
I.T. Department
250 N First Street
Blythe, CA 92225
760-921-5164
Reepak.Gugga@paloverdehospital.org



CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information, and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or storage of this message or its attachments is strictly prohibited.

EXHIBIT 12, PAGE 121

**From:** Accounts Payable <accounts.payable@paloverdehospital.org>
**Sent:** Monday, September 8, 2025 7:58 AM
**To:** Reepak Gugga <Reepak.Gugga@paloverdehospital.org>
**Cc:** Jason Osborne <jason.osborne@paloverdehospital.org>
**Subject:** Granite Invoice dated Sept 1-2025

Hi
 please review and convey if OK to pay


Kristi Flanagan

Accounts Payable

Palo Verde Hospital

250 N First Street

Blythe, CA 92225

760-922-7100 (tel)

760-921-5216 (fax)





CONFIDENTIALITY NOTICE:

This communication, including attachments, is for the exclusive use of the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this by mistake, please contact the sender immediately.

**EXHIBIT 13**

Docusign Envelope ID: E7C57600-7AC6-4390-B8E6-6E2CDA29AEBD

**Stericycle** | **Shred-it**
We protect what matters.    A Stericycle® Solution

Stericycle has updated its Schedule of Ancillary Charges. For more information, please click the 'Fees' link on www.stericycle.com

| TAX ID:   36-3640402 | Page 1 of 4 |
|---|---|
| Customer No. (Payer) | 3000972718 |
| Invoice No. | 8011899545 |
| Invoice Date | 08-31-2025 |
| **Due Date** | **09-30-2025** |
| **Total Invoice Charges** | **$736.57** |
| Payment Terms | Net due in 30 days |

PALO VERDE MEDICAL CENTER
Accounts Payable
250 N 1ST ST
BLYTHE, CA 92225-1702
USA



For Billing, Scheduling or Customer service: 1-866-783-7422 Hours of Operation:(Mon-Fri) 7 AM to 7 PM or visit MyStericycle.com

| Service Date | Customer PO | Proof of Service | Service Description | Qty | Unit of Measure | Unit Price | Surcharges/ Discounts | Subtotal Price |
|---|---|---|---|---|---|---|---|---|
| Invoice Charges | | | | | | | | |
| Site#:   3000972718 PALO VERDE MEDICAL CENTER 250 N 1ST ST BLYTHE CA 92225-1702 | | | | | | | | |
| 07-28-2025 | | 8177201266 | REGULATED MEDICAL WASTE SERVICEAUTOCLAVE | | | | | |
| | | | 43 GAL TUB W/HINGED LID REUSABLE | 6 | EA | $20.80 | | $124.80 |
| | | | Manifest: HS0009045155 | | | | | |
| | | | *Record Retention per Stop* | | | | $9.75 | |

------------------------------------------------------------
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| CUSTOMER NO | INVOICE DATE | INVOICE NO. | TOTAL INVOICE CHARGE |
|---|---|---|---|
| 3000972718 | 08-31-2025 | 8011899545 | $736.57 |
| **CHECK NO.** | | **AMOUNT ENCLOSED** | |
| - | | $ | |

Be sure to write your customer number on your check.

Please log onto MyStericycle.com to make an electronic payment.

9/16/2025

Signed by:
*Drew Dickey*
5F58D69E890F44E...

10700

670035

=============ADDRESSEE=============
PALO VERDE MEDICAL CENTER
Accounts Payable
250 N 1ST ST
BLYTHE, CA 92225-1702
USA

=============REMIT TO=============
Stericycle, Inc.
28883 Network Place
Chicago, IL 60673-1288

028883 3000972718 0000008011899545 0000073657 7

EXHIBIT 13, PAGE 123

Docusign Envelope ID: E7C57600-7AC6-4390-B8E6-6E2CDA29AEBD

Page 2 of 4

STERICYCLE, INC   1-866-783-7422

PALO VERDE MEDICAL CENTER      Customer #: 3000972718      Invoice #:8011899545      Invoice Date : 08-31-2025

| Service Date | Customer PO | Proof of Service | Service Description | Qty | Unit of Measure | Unit Price | Surcharges/ Discounts | Subtotal Price |
|---|---|---|---|---|---|---|---|---|
| Invoice Charges | | | | | | | | |
| Site#:  3000972718 PALO VERDE MEDICAL CENTER 250 N 1ST ST BLYTHE CA 92225-1702 | | | | | | | | |
| 07-28-2025 | | 8177201266 | RX PHARMACEUTICAL SERVICE | | | | | |
| | | | 22 GAL BOX WHITE 17X14X19 Manifest: NS0009045156 | | EA | | | |
| 08-04-2025 | | 8177402076 | REGULATED MEDICAL WASTE SERVICEAUTOCLAVE | | | | | |
| | | | 43 GAL TUB W/HINGED LID REUSABLE Manifest: HS0009134199 | 5 | EA | $20.80 | | $104.00 |
| | | | Record Retention per Stop | | | | $9.75 | |
| 08-04-2025 | | 8177402076 | RX PHARMACEUTICAL SERVICE | | | | | |
| | | | 22 GAL BOX WHITE 17X14X19 Manifest: NS0009134200 | | EA | | | |
| 08-11-2025 | | 8177604579 | REGULATED MEDICAL WASTE SERVICEAUTOCLAVE | | | | | |
| | | | 43 GAL TUB W/HINGED LID REUSABLE Manifest: HS0009229281 | 5 | EA | $20.80 | | $104.00 |
| | | | Record Retention per Stop | | | | $9.75 | |
| 08-11-2025 | | 8177604579 | RX PHARMACEUTICAL SERVICE | | | | | |
| | | | 22 GAL BOX WHITE 17X14X19 Manifest: NS0009229282 | 1 | EA | $41.62 | | $41.62 |

EXHIBIT 13, PAGE 124

Docusign Envelope ID: E7C57600-7AC6-4390-B8E6-6E2CDA29AEBD

Page 3 of 4

STERICYCLE, INC      1-866-783-7422

PALO VERDE MEDICAL CENTER        Customer #: 3000972718      Invoice #:8011899545      Invoice Date : 08-31-2025

| Service Date | Customer PO | Proof of Service | Service Description | Qty | Unit of Measure | Unit Price | Surcharges/ Discounts | Subtotal Price |
|---|---|---|---|---|---|---|---|---|
| Invoice Charges | | | | | | | | |
| 08-18-2025 | | 8177803992 | REGULATED MEDICAL WASTE SERVICEAUTOCLAVE | | | | | |
| | | | 43 GAL TUB W/HINGED LID REUSABLE | 5 | EA | $20.80 | | $104.00 |
| | | | Manifest: HS0009637113 | | | | | |
| | | | *Record Retention per Stop* | | | | $9.75 | |
| 08-18-2025 | | 8177803992 | RX PHARMACEUTICAL SERVICE | | | | | |
| | | | 22 GAL BOX WHITE 17X14X19 | | EA | | | |
| | | | Manifest: NS0009637114 | | | | | |
| 08-25-2025 | | 8178004853 | REGULATED MEDICAL WASTE SERVICEAUTOCLAVE | | | | | |
| | | | 43 GAL TUB W/HINGED LID REUSABLE | 6 | EA | $20.80 | | $124.80 |
| | | | Manifest: HS0009491878 | | | | | |
| | | | *Record Retention per Stop* | | | | $9.75 | |
| 08-25-2025 | | 8178004853 | RX PHARMACEUTICAL SERVICE | | | | | |
| | | | 22 GAL BOX WHITE 17X14X19 | | EA | | | |
| | | | Manifest: NS0009491879 | | | | | |
| | | | *Service Cost Recovery Fee* | | | | $34.69 | |
| | | | *Energy Surcharge* | | | | $49.91 | |

|  |  |
|---|---|
| **Sub Total** | $603.22 |
| **Surcharges/ Discounts** | $133.35 |
| **Tax Total** | $0.00 |
| **Site Total** | $736.57 |
| **Total Invoice Charges** | $736.57 |



EXHIBIT 13, PAGE 125

Docusign Envelope ID: E7C57600-7AC6-4390-B8E6-6E2CDA29AEBD

STERICYCLE, INC    1-866-783-7422

PALO VERDE MEDICAL CENTER    Customer #: 3000972718    Invoice #:8011899545    Invoice Date : 08-31-2025

| Service Date | Customer PO | Proof of Service | Service Description | Qty | Unit of Measure | Unit Price | Surcharges/ Discounts | Subtotal Price |
|---|---|---|---|---|---|---|---|---|

Invoice Charges

**EXHIBIT 14**

Docusign Envelope ID: FDE6FFAD-1D81-4F12-9DCE-B70BB0454052

CULLIGAN WATER CONDITIONING
140 N. SPRING STREET
WWW.CULLIGANOFBLYTHE.COM
BLYTHE CA 92225-1633
(760) 922-5701                          0646582                002920

DELIVERY ADDRESS:
PALO VERDE HOSPITAL                      09/05/2025            10/03/2025
250 N. 1ST STREET-BOILER ROOM
BLYTHE CA 92225
(760) 921-5275

                                   10700

                                   690000

| 01M | PORTABLE EXCHANGE RENTAL SERVICE FROM 09/05/2025 TO 10/02/2025 | 5 | 176.88 | 884.40 |

Signed by:
Drew Dickey
5F58D69E890F44E...
9/10/2025

NET 28                                                        884.40

CULLIGAN WATER CONDITIONING
140 N. SPRING STREET
WWW.CULLIGANOFBLYTHE.COM
BLYTHE CA 92225-1633

                0646582                002920                10/03/2025

                                884.40

PALO VERDE HOSPITAL
250 N. 1ST STREET
BLYTHE CA 92225

                            CULLIGAN WATER CONDITIONING
                            140 N. SPRING STREET
                            WWW.CULLIGANOFBLYTHE.COM
                            BLYTHE CA 92225-1633

EXHIBIT 14, PAGE 127

**EXHIBIT 15**

Docusign Envelope ID: 5DC992F4-FA1C-43BA-B739-0AF5B2142B93

**Mr. Pest Control**
209 Whispering Winds
Blythe, CA 92225
7606252643

# INVOICE



Palo Verde Hospital
250 North 1st Street
Blythe, CA 92225

**Service Address**

250 North 1st Street
Palo Verde Hospital
250 North 1st Street
Blythe, CA 92225

Palo Verde Hospital
(760) 922-4115 Mobile

| | |
|---|---|
| Account # | 5417 |
| Invoice # | 15185 |
| Invoice Date | 09/11/25 |
| **Invoice Total** | **$400.00** |

| ITEM | DESCRIPTION | COST | QTY | PRICE |
|---|---|---|---|---|
| Monthly Service | | | | |
| Monthly Service | | $400.00 | 1 | $400.00 |
| | General maintenance monthly. | | | |

**Terms**
Payment is due on receipt.

**Notes**

Thank you for your business!

Next Service Date: 10/09/25

| | |
|---|---|
| **Subtotal** | **$400.00** |
| **Total** | **$400.00** |
| **Amount Paid** | $0.00 |
| **Amount Due** | **$400.00** |
| **Account Balance** | $400.00 |
| **Balance Due** | **$800.00** |

| MATERIALS | UNIT | DILUTION | METHOD | LOCATION | TARGET | CUSTOM MATERIAL |
|---|---|---|---|---|---|---|
| Alpine WSG 40% 499-561 | 40 grams | .08 | Exterior Perimeter | Ext. Inspection, Exterior Foundation, Exterior Perimeter, Int. Inspection, Interior Baseboards, Interior Perimeter, Dewebb | Roaches, Scorpions, Sowbugs, Spiders, Ants, Beetles, Crickets, Earwigs, General Maintenance | |
| Essentria ic3 0.08% 25b | 1 floz | .06 | Interior Perimeter | Int. Inspection, Interior Baseboards, Interior Perimeter, Kitchen, Bathroom, Bathroom(s) | Scorpions, Sowbugs, Spiders, General Maintenance, Ants, Beetles, Crickets, Earwigs | |
| Inspection Only | | | Interior Perimeter | Ext. Inspection, Exterior Foundation, Exterior Perimeter, Int. Inspection, Interior Baseboards, Interior Perimeter | General Maintenance | |

Eliseo Reyes FR63671


Signed by:
Drew Dickey
5F58D69E890F44E...

9/11/2025

10700

690000

EXHIBIT 15, PAGE 128

Docusign Envelope ID: 5DC992F4-FA1C-43BA-B739-0AF5B2142B93

## PAYMENT STUB

Mr. Pest Control
209 Whispering Winds
Blythe, CA 92225

| | |
|---|---:|
| **Customer** | Palo Verde Hospital |
| **Account #** | 5417 |
| **Invoice #** | 15185 |
| **Invoice Date** | 09/11/25 |
| **Balance Due** | $800.00 |
| **Amount Enclosed** | |

EXHIBIT 15, PAGE 129

Docusign Envelope ID: 5DC992F4-FA1C-43BA-B739-0AF5B2142B93

**Mr. Pest Control**
209 Whispering Winds
Blythe, CA 92225
7606252643

# INVOICE



Palo Verde Hospital Clinic
291 South 2nd Street
Blythe, CA 92225

**Service Address**

291 N 2nd Street
Palo Verde Hospital Clinic
291 South 2nd Street
Blythe, CA 92225

Palo Verde Hospital Clinic
(760) 922-4115 Mobile

| | |
|---|---|
| Account # | 5416 |
| Invoice # | 15186 |
| Invoice Date | 09/11/25 |
| **Invoice Total** | **$150.00** |

| ITEM | DESCRIPTION | COST | QTY | PRICE |
|---|---|---|---|---|
| Monthly Service | | | | |
| Monthly Service | | $150.00 | 1 | $150.00 |
| | General maintenance monthly. | | | |

**Terms**
Payment is due on receipt.

**Notes**

Thank you for your business!

Next Service Date: 10/09/25

| | |
|---|---|
| **Subtotal** | **$150.00** |
| **Total** | **$150.00** |
| **Amount Paid** | $0.00 |
| **Amount Due** | **$150.00** |
| **Account Balance** | $150.00 |
| **Balance Due** | **$300.00** |

| MATERIALS | UNIT | DILUTION | METHOD | LOCATION | TARGET | CUSTOM MATERIAL |
|---|---|---|---|---|---|---|
| Essentria ic3 0.08% 25b | 1 floz | .08 | Interior Perimeter | Int. Inspection, Interior Baseboards, Interior Perimeter | Scorpions, Roaches, Sowbugs, Spiders, General Maintenance, Ants, Beetles, Crickets, Earwigs, Fire ants | |
| Alpine WSG 40% 499-561 | 40 grams | .08 | Exterior Perimeter | Interior Baseboards, Int. Inspection, Exterior Perimeter, Exterior Foundation, Ext. Inspection, Interior Perimeter, Dewebb | General Maintenance, Earwigs, Roaches, Scorpions, Sowbugs, Spiders, Beetles, Ants, Crickets | |
| Inspection Only | | | Interior Perimeter | Interior Perimeter, Ext. Inspection, Exterior Foundation, Exterior Perimeter, Dumpster Area, Int. Inspection, Interior Baseboards | Ants, Beetles, Earwigs, Fire ants, Field Mice, General Maintenance, Roaches, Scorpions, Sowbugs, Spiders | |

Eliseo Reyes FR63671

Signed by:
Drew Dickey
5F58D69E890F44E...
9/11/2025

10700

690000

**EXHIBIT 15, PAGE 130**

Docusign Envelope ID: 5DC992F4-FA1C-43BA-B739-0AF5B2142B93

## PAYMENT STUB

Mr. Pest Control
209 Whispering Winds
Blythe, CA 92225

| | |
|---|---|
| **Customer** | Palo Verde Hospital Clinic |
| **Account #** | 5416 |
| **Invoice #** | 15186 |
| **Invoice Date** | 09/11/25 |
| **Balance Due** | $300.00 |
| **Amount Enclosed** | |

**EXHIBIT 16**

Docusign Envelope ID: C3440BE0-E284-4638-97E3-C9FBE5FC000A

**PLEASE REMIT PAYMENT TO:**
**Power Plus**
5500 E La Palma Ave
Anaheim, CA 92807



CUSTOMER SERVICE:  (800) 863-2525
(714) 507-1881
FAX: (714) 630-3440

| | |
|---|---|
| INVOICE NO: | G123866-35 |
| INVOICE DATE: | 7/3/2025 |
| DUE DATE: | UPON RECEIPT |

Palo Verde Hospital
250 N. First St.
Blythe, CA 92225-
ATTN: Drew Dickey

| | | |
|---|---|---|
| Job ID: | 81906 | AZ |
| Contract Number: | G123866 | |
| Unit ID: | AC0363 | |
| Serial Number: | UVC700363 | |

JOB NAME:    **Palo Verde Hospital**        AT: 250 N 1st St, Blythe
PO NUMBER:  208247
NOTES:

---

THIS INVOICE COVERS RENTAL OF (1)    150 KW GENERATOR

RENTAL PERIOD:    05/22/25    THRU    06/18/25            28

BILLING HOURS:    28    THRU    29    TOTAL HOURS:    1

UNIT RATES -        DAY :    $480.00    WEEK : $1,440.00    MONTH : $4,320.00
Rental rates are based on an 8hr day, 40hr week, and 160hr 28-day cycle.

---

| RENTALS / SERVICES | QTY | UNIT PRICE | AMOUNT | |
|---|---|---|---|---|
| GENERATOR RENTAL: 1 MONTH @ SINGLE SHIFT | 1 | $4,320.00 | $4,320.00 | T |
| 4/0 50' CORD (5/22 - 6/18) | 4 | $112.50 | $450.00 | T |
| HOURLY USAGE SERVICE FEE | 1 | $3.25 | $3.25 | |
| FUEL | 43 | $5.95 | $255.85 | T |
| FUEL DELIVERY FEE | 1 | $175.00 | $175.00 | |
| ENVIRONMENTAL SURCHARGE | 1 | $156.12 | $156.12 | |

---

**** THIS IS IN ADDITION TO ALL PREVIOUS BILLINGS. ****

| | |
|---|---|
| INVOICE SUBTOTAL: | $5,360.22 USD |
| TAX (8.75%): | $439.76 |
| INVOICE TOTAL: | $5,799.98 USD |

**Customer Invoice Notes:**

accounts.payable@paloverdehospital.org

**Job Invoice Notes:**
PO#208247

7/2/25

7/21/2025

Signed by:
Drew Dickey
5F58D09E890F44E

10700

680005

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **DEBTOR'S MOTION FOR ORDER (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT; MEMORANDUM OF POINTS AND AUTHORITIES; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF MICHAEL ROSE IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **<u>October 2, 2025</u>**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR DEBTOR PALO VERDE HEALTHCARE DISTRICT:** Devan De los Reyes
  ddelosreyes@marshackhays.com, ddelosreyes@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR DEBTOR PALO VERDE HEALTHCARE DISTRICT:** D Edward Hays
  ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR DEBTOR PALO VERDE HEALTHCARE DISTRICT:** Tinho Mang tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- **UNITED STATES TRUSTEE:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **<u>October 2, 2025</u>** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
**<u>DEBTOR</u>** –
Palo Verde Healthcare District
250 N. 1st Street
Blythe, CA 92225-1702

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **<u>October 2, 2025</u>**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**<u>PRESIDING JUDGE'S COPY</u> – VIA OVERNIGHT MAIL**
HONORABLE SCOTT H. YUN
UNITED STATES BANKRUPTCY COURT
3420 TWELFTH STREET, SUITE 345
RIVERSIDE, CA 92501-3819

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 2, 2025 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**3. SERVED VIA EMAIL:** CONTINUED:

**20 LARGEST CREDITOR – VIA EMAIL**
PERFORMANT HEALTHCARE SERVICES

**20 LARGEST CREDITOR – VIA EMAIL**
HEALTHCARE IT LEADERS

**20 LARGEST CREDITOR – VIA EMAIL**
MEDICAL SOLUTIONS

**20 LARGEST CREDITOR – VIA EMAIL**
COUNTY OF RIVERSIDE/EDA

**20 LARGEST CREDITOR – VIA EMAIL**
SCA CONSULTING

**20 LARGEST CREDITOR – VIA EMAIL**
ALTERA DIGITAL HEALTHCARE

**20 LARGEST CREDITOR – VIA EMAIL**
CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES DISPROPORTIONATE SHARE HOSPITAL UNIT - SB1100

**20 LARGEST CREDITOR – VIA EMAIL**
GEBBS HEALTHCARE SOLUTIONS

**20 LARGEST CREDITOR – VIA EMAIL**
BETA HEALTHCARE GROUP

**20 LARGEST CREDITOR – VIA EMAIL**
ORACLE HEALTH

**20 LARGEST CREDITOR – VIA EMAIL**
WIPFLI

**20 LARGEST CREDITOR – VIA EMAIL**
DEPARTMENT OF HEALTHCARE ACCESS & INFORMATION

**20 LARGEST CREDITOR – VIA EMAIL**
DR. HOSSAIN SAHLOLBEI

**20 LARGEST CREDITOR – VIA EMAIL**
THE GOOD LIFE MEDSTAFF

**20 LARGEST CREDITOR – VIA EMAIL**
AYA HEALTHCARE

**20 LARGEST CREDITOR – VIA EMAIL**
SIEMENS HEALTHCARE DIAGNOSTICS

**20 LARGEST CREDITOR – VIA EMAIL**
RADIOLOGY REPORTS

**20 LARGEST CREDITOR – VIA EMAIL**
HAEMONETICS CORPORATION

**20 LARGEST CREDITOR – VIA EMAIL**
CERTIFIED NURSING REGISTRY

**20 LARGEST CREDITOR – VIA EMAIL**
DR. MOSTAFA RAHIMI

**UTILITY PROVIDER**
FRONTIER

**UTILITY PROVIDER**
BLUE TECH SERVICES

**UTILITY PROVIDER**
TRL SYSTEMS

**UTILITY PROVIDER**
ALSCO

**UTILITY PROVIDER**
AT&T

**UTILITY PROVIDER**
EGOLDFAX

**UTILITY PROVIDER**
GRANITE TELECOMMUNICATIONS

**UTILITY PROVIDER**
MR. PEST CONTROL

**UTILITY PROVIDER**
POWER PLUS

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**