D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
DEVAN DE LOS REYES, #355913
ddelosreyes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for Debtor,
PALO VERDE HEALTHCARE DISTRICT.

**FILED & ENTERED**

**OCT 10 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>PALO VERDE HEALTHCARE DISTRICT,<br><br>Debtor. | Case No. 6:25-bk-17084-SY<br><br>Chapter 9<br><br>ORDER GRANTING MOTION AND SETTING CASE STATUS CONFERENCE; APPROVING FORM AND SUFFICIENCY OF NOTICE UNDER 11 U.S.C. § 923; AND SETTING DEADLINE TO FILE OBJECTIONS TO PETITION, AND PROCEDURES FOR DETERMINATION OF ELIGIBILITY<br><br>Hearing Held:<br>Date:   October 8, 2025<br>Time:   1:30 p.m.<br>Ctrm:   302<br>Place:   3420 Twelfth Street.,<br>          Riverside, CA  92501 |

On October 8, 2025, the court held a continued hearing on the Motion for Order Setting Case Status Conference; Approving Form and Sufficiency of Notice Under 11 U.S.C. § 923; and Setting Deadline to File Objections to Petition, and Procedures for Determination of Eligibility ("Motion"), filed by debtor, Palo Verde Healthcare District ("Debtor") on October 2, 2025, as Docket No. 5. D. Edward Hays and Tinho Mang appeared on behalf of the Debtor, whose representative in the courtroom was interim CFO Michael Rose. Abram S. Feuerstein appeared on behalf of Peter C.

Anderson, United States Trustee for Region 16. All other appearances were as noted on the record.

The court, having considered the Motion, the record in this case, the arguments, statements, and representations of counsel at the hearing, and for good cause appearing,

**IT IS ORDERED** that

1. The Motion is granted.

2. The form of publication notice attached to the Motion as Exhibit 4 is approved under 11 U.S.C. § 923.

3. The publication of this notice in The Desert Sun and The Palo Verde Valley Times once a week, for four consecutive weeks is sufficient to satisfy the demands of due under 11 U.S.C. § 923.

4. The court sets the following deadlines:

   a. No later than October 17, 2025, Debtor shall file its list of non-patient creditors and serve notice of the bankruptcy case and these deadlines to all non-patient creditors.

   b. No later than November 7, 2025, objections to eligibility under 11 U.S.C. § 109(c) shall be filed by any creditor or party in interest.

   c. If any objections are filed, Debtor shall file a reply no later than November 21, 2025.

///

///

///

5. A case status conference and a hearing will be held on December 3, 2025, at 1:30 p.m., as a preliminary hearing on eligibility at which the court may rule on any objections it deems sufficiently briefed to rule on. If further discovery or factfinding is necessary for the court to resolve any challenges to eligibility, this date may be treated as a status conference to set a discovery schedules and an evidentiary hearing on any contested issues of fact that require further fact finding.

###

Date: October 10, 2025

Scott H. Yun
United States Bankruptcy Judge

3