D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
DEVAN DE LOS REYES, #355913
ddelosreyes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Debtor,
PALO VERDE HEALTHCARE DISTRICT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>PALO VERDE HEALTHCARE DISTRICT,<br><br>Debtor. | Case No. 6:25-bk-17084-SY<br><br>Chapter 9<br><br>**DEBTOR'S FIRST STATUS REPORT**<br><br>Status Conference:<br>Date:     December 3, 2025<br>Time:    1:30 p.m.<br>Ctrm:    302<br>Location: United States Bankruptcy Court<br>                3420 Twelfth Street<br>                Riverside, CA 92501 |

TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

  Chapter 9 debtor, Palo Verde Healthcare District ("Debtor") respectfully submits this status report to the Court in advance of the December 3, 2025 status conference.

## 1.    Status Report

  On October 8, 2025, this Court held a hearing on the Debtor's first day motions, which were a Motion for Order Setting Status Conference; Approving Form and Sufficiency of Notice Under 11 U.S.C. § 923; and Setting Deadline to File Objections to Petition, and Procedures for Determining Eligibility ("Procedures Motion") and Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) ("Utility Motion").

The Court's order granting the Procedures Motion, among other things, (1) set a deadline of October 17, 2025 for the Debtor to file its list of non-patient creditors and serve notice of the bankruptcy case and these deadlines to all non-patient creditors; (2) set November 7, 2025 as the deadline to object to the Debtor's eligibility under 11 U.S.C. § 109(c) shall be filed by any creditor or party in interest; and (3) set a status conference date and preliminary hearing on Debtor's eligibility on December 3, 2025. *See* Dk. No. 22.

On October 17, 2025, as Dk. No. 28, Debtor filed a list of Debtor's non-patient creditors. Debtor also served notice of the bankruptcy case and deadlines on all non-patient creditors. *See* Dk. Nos. 31 and 33.

### A.    No Party Objected to Eligibility

By the deadline of November 7, 2025, no objections to Debtor's eligibility were filed. The Debtor respectfully requests that the Court enter the order for relief as unopposed.

### B.    Debtor's Current Condition

The Debtor has five current board members, and requires a quorum of three members to conduct business. Effective as of November 30, 2025, one of the five board members tendered her resignation.

The Debtor's financial condition remains precarious. Shortly prior to filing its bankruptcy petition, the Debtor posted a notice under the Worker Adjustment and Retraining Notification Act and California Labor Code section 1400 *et seq.* ("WARN Notice") providing an estimated layoff date of November 23, 2025.

In an open board meeting on November 19, 2025, the board voted to extend the WARN Notice closure date by another 60 days, intending to carry forward operations with available cash on hand and those funds which continue to be collected. While the Debtor hopes to rescind the WARN Notice in its entirety, it is not currently able to do so given its critically low cash reserves.

In October, Debtor sent out another batch of letters requesting assistance to various stakeholders, agencies, and elected officials. While the response from these letters has been positive, and the stakeholders, agencies, and elected officials have expressed a strong desire to procure

assistance for the Debtor, no government funding source has been confirmed to date. The Debtor may also seek approval from the Court of short-term financing if the lender requests Court approval.

Debtor is considering all available options and potential partners, including private parties, to provide financing or alternatively propose a structure under which the Debtor or its assets can be acquired[1] so that operations and healthcare in Blythe may continue. The board meeting on November 19, 2025 included presentations from four different potential partners, each with different proposed solutions. The Debtor is proceeding to investigate these options.

The Debtor's current objective is to secure permissible funding to participate in the Intergovernmental Transfer ("IGT") program with the California Department of Healthcare Services ("DHCS"), which is a voluntary participation program that is estimated to provide a net benefit of over $6 million to help the Debtor balance its budget in the coming fiscal year. The current stated deadline for participation is November 21, 2025, and the Debtor has requested an extension of this deadline in order to secure funding to participate.

### C. Additional Notice Parties (Patients)

The Debtor has previously provided notice to all non-patient creditors by first-class mail and notice to all other parties via publication. However, its list of creditors did not include all past patients which would be expected to be contingent, unliquidated, and disputed *potential* creditors. Furthermore, certain past patients may be actual creditors as a result of a March 2025 data breach.[2] Patient creditors have not yet been included in a list of creditors, and the Debtor's intention is to include those patients in a list to be handled by Omni Agent Solutions, who has assisted on a limited preliminary basis to date.

Given the Debtor's current financial condition, it is currently focused on securing sufficient funds to continue operations prior to continuing to incur the substantial administrative cost of providing notices to thousands of individuals. Once the Debtor's financial condition stabilizes such that operations and patient safety will not be compromised by the administrative cost of pursuing a

---

[1] *Cf.* Cal. Gov. Code § 54956.8 (sale of real property owned by a government agency is subject to statutory requirements for a public meeting with adequate notice to the community).
[2] https://paloverdehospital.org/DocumentCenter/View/268/Notice-of-Data-Security-Incident

plan of readjustment of debts, the Debtor will likely file a motion to limit notice after having served notice to all patient *and* non-patient creditors, and request authority to employ Omni as a more-involved claims noticing agent. The Debtor's board has not yet ratified Omni's contract to permit it to incur additional costs and perform additional services.

### D.    The Ombudsman

On October 3, 2025, as Dk. No. 15, the Court entered an order approving the appointment of the ombudsman, Dr. Robert Splawn ("PCO"). Debtor also executed a stipulation agreeing to the payment of the PCO's reasonable fees and expenses.

On November 6, 2025, and again on November 18, 2025, the PCO visited Blythe and interviewed various individuals. The Debtor has also provided the PCO with extensive documents and information requested. The PCO's report is due no later than December 3, 2025 under 11 U.S.C. § 333(b)(2).

DATED: November 21, 2025              MARSHACK HAYS WOOD LLP

By: */s/ Tinho Mang*
    D. EDWARD HAYS
    TINHO MANG
    DEVAN DE LOS REYES
    Attorneys for Debtor,
    PALO VERDE HEALTHCARE DISTRICT, a
    Special Hospital District

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **DEBTOR'S FIRST STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 21, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR DEBTOR PALO VERDE HEALTHCARE DISTRICT: Devan De los Reyes**
  ddelosreyes@marshackhays.com, ddelosreyes@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF: Caroline Djang**   cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **ATTORNEY FOR DEBTOR PALO VERDE HEALTHCARE DISTRICT: D Edward Hays**
  ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR DEBTOR PALO VERDE HEALTHCARE DISTRICT: Tinho Mang** mang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- **ATTORNEY FOR CREDITOR BETA HEALTHCARE GROUP: Susan C Stevenson**
  sstevenson@psdslaw.com, bonniec@psdslaw.com
- **UNITED STATES TRUSTEE: United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **November 21, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 21, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY – VIA OVERNIGHT MAIL**
HONORABLE SCOTT H. YUN
UNITED STATES BANKRUPTCY COURT
3420 TWELFTH STREET, SUITE 345
RIVERSIDE, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 21, 2025 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2. SERVED VIA MAIL:** CONTINUED:

**DEBTOR**
PALO VERDE HEALTHCARE DISTRICT
250 N. 1ST STREET
BLYTHE, CA 92225-1702

**20 LARGEST CREDITORS / POC ADDRESS**
ALTERA DIGITAL HEALTHCARE
222 W. MERCHANDISE MART PLAZA, SUITE 2024
CHICAGO, IL 60654

**CREDITOR / POC ADDRESS**
AMN HEALTHCARE INC
12400 HIGH BLUFF DRIVE, SUITE 500
SAN DIEGO, CA 92130

**CREDITOR / POC ADDRESS**
CHANGE HEALTHCARE
ATTN: BANKRUPTCY
9700 HEALTHCARE LANE
MINNETONKA, MN 55343

**UTILITY PROVIDER / POC ADDRESS**
SOCALGAS
PO BOX 30337
LOS ANGELES, CA 90030

**CREDITOR / POC ADDRESS**
UNITEDHEALTHCARE INSURANCE COMPANY
ATTN: CDM/BANKRUPTCY
9700 HEALTHCARE LANE
HOPKINS, MN 55343

**CREDITOR / POC ADDRESS**
WIPFLI LLP
GODFREY & KHAN, S.C.
ATTORNEY NICHOLAS L. HAHN
100 WEST LAWRENCE STREET
APPLETON, WI 54911

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**