Robert G. Splawn
5101 Victoria Hill Drive
Riverside, California 92506
Telephone: (213) 399-1804
Email: rsplawn851@aol.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:25-bk-17084-SY |
| PALO VERDE HEALTHCARE DISTRICT aka Palo Verde Hospital | Chapter 9 |
| Debtor(s) and Debtor-in-Possession. | **FIRST INTERIM REPORT OF PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C § 333(b)(2)** |
| | [No Hearing Required] |

**To THE HONORABLE SCOTT H.YUN, UNITED STATES BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, DEBTOR AND ALL OTHER INTERESTED PARTIES:**

Pursuant to the order directing his appointment entered by this Court on October 3, 2025, Robert Splawn, MD, was duly appointed Patient Care Ombudsman ("PCO") for Palo Verde Healthcare District ("Debtor"), a community access hospital located in the city of Blythe, Riverside County. In accordance with Section 333(b)(2), this initial report is hereby respectfully submitted for the period of October 3, 2025 to December 3, 2025 ("Report").

## I.    INTRODUCTION

On October 3, 2025, the Office of the United States Trustee entered a stipulation with the Debtor for an order approving the appointment of Robert Splawn, MD, as the PCO. As set forth in the order and the Appointment Notice, the PCO was appointed to monitor the quality of patient care provided by the Debtor, including the interview of patients, clients, administration, staff, and other interested parties. A Notice of Appointment of a PCO was provided to the Debtor to inform patients/clients and their family members, and staff of said appointment with his contact information to address any patient care concerns or related issues that they might have. Notice is attached hereto as Exhibit "1."

This report consists of the PCOs initial evaluation of the Debtor's clinical operation and as it relates to its ability to adhere to and comply with quality standards for a Community Access Hospital ("CAH") and in accordance with the qualifications and standards as determined by DNV Healthcare, one of two organizations approved by CMS for hospital accreditation.

This initial report also includes a summary of licensure and accreditation information, results of both regulatory and accreditation surveys, current clinical and clinical support operations, and a summary of key stakeholder interviews.

## II.    BACKGROUND

Palo Verde Hospital ("PVH") is in the rural community of Blythe, California. The city has a population of approximately 17,949 residents. The demographics are as follows:

| | |
|---|---|
| Hispanic | 35.6% |
| White(non-Hispanic) | 24.4% |
| Black | 11.2% |
| Two or more races | 10.6% |

White(Hispanic)          9.45%

The City has a median household income of $52,377; 22.8% of residents live below the poverty line; 56% of housing units are owner-occupied.

PVH operates a clinic under the authority of Palo Verde Healthcare District. The next closest hospitals that provide emergency and inpatient services are in Parker, Arizona approximately 50 miles away and Brawley, California approximately 90 miles away. The hospital services provided will be discussed later in this report.

**III.    Interviewees to Date**

- Carmela Garnicka, Board Chair
- Sandra Hudson, Board member
- Trina Sartin, Board member
- Sandra Anaya, CEO
- Johnny Rodriquez, Vice-Mayor, City of Blythe
- Dr. Sahlolbei, Chief of Staff
- Michael Rose, Interim CFO
- Dakota Doyle, Human Resources Director
- Rosario Ignacio, Lab Manager
- Katie Peeks, Manager, Respiratory Services
- Crystal Lianez, Medical Staff Coordinator
- Jason Chau, Pharmacy Manager
- Reepak Gugga, IT Manager
- Claudia Garcia, Health Information Manager
- Arthur Dickey, Facilities Manager
- Elizabeth Bailey, former ED nurse
- Dayna Dutton, ED nurse

## IV.    Accreditation, Licensure, and Certification

As a CAH, PVH must adhere to CMS' standards and Conditions of Participation for accreditation as defined in Sections 485.601 to 485.689 of the Code of Regulations. PVH is accredited by *DNV Healthcare* ("DNV"), one of two organizations approved by Medicare to certify hospitals. DNV has developed National Integrated Accreditation for Healthcare Organizations ("NIAHO") standards approved by CMS for hospitals to achieve Medicare compliance.  These standards incorporate quality management, governance, leadership, employee engagement, patient care and safety, risk management, physical environment and management, and medication management as key principles. PVH was deemed "in compliance" during last certification inspection by DNV.  Their certification expires on 7/20/26.

PVH is licensed by the California Department of Public Health's Center for Health Care Quality's (CHCQ) Licensing and Certification Program with an effective date of January 1 to December 31, 2025.

The Clinic at PVH(or the District's clinic) was accredited on 2/14/25 for a period of three years by *The Compliance Team*, an organization approved by CMS to accredit rural health clinics.

## V.    GOVERNANCE

PVH is a component of Palo Verde Health District which also operates an outpatient clinic. The District is governed by a governing body that consists of five (5) members, each of whom "shall be a registered voter residing in the District." Board members are elected by residents of the District for a term of four (4) years. When a vacancy occurs, the Board may that vacancy by appointment until the next District election is scheduled. If the vacancy is not filled by the Board as specified, or per its bylaws, has not called for an election within 60 days of the vacancy, the Board of Supervisors of the

County of Riverside may fill that vacancy or may order the District to call an election to fill the vacancy.

The District's bylaws state that "an orientation shall be provided which familiarizes each new Board member with his or her responsibilities, including the Board's responsibilities for quality of care and the facilities' quality assurance programs. Continuing education opportunities shall be made available to the Board members.

Board responsibilities per its bylaws include the following:

1. After considering the recommendation of the Medical Staff, require that they conduct specific review and evaluation activities to assess, preserve and improve the overall quality and efficiency of patient care in the Hospital.

2. The Board shall also require the mechanisms to assure the quality of care at the Hospital.

3. The Board, through the Chief Executive Officer, shall provide whatever administrative assistance that is reasonably necessary to support and facilitate the quality and efficiency of patient care.

4. The Board shall utilize the advice of the Medical Staff in granting and defining the scope of clinical privileges to practitioners, commensurate with their qualifications, experience, and capabilities.

5. Final action on all matters relating to Medical Staff quality assurance, membership status, clinical privileges and corrective actions shall be taken by the Board after Medical Staff recommendations.

The District's bylaws also specifies that "there shall be a Medical Staff organization with appropriate officers and bylaws and with staff appointments on a biennial basis. The Medical Staff of the Hospital shall be self-governing

with respect to the professional work performed in the Hospital. Membership in the Medical Staff organization shall be a prerequisite to the exercise of clinical privileges in the Hospital, except as otherwise specifically provided in the Medical Staff bylaws."

"The Medical Staff shall propose and adopt by vote, bylaws, rules and regulations for its internal governance which shall be subject to, and effective upon, Board approval. The bylaws, rules and regulations shall be periodically reviewed for consistency with Hospital policy and applicable legal or other requirements."

## VI. Summary of Inspections, Surveys, and Regulatory Reviews with Findings (Source: California Department of Public Health)

| Date | Survey Type | Findings | Summary of Complaint |
|------|-------------|----------|----------------------|
| 9/10/20 | Certification | Deemed Status | |
| 9/21/22 | Complaint | State deficiencies | Discharge planning-failure to provide f/u instructions to a patient with an elbow fracture |
| 8/9/23 | Complaint | Federal deficiency | EMTLA-failure for timely triage and medical screening exam |
| 10/26/23 | Revisit | No deficiency | |
| 8/9/23 | Complaint | Federal deficiency | EMTLA-timely triage |
| 11/7/23 | Revisit | No deficiency | |
| 8/5/24 | Complaint | Federal deficiency | |

| 7/25/24 | Complaint | State deficiency | Patient rights-a patient's request for copies of medical records was not provided timely |
| 8/5/24 | Complaint | Federal deficiency | EMTLA-medical screening exam; Pitocin policy for use was not followed; staff not trained on the use of pitocin |
| 10/10/24 | Revisit | No deficiencies | |
| 10/10/25 | Complaint | TBD | TBD |

## VII.   DNV:  Accreditation Findings and Scoring

DNV categorizes findings based on the severity of nonconformities. Its accreditation process is designed to be a collaborative tool for continuous improvement. Accreditation is based on the organization's ability to correct all identified conformities. There are two primary types of conformities:

- o **Category 1:** Conditional or Immediate Jeopardy. These are significant findings that require immediate correction and a follow-up survey to ensure compliance.

- o **Category 2:** Occasional or isolated lapse in compliance.

All nonconformities must be addressed through a corrective action plan developed and implemented by the organization.

**Specific Findings for PVH**

A. Governing Body (NC-1)

1. A list of contracted services was provided but did not include the required elements: whether the services are provided on or off site, whether there is a limit on volume or frequency of the services  provided, and when the services are available;

Not all contracts for services were included on the list provided.

2. PVH did not follow its own policy with respect to the prioritization of its contract services and establishing a re-evaluation date.

B. Medical staff appointment, reappointment, and clinical privileging (NC-1)

1. No objective evidence was provided that the organization has defined the process for collecting and reviewing practitioner-specific performance data **(refer to report for specifics).**

2. There was no process provided for non-physicians as well.

C. Medical Staff Training (NC-1)

1. One physician's file did not demonstrate evidence of initial orientation or required annual training AND there was no process or policy for medical staff to participate in annual training.

2. There was no objective evidence that 5/5 providers had completed annual training(emergency procedures, confidentiality, infection control practices, restraints, or fire training).

D. Medical Staff Fit Testing (NC-1)

1. There was no process to fit test providers with exposure risk.

E. Infection Control (NC-1)

1. The policy for disinfecting endocavity probes was not followed and there was no approved procedure. There was a knowledge deficit of personnel regarding the cleaning process, no formal validation of compliance audits, and the cleaning log was outdated.

2. The filter for the endocavity probe had not been changed in 6 months.

F. Patient Rights (NC-1)

1. There was no face-to-face intervention by staff within 1 hour of restraint or seclusion intervention.

2. Their restraint and seclusion policy did not define "prolonged restraint."

3. Documentation of the day of week and injuries sustained from restraints was not captured.

4. There was no process in place to collect aggregate data for prolonged restraint use or to monitor data for patterns and trends pertaining to restraint usage.

G. Quality Management System-Physical Environment (NC-1)

1. The inspection, testing and repairs of the life safety system (fire suppression, notification, and detection equipment was not done timely.

2. Sprinklers showed signs of corrosion and physical damage (MedSurg dirty utility room, ED bay 4)

H. Utility Management System (NC-1)

1. The clean-up and decontamination rooms in the OR suite and Central sterile was not designed to maintain a positive or negative air pressure as required; both OR 1 and 2 are not designed to maintain +/- air pressure. Neither the HVAC vendor nor the hospital evaluate air relationships in this area. Logs of temp and humidity could not be produced.

2. There was no signage near the annunciator (a centralized warning panel for equipment) identifying the alarm

I. Respiratory Care Services (NC-2)

1. The medical director of the service is a pathologist with no documented knowledge, experience, or capabilities to administer the service properly and was not appointed by the medical staff.

J. Infection Prevention and Control (NC-2)

1. There was no objective evidence to demonstrate that the current interim infection control practitioner ("ICP") nor the new ICP has been recommended by the medical staff or nursing leadership or appointed by the GB as required.

2. There was no evidence presented to demonstrate that the pharmacist who has oversight of the Antibiotic Stewardship program has been recommended by the medical staff or

pharmacy leadership and appointed to the position by the GB as required.

K. Physical Environment-Emergency Management System (NC-2)

    1. PVH did not nor ever have a 96-hour resource sustainability plan in case of emergencies.

## VIII.  The Compliance Team-Accreditation Findings

PVH was found to have only "one" finding from its clinic accreditation survey and it was related to point of care supplies not being readily available for blood draws. This standard has since been discontinued effective January 2025 per Kate Hill, Vice-president, Rural Health, *The Compliance Team.*

## IX.   Information Technology ("IT") and Management

PVH transitioned to Cerner's *CommunityWorks* platform on October 1, 2024. This platform is designed specifically for small rural hospitals. Cerner was acquired by Oracle in June 2022 and its *CommunityWorks* platform is currently installed in over 350 community hospitals. Allscripts HER was used previously. Cerner is certified by the Office of the National Coordinator for Health Information Technology ("ONC"). The core components for certification include the following: functionality-the system has necessary features for managing medical records, scheduling, and billing; security-the system has implemented stringent security measures to protect patient data and ensure compliance with privacy laws; and interoperability- mandates that the system can exchange and use health information using standardized data elements. Cerner is also HIPAA compliant, and HITECH compliant

PVH has the following Cerner applications installed: revenue cycle, pharmacy, PowerChart for documentation, First Net for emergency department patient management, supply chain, DA 2 for analytical reporting, and computerized order entry. Both Cerner representatives and PVH's IT manager report no significant issues with go-live. Cerner continues to fully support IT operations at PVH.

Presently, PVH is supported by an IT manager and a system administrator. An additional FTE has been requested to staff their help desk. It is reported that the system administrator will be resigning effective November 30. The IT manager is not certified in health information

technology but has more than 30 years' experience working with IT systems and seemed quite knowledgeable of their operation. He has been an employee at PVH for 7 ½ years.

Other IT systems reportedly and currently in use at PVH include Pyxis-an automated medication management system, ERad-for radiology image storage, Comiere for teleradiology, Manifest Medex-for health information exchange, and Paycom for payroll management.

On March 6, 2025, PVH was a victim of a phishing cyberattack after an employee reportedly browsed a shopping site. Once detected, PVH went to paper mode. An undisclosed ransom was pain. Corrective actions were implemented which included staff education and changing their cybersecurity software from Threatdown to Sentinel I which provides "real-time" threat assessment monitoring per the IT manager. The manager also reports that PVH was in the process of installing a web filter in their firewall as an additional security measure, but the installation has been placed on hold due PVH's present finances.

## X.    Laboratory Services

PVH's laboratory services operate 24 hours, 7 days a week. Testing services available include hematology, chemistry including cardiac testing, basic virology, urinalysis, drug screening, acetaminophen and salicylate levels, and blood type screening and cross-matching. LabCorp is used as a reference lab for specialized testing and cytology. Point of care testing is available for blood glucose testing. The lab is certified  by the Clinical Laboratory Improvement Amendment ("CLIA") effective 8/5/24-/8/4/26 and received no citations during its last accreditation survey.

The labs quality improvement activities include the following: proficiency testing results that are within established parameters (100% compliance for last two quarters reporting, turnaround time for reporting electrolytes ordered in the Emergency Department is less than 60 minutes (88.7% compliance for the last two quarters, and blood culture contamination rate of less than 3 per cent (3.76% compliance for the last two quarters). The lab also has metrics in place for blood utilization which are optimal and submits blind specimen

samples to the College of American Pathologists four times per month for analyses and have received no recent citations.

The current lab manager has been an employee of PVH since 1994, and manager since 2012. She reports that a pathologist is on site every 2 months and available by phone 24/7. Lab staffing includes the manager, 1 full-time lab tech, 1 per diem tech,  2 traveler techs, and 3 phlebotomists.

Some of their challenges have been recruiting staff and intermittent delays in obtaining adequate supplies; she reports that Parker Hospital has provided assistance when needed.

## XI.    Pharmacy Services

Pharmacy services are presently available 24/7 with a pharmacist in-house. The current manager has been at PVH for the past 2 years.  There are 2 pharmacists and they rotate every 12 hours. Since inpatient and OR services have been closed, they have primarily focused on providing services to the Emergency Department. These services include intravenous antibiotics, emergency drips, insulin drips, and pain medications. They have a standard array of sedation and paralytic medications including propofol, versed, fentanyl, succinylcholine, and rocuronium that are readily available. The manager reports that they have a sedation policy in place. Narcotic medications are securely locked;  dispensing is monitored by the manager daily. He reports having no issues restocking supplies.

Quality improvement activities include monitoring for appropriate use of antibiotics, clinical interventions, and medication errors. The number of medication errors have been reported as minimal and none required treatment or intervention or the death of a patient. Other metrics include medications vended for Pyxis machines are accurate for the patient (3841/3841=100% for 3rd quarter), medication orders validated for appropriateness prior to release on units (4361/4361=100% for 3rd quarter), and completion and documentation of current temperature on refrigerator logs for medications (ED=89%)

Pyxis machines are available in the Emergency Department, medical surgical unit, recovery, and  a back-up unit in the ICU. Pyxis machines are automated, decentralized cabinets used in patient care units to securely store

and manage medication dispensing to patients. It tracks inventory, controlled substances, has safety features that allow access only to medications prescribed for a particular patient thereby helping to prevent medication errors; the units also assist with billing.

## XII.   Respiratory Services

The current manager for respiratory services has been an employee of PVH for approximately 3 years. She has responsibility for staffing, maintaining equipment and supplies, the arterial blood gas lab, and quality assurance. There are currently 8 staff, 3 that are full-time. She reports that there is always one therapist in house 24/7. The current medical director is a pathologist by training but reportedly has had previous experience supervising respiratory services at another hospital. PCO has not determined if this arrangement has been approved by DNV.

The respiratory therapists provide support for patients requiring breathing treatments (e.g., asthmatics and patients in congestive heart failure), patients requiring intubation including ventilator management. They respond to all Code Blues and calls for rapid response intervention. The blood gas lab is certified by CLIA effective 8/5/24-8/4/26.

Quality improvement activities include providing ABG results within 30 minutes (35/35=100% for 1st two quarters), respiratory therapy assessment completed and recorded pre- and post-aerosol treatment (new metric, 29/30=97% for 2nd quarter), complete data entry on EKGs performed (898/898=100%), crash carts are locked at the time of random checks, and carts checked once a month for expired items (72/72=100%).

PVH does not currently provide resources for patients in need of a stress test, echocardiogram, Holter monitor, or sleep apnea, all essential studies for cardiac patients. The manager reports no present issues obtaining supplies or equipment.

## XIII.   Radiology

There is currently no manager for radiology. Scheduling of radiologic technicians ("rad techs") is currently being managed through the CEOs office. She reports that PVH has 2 FTEs, 1 per diem tech for weekends, and 1 full-time traveler. The previous manager will be returning on a per diem basis for

2 days per week. Two rad techs and 2 ultrasound technicians are currently on medical leave. There have been some recent gaps in coverage extending up to a 12-hour period; the CEO reports that CDPH has been informed.

The rad techs are cross trained to perform plain x-rays and CT scans. MRIs are available on a every other week basis and is a contracted service. PVH has contracted with a telemedicine radiology group that provides X-ray and CT, and MRI interpretation. Ultrasound capability is currently not available.

The CEO reports that the turn-around-time for interpretative results has been very good. PCO has not reviewed PVH's data to validate. Other quality improvement data has not been provided for 2025.

## XIV. Medical Staff Services

The current medical staff coordinator ("MSC") has been in her position for the past year. She previously worked in PVH's human resources department. She is not certified as an MSC but appeared very knowledgeable of the requirements and duties of an MSC.  She is responsible for:

- Overseeing the application, appointment, and reappointment processes for clinicians;
- Collect, verify, and maintain all necessary documents, such as licenses, certifications, and insurance required for credentialing;
- Facilitate the privileging process to ensure that it complies with hospital policies, medical staff by laws, and accreditation standards;
- Maintain confidential files with current credentials, performance evaluations, and peer review information; and
- Track deadlines for credential renewals and continuing education requirements.

PVH has a standardized checklist that I reviewed that has all the critical elements required for appointing and re-appointing clinicians to the medical staff. These elements include verification of licensure and drug enforcement number ("DEA"), malpractice insurance, queries with the Office of Inspector General ("OIG") and the National Practitioner's Data Bank ("NPDB").

There are reportedly approximately 20 physicians that presently have active staff status-physicians who provide regular care of patients at the hospital. No physicians have recently been granted temporary privileges.

## XV.  Plant management/Facilities

The plant/facilities manager has been at PVH for the past 10 years with 45 years of experience in facility operations. He reports that he has responsibility for safety, security, utility management, life safety, linen, and hazardous waste. PVH uses the company *Stericycle* for waste management. *MaintainX* is a computer program that PVH has had for the past 2 years which manages work orders, assets, and inventory. The program also tracks repairs and automates inspections. The manager reports that PVH is currently using a rental emergency generator which is out of compliance and will cost $400-600K to replace. He also reports that they have equipment that needs replacement (cooling tower, boilers, and chillers) with an estimated cost of $2 million. A request has been submitted to management and the Board for approval. He reports that the deficiencies cited during their last DNV accreditation survey have been addressed.

Quality improvement activities include ensuring that positive pressure is maintained in the OR (432/432=100% for 1st three quarters), humidity levels in the OR within established guidelines (107/128=83.5%), turn-around time for in-house repairs completed within 72 hours (539/570=94%), and Bio-Med checks completed prior to expiration due date (289/299=96%).

## XVI.  Human Resources

The manager of human resources has been at PVH for 15 years holding different roles. Her responsibilities include recruitment, employee benefits, performance evaluations, and education and training. PVH currently has 96 employees. The manager reports that the most pressing challenge has been recruitment and retention.

Mandatory training for employees includes HIPAA, violence prevention, and harassment training. Other training offered includes mock codes, basic and advanced life support. Testing for employees include tuberculosis, blood and bodily fluid exposures and titers for infectious diseases. The manager reports that vaccines are recommended but not required.

**XVII. Health Information Management ("HIM")**

The manager of HIM has been at PVH for the past 9 years. She resigned for a brief period of 3 months in 2024. She has overall responsibility for revenue cycle and medical records. Revenue cycle includes patient registration, billing, and claims management. HIM is primarily electronic with the use of Cerner EHR. Some documents require scanning (blood culture and pathology results, EKGs, and patient transfer documents). There are reportedly 6 clerks that assist with patient access/registration, 1 billing assistant, and a .8 FTE medical records coordinator. Patient requests for copies of medical records are released within 24 hours and 10 days for facility requests. The manager reports that she could use a resource clerk and additional resources for billing and coding.

**XVIII. Current Status of Clinical Services**

Effective 6/7/25, the Board of PVH approved a 60 Day Reduction Plan which entailed closing all inpatient services, furloughing respective staff and canceling physician contracts. These services included the operating room, anesthesia, and inpatient care. PVH continues to operate the emergency department ("ED") 24/7 and its outpatient clinic Monday through Thursday.

The ED averages about 80 visits per day. It is staffed by physicians, most of whom are board certified in emergency medicine. The clinic averages about 42 visits per day and is staffed by a nurse practitioner. I reviewed the credentialing files of five active emergency physicians for the following items listed below and all appeared to be mostly in good order. One physician is currently on probation by the Medical Board of California but has had no restrictions placed on his privileges. One physician's file did not have an authorizing signature from a board member.

Components of Physician Credentialing Files Reviewed by PCO

- Training
- Three Peer references
- Privileges requested
- Verification of medical malpractice insurance
- NPDB query
- OIG query

- License verification
- DEA verification
- TB skin test
- Employee fit test
- Proctored cases (10 required)
- Orientation acknowledgement
- Medicare attestation, and
- Acknowledgement of medical staff by-laws and rules and regulations

There is currently no manager for the ED and has not been one for a while per the CEO. Several "med/surg" nurses were transferred/reclassified to ED when the 60-day reduction plan took effect. These nurses are not trained in emergency nursing. The CEO reports that they are assigned lower acuity patients, are mentored by experienced ED nurses, and additional training with competency assessment is ongoing.

Pertinent quality improvement activities in the ED include:

- Triage is conducted within 5-15 minutes of presentation (184/199=92%)
- Triage to medical screening evaluation-time initially seen by a provider (40 minutes for 1st three quarters)
- Symptoms and progression of symptoms since the time of injury or illness are evaluated/recorded (72/104=69% for 1st two quarters)
- Evaluation of pain level (154/174=88.5%),
- EKG completed within 10 minutes of arrival for patients with cardiac symptoms (28/39=72%), and
- For patients with sepsis, initiated a one-hour bundle which includes obtaining a blood lactate level, blood cultures, initiating antibiotics within one hour, and administering fluids and medications to maintain the patients blood pressure if low (98% for 1st quarter, 50% for 2nd quarter, and 80% compliance for 3rd quarter).

On average, 212 patients per month were transferred to another hospital for a higher level of care prior to the closure of inpatient services. PVH has transfer agreements in place with both JFK Memorial Hospital in Indio, 98

miles away and Desert Regional Medical Center in Palm Springs, 118 miles away. There is no formal contract for emergency transport, but both *Mercy Air* and *REACH* are used as needed.

Both the ED and the Clinic continue to be supported by on-site respiratory therapy, pharmacy, lab, and radiology including CT scans and MRIs.

## XIX.   Preliminary Findings

PVH is in the rural community of Blythe, California near the border of Arizona. The city has a population of approximately 18,000 residents. **Insert insurance status.** The next closest hospitals that provide emergency and inpatient services are in Parker, Arizona approximately 50 miles away and Brawley, California approximately 90 miles away. An average of approximately 2000 patients seek care in the ED per month, and an additional average of 842 patients are seen in the clinic. All inpatient services have been temporarily closed.  PVH maintains key clinical support services for the ED and the clinic that include pharmacy, respiratory therapy, information technology, laboratory testing, basic radiologic studies.

The ED is staffed mostly by physicians trained and board certified in emergency medicine on a 24-hour 7 day per week basis.  The nursing staff has varying degrees of training, with several having had no prior ED experience; they are presently working without a department manager. The designated medical director recently resigned. Their quality measure scores are average.

When PVH previously provided inpatient clinical services, an average of 212 patients per month were transferred to another hospital for definitive care. As previously noted, PVH has transfer agreements in place with Palm Desert Regional Medical Center and JFK Memorial Hospital to care for these patients.

Since PVH closed all inpatient services, the only clinical service presently operating in the hospital is the ED, a major need of, and service to the local Community, substantial efforts should be placed on shoring up staffing, improving their quality metrics, and enhancing training and clinical support services.

Additional efforts should also focus on the retention of clinical support staff. PCO received feedback that some of the current employees have tendered their resignations and others are seeking employment elsewhere.

Given the population of the local area, the number of patients requiring urgent and emergency services, the *unreasonable* distance to the next closest hospital that provides both emergency and inpatient services, particularly for patients who experience a true medical or surgical emergency, it is imperative that the residents of Blythe are afforded a fully operating, accredited hospital, one that provides high quality patient care, provides an array of essential diagnostic capabilities, retains professional, ethical, and competent clinical and clinical support staff,  and a competent and knowledgeable administrative staff and governing board that will ensure its success and long-term viability.

PCOs next report will focus on governance findings, the results of PCOs audit of DNV standards, facility tour, and patient and employee satisfaction.

DATE: December 2,2025              Respectfully submitted,

By: Robert G. Splawn, MD, MPH

Patient Care Ombudsman

EXHIBIT "1"

## NOTICE OF APPOINTMENT

A *PATIENT CARE OMBUDSMAN* HAS BEEN APPOINTED BY THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION BEARING CASE NUMBER 6:25-bk-17084-SY. THE ROLE OF THE PATIENT CARE OMBUDSMAN IS TO MONITOR THE QUALITY OF PATIENT CARE PROVIDED BY PALO VERDE HEALTHCARE DISTRICT.

THE *PATIENT CARE OMBUDSMAN* IS AVAILABLE TO DISCUSS THE CARE THAT YOU, A FAMILY MEMBER, OR FRIEND HAS RECEIVED FROM THIS FACILITY. HE CAN BE REACHED AT (213) 399-1804 DURING THE HOURS OF 9:00 AM TO 5:00 PM, MONDAY THROUGH FRIDAY.

THE *PATIENT CARE OMBUDSMAN* WILL BE FILING WRITTEN REPORTS WITH THE BANKRUPTCY COURT STARTING ON OR BEFORE DECEMBER 3, 2025, AND OCCURRING EVERY 60 DAYS THEREAFTER. THESE REPORTS WILL DOCUMENT ISSUES RELATING TO THE QUALITY OF CARE BEING RENDERED BY PALO VERDE HEALTHCARE DISTRICT. COPIES OF THESE REPORTS WILL BE AVAILABLE ON THE BANKRUPTCY COURT'S WEBSITE.

IF YOU HAVE ANY COMMENTS, QUESTIONS OR CONCERNS REGARDING THE QUALITY OF THE CARE THAT YOU, A FAMILY MEMBER OR FRIEND HAS RECEIVED, PLEASE DO NOT HESITATE TO CONTACT THE *PATIENT CARE OMBUDSMAN*.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2112 Business Center Drive, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (specify): ***First Interim Report of Patient Care Ombudsman Pursuant to 11 U.S.C. Section 333(b)(2)*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***December 2, 2025***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) ***December 2, 2025***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ***December 2, 2025***, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

JUDGE (Via Personal Delivery): Honorable Scott H. Yun, United States Bankruptcy Court , 3420 Twelfth Street, Courtroom 302, Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 2, 2025 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Devan De los Reyes**    ddelosreyes@marshackhays.com, ddelosreyes@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Caroline Djang**    cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- **Susan C Stevenson**    sstevenson@psdslaw.com, bonniec@psdslaw.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL:**

**Debtor:**
Palo Verde Healthcare District
250 N. 1st Street
Blythe, CA 92225

**20 Largest Creditor:**
County of
Riverside/EDA
3450 14th Street
Ste 200
Riverside, CA 92501

**20 Largest Creditor:**
Medical Solutions
PO Box 850737
Minneapolis, MN
55485

**20 Largest Creditor:**
Altera Digital
Healthcare
PO Box 735183
Chicago, IL 60673

**20 Largest Creditor:**
Department of
Healthcare Access
& I
2020 West El
Camino Avenue
Ste. 1100
Sacramento, CA
95833

**20 Largest Creditor:**
Oracle Health
500 Oracle Parkway
Redwood City, CA
94065

**20 Largest Creditor:**
Aya Healthcare
PO Box 674907
Dallas, TX 75267
Kim Lam
kim

**20 Largest Creditor:**
Dr. Hossain
Sahlolbei
326 W Hobsonway
Blythe, CA 92225

**20 Largest Creditor:**
Performant
Healthcare Services
900 South Pine
Island Road
Suite 150
Fort Lauderdale, FL
33324

**20 Largest Creditor:**
Beta Healthcare
Group
1443 Danville Blvd
Alamo, CA 94507

**20 Largest Creditor:**
Dr. Mostafa Rahimi
31236 Palos Verde
Dr West
CA 90725

**20 Largest Creditor:**
Radiology Reports
721 W IL Route 22
Lake Zurich, IL
60047

**20 Largest Creditor:**
California
Department of
Health Car
1500 Capitol Avenue
Sacramento, CA
95814

**20 Largest Creditor:**
Certified Nursing
Registry
2707 E. Valley Blvd
Suite 309
West Covina, CA
91792

**20 Largest Creditor:**
GeBBS Healthcare
Solutions
PO Box LA 25715
Pasadena, CA 91185

**20 Largest Creditor:**
Haemonetics
Corporation
24849 Network
Place
Chicago, IL 60673

**20 Largest Creditor:**
Healthcare IT
Leaders
925 North Point
Pkwy 425
Alpharetta, GA
30005

**20 Largest Creditor:**
SCA Consulting
950 Glenn Drive
Ste. 250
Folsom, CA 95630

**20 Largest Creditor:**
Siemens Healthcare
Diagnostics
PO Box 121102
Dallas, TX 75312

**20 Largest Creditor:**
The Good Life
MedStaff
PO Box 3544
Omaha, NE 68103

**20 Largest Creditor:**
Wipfli
PO Box 3160
Milwaukee, WI
53201