United States Bankruptcy Court
Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, December 3, 2025**　　　　　　　　　　　　　　　　**Hearing Room　302**

<u>1:30 PM</u>
**6:25-17084    Palo Verde Healthcare District**　　　　　　　　　　　　**Chapter 9**

　　　　　　　　　　　<u>Telephonic Hearing</u>　　　　　　　*Tinho Mang*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Ed Hays*
　**#1.00**　STATUS CONFERENCE re: Determination of Eligibility　　*for debtor*

　　　~~Audrey Hornisher to appear by telephone (214)651-2056~~

　　　　　　　　　　　Docket　　1　　　　　　　　　　*Dr. Hossain*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Sahlolbei*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*creditor*

**Matter Notes:**
　　**GRANTED:**　__✓__　　　　　**DENIED:**　_____

　　**CONT'D. TO:**　_____

　　　　**Briefing filed:**　_____

　　　　**Opposition filed:**　_____

　　　　**Reply filed:**　_____

**WITHDRAWN:**　_____

　　**Order Lodged by:**　*E. Hays*

**Tentative Ruling:**
　APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

　Palo Verde Healthcare District　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　D Edward Hays
　　　　　　　　　　　　　　　　　　　　　　Tinho Mang
　　　　　　　　　　　　　　　　　　　　　　Devan De los Reyes