Robert G. Splawn
5101 Victoria Hill Drive
Riverside, California 92506
Telephone: (213) 399-1804
Email: rsplawn851@aol.com

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>PALO VERDE HEALTHCARE DISTRICT aka Palo Verde Hospital<br><br>Debtor(s) and Debtor-in-Possession. | Case No. 6:25-bk-17084-SY<br><br>Chapter 9<br><br>**FIFTH INTERIM REPORT OF PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C § 333(b)(2)**<br><br>**<u>Continued Status Conference Hearing</u>**:<br>Date: January 28, 2027<br>Time: 1:30 p.m.<br>Room: 302<br>Place: 3420 Twelfth Street<br>Riverside, CA 92501 |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, DEBTOR AND ALL OTHER INTERESTED PARTIES:**

Pursuant to the order directing his appointment entered by this Court on October 3, 2025, Robert Splawn, MD, was duly appointed Patient Care Ombudsman ("PCO") for Palo Verde Healthcare District ("Debtor/PVHD"), a community access hospital located in the city of Blythe, Riverside County. In accordance with Section 333(b)(2), this fifth interim report is hereby

respectfully submitted for the period of July 9, 2026 to September 9, 2026 ("Report").

## I. **Introduction**

On October 3, 2025, the Office of the United States Trustee entered into a stipulation with the Debtor for an order approving the appointment of Robert Splawn, MD, as the PCO. As set forth in the order and the Appointment Notice, the PCO was appointed to monitor the quality of patient care provided by the Debtor, including the interview of patients, clients, administration, staff, and other interested parties. A Notice of Appointment of a PCO (previously submitted) was provided to the Debtor prior to the initial report to inform patients/clients and their family members, and staff of said appointment with PCOs contact information to address any patient care concerns or related issues that they might have.

This Report consists of the PCOs interim evaluation of the Debtor's current clinical operations of the Emergency Department and the outpatient clinic as it relates to its ability to adhere to and comply with quality standards for a *Community Access Hospital* ("CAH") and in accordance with the qualifications and standards as determined by DNV Healthcare, one of two organizations approved by CMS for hospital accreditation. This Report also includes a summary of recent changes implemented by the management of Riverside University Health System ("RUHS"), updates on licensure and accreditation and results of recent regulatory surveys.

## II. **Operational and Facility Updates**

As previously noted, on February 23, 2026, RUHS assumed day-to-day operational management authority for Palo Verde Hospital's ("PVH") emergency department ("ED"), its Clinic and the ancillary departments supporting emergency services and the clinic, including but not limited to radiology, laboratory services, pharmacy, patient access, environmental

services, human resources, and finances to support the emergency department. PVHD remains the licensed hospital operator, and retains all regulatory, licensure, and EMTLA responsibilities.

Some of the recent operational and facility updates include:

1. Pharmacy services physical inventory of its drug formulary was completed on June 25, 2026;
2. PVH's annual fire inspection was completed on July 6, 2026;
3. Many facility improvements have been made which include new signage, remodeling of the cafeteria and patient waiting areas, and some clinical support areas, exterior building painting;
4. Hospital policies have been placed on the PVH Intranet for ease of access for employees;
5. PVH has transitioned to "*Moodle,*" an online platform for employees who need mandated infection control and occupational safety education and training;
6. New managers have been appointed for cardiopulmonary services and the emergency department; and
7. Five of the ED nurses have completed a 2-day trauma course.

## III. Accreditation, Licensure, and Certification

As noted in my initial report, as a community access hospital ("CAH"), PVH must adhere to CMS' standards and Conditions of Participation for accreditation as defined in Sections 485.601 to 485.689 of the Code of Regulations. PVH is accredited by *DNV Healthcare* ("DNV"), one of two organizations approved by Medicare to certify hospitals. RUHS is accredited by the *Joint Commission.* PVH completed its accreditation survey conducted by DNV on June 17, 2026. The PVH's Interim CEO previously reported there were 11 deficiencies noted most of which were corrected on the spot. One finding required a corrective action plan which has been completed. On

September 1, 2026, PHV was awarded "full" accreditation through DNV Healthcare's National Integrated Accreditation for Healthcare Organizations ("NIAHO") CAH Accreditation Program. As a result, PVH is now deemed in full compliance with Medicare's Conditions of Participation ("COPs") for a CAH. The accreditation is for a three-year term.

The California State Board of Pharmacy conducted its biennial survey of the hospital's pharmacy department since my last report. The department successfully passed the survey with no reported findings or corrective actions required. The certification expires on October 1, 2027.

PVH remains licensed by the California Department of Public Health's Center for Health Care Quality's (CHCQ) Licensing and Certification Program with an effective date of January 1, 2026 to December 31, 2026.

## IV. Governance

There remains one vacancy of five directors on the PVHD Board of Directors. Elections will be held in November of this year for what will be three open positions.

## V. Summary of Inspections, Surveys, and Regulatory Reviews with Findings Since Initial Report [Source: California Department of Public Health ("CDPH")]

Since my fourth interim report filed on July 7, 2026, there have been no additional complaints or reported incidents filed with CDPH.

## VI. Current Status of Clinical Services and Staffing

As of the date of this report, PVHD still maintains its ED as per the Agreement with the County of Riverside, however its ambulatory clinic was temporarily closed in the beginning of August due to the loss of its provider. The patients previously seen in the clinic have been referred to SAC Health and Innercare Clinics, both located in Blythe . PVHD and PVH still maintain the following support services with support from a delegated strike team from

RUHS: human resources, revenue cycle, patient access, radiology, pharmacy, information systems, health information management, cardiopulmonary and laboratory services, and facilities.

**VII. <u>Emergency Services</u>**

A. <u>Organizational Structure</u>

The ED is managed by its medical director Dr. Michael Messica and nurse manager Nadine Johnson. Dr. Messica is supported by 4 associate medical directors each with distinct clinical and administrative responsibilities. Nurse manager Nadine Johnson is supported by and reports to Lisa Mackie, RUHS ED Director.

B. <u>General Operations</u>

Department meetings are held monthly and include topics focused on performance improvement, workflow, equipment and supply needs, and any administrative updates. Some specific topics covered have included procedural sedation, restraint documentation and orders, patient transfer process, medicine titration orders, and compliance training. Patient care "huddles" continue to be held twice daily. Attendance at these huddles include ED staff and physicians, a representative from radiology, laboratory and pharmacy services, material management, and cardiopulmonary.

C. <u>ED metrics</u>

The ED's volume increased from 766 patients in May to 944 patients in August 2026 (an increase of 18.9%). The average length of stay is just under 3 hours with a door-to-provider time average of 21 minutes for the same time period (less than 30 minutes is the benchmark). The percentage of patients who "leave without being seen" was less than 0.02%. Eleven percent of patients had to be transferred to another hospital for higher level of care.

Some of the quality indicators that have been implemented include patients who leave without being seen and those that leave against medical

advice; the management of sepsis patients, obstetrical emergencies; delays in performing a test or procedure, code blue/cardiac arrest cases, procedures performed but not ordered, procedures or tests not carried out as ordered, and the wrong medication being given. Any fallout from these cases is reviewed by management and any corrective actions needed are taken.

As an example, to reduce the risk of morbidity and mortality from patients with severe infections and septic shock, sepsis “bundles” have been developed as a standard of care. A bundle is a set of standardardized tests and treatments or measures that must be implemented within a certain time frame for patients experiencing symptoms of sepsis. There are one, three, and six-hour bundles. The average results for the past three months for PVHs ED are as follows: One-hour bundle-10.3% compliance, three-hour bundle-65% compliance, and six-hour bundle-66.7% compliance. In response to their low compliant one-hour bundle, ED leadership has developed a “Sepsis Workflow” document and has planned education with both physician and nursing staff to improve their compliance. ED leadership is also working to optimize tools in their EMR to improve documentation of key bundle measures.

PVH participates in the *Hospital Consumer Assessment of Healthcare Providers and Systems* Survey (“HCAPHS”) developed by CMS and the *Agency for Healthcare Research and Quality* (“AHRQ”). The ED survey component measures patients’ perceptions of their hospital experience is a national standard and is publicly reported.

///

///

///

///

///

Key measure performance data for PVH is as follows for 2026:

| | 1st Quarter | 2nd Quarter | |
|---|---|---|---|
| **Overall quality** | 42.3% | 48.1% | (5.8% ^) |
| **Overall teamwork** | 42.3% | 57.9% | (15.6%^) |
| **Nurse instruction** | 48.6% | 50.6% | (2.0% ^) |
| **Overall safety** | 50.0% | 50.6% | (0.6%^) |

## VIII. Summary of Findings

The ED at PVH remains open and available to the community 24/7. The outpatient clinic has been temporarily closed. Management is in the process of recruiting for a new provider. PVH maintains key clinical support services for the ED;  that include pharmacy, respiratory therapy, information technology, laboratory testing, and radiologic studies necessary for patient emergencies with assistance from RUHS. A new manager has been appointed for the ED and cardiopulmonary services since the last report. *Vituity* continues to provide physician services and clinical oversight.

PVH successfully passed their DNV accreditation and State Board of Pharmacy surveys. PVH remains licensed by the California Department of Public Health’s Center for Health Care Quality's (CHCQ) Licensing and Certification Program; its current license expires December 31, 2026, and is renewed annually.

Many much-needed facility improvements have been made as previously noted. PVH remains licensed by the California Department of Public Health’s Center for Health Care Quality's (CHCQ) Licensing and Certification Program.  PVH’s current license expires December 31, 2026, and is renewed annually. PVHDs Board of Directors has granted RUHS a 3-month extension to develop and present a transition plan. PCO will continue to monitor the quality of care during the interim.

DATE: September 21, 2026

Respectfully submitted,

By: Robert G. Splawn, MD, MPH
Patient Care Ombudsman

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 714, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (specify): ***Fifth Interim Report of Patient Care Ombudsman Pursuant to 11 U.S.C. Section 333(b)(2)*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***September 21, 2026***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) ***September 21, 2026***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ***September 21, 2026***, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE (Via Personal Delivery)**: Honorable Scott H. Yun, United States Bankruptcy Court, 3420 Twelfth Street, Courtroom 302, Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **September 21, 2026** | **Mayra Johnson** | ***/s/ Mayra Johnson*** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- **Arturo Cisneros** arturo@mclaw.org, CACD_ECF@mclaw.org
- **Devan De los Reyes** ddelosreyes@marshackhays.com, ddelosreyes@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Caroline Djang** cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Abram Feuerstein** abram.s.feuerstein@usdoj.gov
- **D Edward Hays** ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Elan S Levey** elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Tinho Mang** tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- **Michael J Quinn** mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **Susan C Stevenson** sstevenson@psdslaw.com, bonniec@psdslaw.com
- **United States Trustee (RS)** ustpregion16.rs.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:

**Debtor:**
Palo Verde Healthcare District
250 N. 1st Street
Blythe, CA 92225

**Notice:**
Allen Hyman
10737 1/2 Riverside Dr
North Hollywood, CA 91602

**20 Largest Creditor:**
Altera Digital
Healthcare
PO Box 735183
Chicago, IL 60673

**20 Largest Creditor:**
Altera Digital Healthcare
Attn: Louise Pearson
222 W. Merchandise Mart Plaza
Suite 2024
Chicago, IL 60654-1010

**20 Largest Creditor:**
County of
Riverside/EDA
3450 14th Street
Ste 200
Riverside, CA 92501

**20 Largest Creditor:**
Department of
Healthcare Access
& I
2020 West El
Camino Avenue
Ste. 1100
Sacramento, CA
95833

**20 Largest Creditor:**
Dr. Hossain
Sahlolbei
326 W Hobsonway
Blythe, CA 92225

**20 Largest Creditor:**
Medical Solutions
PO Box 850737
Minneapolis, MN
55485

**20 Largest Creditor:**
Oracle Health
500 Oracle Parkway
Redwood City, CA
94065

**20 Largest Creditor:**
Performant
Healthcare Services
900 South Pine
Island Road
Suite 150
Fort Lauderdale, FL
33324

**20 Largest Creditor:**
Aya Healthcare
PO Box 674907
Dallas, TX 75267

**20 Largest Creditor:**
(p)AYA HEALTHCARE INC
ATTN LEGAL DEPARTMENT
5930 CORNERSTONE COURT
WEST SUITE 300
SAN DIEGO CA 92121-3772

**20 Largest Creditor:**
Beta Healthcare
Group
1443 Danville Blvd
Alamo, CA 94507

**20 Largest Creditor:**
California
Department of
Health Car
1500 Capitol Avenue
Sacramento, CA
95814

**20 Largest Creditor:**
Certified Nursing
Registry
2707 E. Valley Blvd
Suite 309
West Covina, CA
91792

**20 Largest Creditor:**
Dr. Mostafa Rahimi
31236 Palos Verde
Dr West
Rancho Palos Verdes,
CA 90725

**20 Largest Creditor:**
GeBBS Healthcare
Solutions
PO Box LA 25715
Pasadena, CA 91185

**20 Largest Creditor:**
Haemonetics
Corporation
24849 Network
Place
Chicago, IL 60673

**20 Largest Creditor:**
Healthcare IT
Leaders
925 North Point
Pkwy 425
Alpharetta, GA
30005

**20 Largest Creditor:**
Radiology Reports
721 W IL Route 22
Lake Zurich, IL
60047

**20 Largest Creditor:**
SCA Consulting
950 Glenn Drive
Ste. 250
Folsom, CA 95630

**20 Largest Creditor:**
Siemens Healthcare
Diagnostics
PO Box 121102
Dallas, TX 75312

**20 Largest Creditor:**
The Good Life
MedStaff
PO Box 3544
Omaha, NE 68103

**20 Largest Creditor:**
Wipfli
PO Box 3160
Milwaukee, WI
53201

**20 Largest Creditor:**
Wipfli LLP
Godfrey & Kahn, S.C.
Attorney Nicholas L. Hahn
100 West Lawrence Street Appleton, WI
54911-5773